Debora L. Verdier
Arizona Bar No. 018676
 *dlv@manningllp.com*
Fatima M. Badreddine
Arizona Bar No. 030402
 *fmb@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
Telephone: (602) 313-5469
Facsimile: (602) 313-5499

*Attorneys for Defendant City of Phoenix*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christina M. Madsen, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>City of Phoenix, a municipal corporation and a governmental entity; Deborah Ostreicher, as an individual and in her official capacity; and Michael Graci, as an individual and in his official capacity,<br><br>　　　　Defendants. | Civil Action No.:<br><br>**NOTICE OF REMOVAL**<br><br>(Arizona Superior Court, Maricopa County, Case No. CV 2019-006490) |

**TO:　THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA, PHOENIX, AND ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that pursuant to 28 USC §§ 1332 and 1441, Defendant City of Phoenix (the "Defendant City"), by and through its attorneys, Manning & Kass, Ellrod, Ramirez, Trester L.L.P., remove the above-captioned action from the Superior Court of Maricopa County, Arizona, in which it is currently pending, to the United States District Court of Arizona, and states as follows:

1. On April 12, 2019, Plaintiff Christina Madsen commenced an action in the Superior Court of the State of Arizona, the County of Maricopa, entitled: Christina M. Madsen, an individual v. City of Phoenix, a municipal corporation and a governmental entity; Deborah Ostreicher, as an individual and in her official capacity; and Michael Graci, as an individual and in his official capacity, Defendants, Case No. CV2019-006490 ("State Court Action"). (<u>See</u> Ex. 3.) Subsequently, on May 3, 2019, Plaintiff filed their First Amended Complaint, which has not yet been served on any of the parties. (<u>See</u> Ex. 8.)

2. Pursuant to LRCiv 3.6(a), Exhibit 1 (Civil Cover Sheet) and Exhibit 2 (Supplemental Civil Cover Sheet) are attached.

3. Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.6(a) and (b), true and correct copies of the pleadings obtained by the City filed in the State Court Action are attached hereto as: Exhibit 3 (Complaint); Exhibit 4 (Certificate Re: Compulsory Arbitration); Exhibit 5 (State Court Action Civil Coversheet); Exhibit 6 (Summons to City of Phoenix); Exhibit 7 (Summons to Deborah Ostreicher); and Exhibit 8 (First Amended Complaint).

4. The Defendant City's responsive memoranda will be timely filed in this Court, pursuant to Rule 12(a), Fed. R. Civ. P.

5. The City was served with the Complaint on April 17, 2019. (<u>See</u> Ex. 9 (Certificate of Service).

6. Defendant Deborah Ostreicher was served on April 22, 2019. (<u>See</u> Ex. 10 (Certificate of Service).

7. Defendant Michael Graci accepted service of the Complaint on April 19, 2019. (<u>See</u> Ex. 11, Acceptance of Service).

## **BASIS FOR REMOVAL TO FEDERAL COURT**

8. This State Court Action is removable under 28 U.S.C. §1331 and 28 U.S.C. §1441(a), (c).

9. Removal to this Court is appropriate because this action is within the Court's original jurisdiction pursuant to 28 U.S.C. 1331, by reason of federal question jurisdiction.

1  10. In her Complaint, Plaintiff makes claims against the Defendant City under 42 U.S.C. § 1983 and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. (*See* Ex. 3, Compl. at ¶¶ 32-42; see also Ex. 8, First Amd. Compl. at ¶¶ 33-52.)

11. In addition to the foregoing, Plaintiff alleges the following claims: (a) common law defamation (Ex. 3, ¶¶ 60-69, Ex. 6, ¶¶ 65-73), (b) intentional interference with contractual relations (Ex. 3, ¶¶ 53-59, Ex. 6, ¶¶ 58-64), and (c) sex discrimination in violation of A.R.S. § 41-1463(B)(1) (Ex. 3, ¶¶ 43-47, Ex. 6, ¶¶ 53-57), which are all removable with her federal claims, pursuant to 28 U.S.C. §1441(c).

12. This Notice of Removal is being filed within thirty (30) days after receipt of the Complaint (*see* ¶¶ 5-7), and the time for filing this Notice of Removal pursuant to 28 U.S.C. 1446(b) has not expired.

13. Defendants Deborah Ostreicher and Michael Graci have each consented, through counsel in writing to this removal.

14. By removing this matter to this Court, Defendant City does not waive any available defenses, nor do they admit any allegations made in the State Court Action.

15. A copy of this Notice of Removal is being served on Plaintiff's attorney and is being filed with the Clerk of the Arizona State Court, County of Maricopa.

16. This Notice of Removal is signed pursuant to Rule 11, Federal Rules of Civil Procedure, in accordance with 28 U.S.C. § 1446(a) and LRCiv 3.6(a).

WHEREFORE, Defendant City gives notice that the above action is hereby removed in its entirety to this Federal Court, and respectfully request that this action be placed on the docket of this Court for further proceedings as though it had originally been instituted in this Court.

/ / /
/ / /

RESPECTFULLY SUBMITTED this 16th day of May, 2019.

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By: _/s/ Debora L. Verdier_
Debora L. Verdier
Fatima M. Badreddine
*Attorneys for Defendant City of Phoenix*


### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2019, I electronically filed the foregoing, using the CM/ECF system, which served the following CM/ECF participants:

Kraig J. Marton
Jeffrey A. Silence
JABURG & WILK, P.C.
3200 N. Central Avenue, 20th Floor
Phoenix, AZ  85012
kjm@jaburgwilk.com
jxs@jaburgwilk.com
*Attorneys for Plaintiff*

By: _/s/ Lupe Chavez_

4840-1102-7095.1

4