**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000
Kraig J. Marton, #003816
KJM@jaburgwik.com

Alden A. Thomas, #031900
AAT@jaburgwilk.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina M. Madsen, an individual, | Case No. 2:19-cv-03182-ESW |
| Plaintiff, | (State Court Case No. CV2019-006490) |
| v. | |
| City of Phoenix, a municipal corporation and a governmental entity; Deborah Ostreicher, as an individual and in her official capacity; and Michael Graci, as an individual and in his official capacity, | **NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY REQUESTS** |
| Defendants. | |

Plaintiff Christina Madsen provides notice that she served Requests for Production, Requests for Admissions, and Non-Uniform Interrogatories upon the City of Phoenix, Deborah Ostreicher, and Michael Graci via e-mail and U. S. Mail on November 5, 2019.

DATED this 5th day of November, 2019.

**Jaburg & Wilk, P.C.**

*/s/ Alden Thomas*
Kraig J. Marton
Alden A. Thomas
Attorneys for Plaintiff

20271-20271-00002\AAT\LAU\3722741.1

*Certificate of Service*

I hereby certify that on 5th day of November, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF participants:

Debora L. Verdier
Fatima M. Badreddine
Manning & Kass
Ellrod, Ramirez, Trester LLP
3636 N. Central Avenue, 11th floor
Phoenix, Arizona 85012
dlv@manningllp.com
*Attorneys for Defendant/Cross Defendant City of Phoenix*

Megan E. Ritenour
Robert D. Haws
Gust Rosenfeld, PLC
One East Washington Street, Suite 1600
Phoenix, Arizona 85004
MRitenour@gustlaw.com
rhaws@gustlaw.com
*Attorneys for Defendant Graci*

Christina Retts
Kathleen L. Wieneke
Wieneke Law Group
1095 West Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
cretts@wienekelawgroup.com
kwieneke@wienekelawgroup.com
*Attorneys for Defendant Ostreicher*

Stacy Gabriel
Barrie Stachel
Gabriel & Ashworth, P.L.L.C
10105 E. Via Linda
Suite 103 #392
Scottsdale, AZ 85258
stacy@gabrielashworth.com
barrie@gabrielashworth.com
*Attorneys for Counter-Defendant Christina Madsen*

2

Tod F. Schleier
Bradley H. Schleier
SCHLEIER LAW OFFICES, P.C.
3101 North Central Avenue, Ste. 1090
Phoenix, AZ 85012
tod@schleierlaw.com
brad@schleierlaw.com
*Attorneys for Cross-Claimant/Counter-Claimant Michael Graci*

*/s/* Laura Underwood