IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina M. Madsen,<br><br>            Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>            Defendants.<br>Michael Graci,<br><br>            Cross-Claimant,<br><br>v.<br><br>City of Phoenix,<br><br>            Cross-Defendant.<br>Michael Graci,<br><br>            Counter-Claimant,<br><br>v.<br><br>Christina Madsen,<br><br>            Counter-Defendant. | No. CV-19-03182-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Partial Stipulation to Dismiss (Doc. 151),

**IT IS HEREBY ORDERED** that the Partial Stipulation to Dismiss is granted as follows:

1. Count Three (42 U.S.C. § 1983) of *Plaintiff Christina Madsen's First Amended Complaint* (Doc. 4) ("Madsen's Complaint") against all Defendants is dismissed **without** prejudice;

2. Count Five (Intentional Interference with Contract and Contractual Relations) of Doc. 4, Madsen's Complaint, against Defendant Ostreicher is dismissed **with** prejudice;

3. Count Six (Defamation) of Doc. 4, Madsen's Complaint against Defendant Graci is dismissed **with** prejudice;

4. Count Three (Intentional Interference with Contract and Contractual Relations) of *Cross-Claimant/Counter-Claimant Michael Graci's Cross-Claim/Counter-Claim* (Doc. 16) (Graci's "Cross-Claim/Counter-Claim") against Cross-Defendant Madsen is dismissed **with** prejudice; and

5. Count Four (42 U.S.C. § 1983) of Graci's Cross-Claim/Counter-Claim against Counter-Defendant Madsen is dismissed **with** prejudice.

**IT IS FURTHER ORDERED** that with regard to the dismissals set forth above, each of the Parties to the dismissals will bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that with these dismissals, the only remaining parties to this litigation are: Plaintiff Christina Madsen, Cross-Claimant Michael Graci, and Defendant/Cross-Defendant City of Phoenix. Defendant Michael Graci, Defendant Deborah Ostreicher, and Counter-Defendant Christina Madsen are no longer parties to this litigation.

**IT IS FURTHER ORDERED** that the only remaining causes of action are:

1. Count One (Title VII – Sex Discrimination) in Madsen's Complaint;

2. Count Two (Title VII – Retaliation) in Madsen's Complaint;

3. Count Four (A.R.S. § 41-1463(B)(1) – Sex Discrimination) in Madsen's Complaint;

4. Count One (Title VII – Hostile Work Environment-Sexual Harassment ) of

Graci's Cross-Claim; and

    5.    Count Two (Title VII – Retaliation) of Graci's Cross-Claim.

**IT IS FURTHER ORDERED** that Defendants Michael Graci and Deborah Ostreicher, and Counter-Defendant Christina Madsen are dismissed from this action.

Dated this 14th day of July, 2020.

_____
G. Murray Snow
Chief United States District Judge