# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina M. Madsen,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　　Defendants. | No. CV-19-03182-PHX-GMS<br><br>**ORDER** |
| Michael Graci,<br><br>　　　　　Cross-Claimant,<br><br>v.<br><br>City of Phoenix,<br><br>　　　　　Cross-Defendant. | |
| Michael Graci,<br><br>　　　　　Counter-Claimant,<br><br>v.<br><br>Christina Madsen,<br><br>　　　　　Counter-Defendant. | |

**IT IS HEREBY ORDERED** setting a Telephonic Status Conference for **April 2, 2021 at 1:30 p.m.** to discuss the in-camera submissions.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that Plaintiff shall arrange the conference call-in number and distribute it to all parties, including the Court, on or before **noon on Wednesday, March 31, 2021.**

Dated this 30th day of March, 2021.

_____
G. Murray Snow
Chief United States District Judge