FILED ___ LODGED
RECEIVED ___ COPY

APR 22 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina M. Madsen, | No. CV-19-03182-PHX-GMS |
| Plaintiff, | **VERDICT** |
| v. | |
| City of Phoenix, | |
| Defendant. | |

We the Jury, being duly empaneled and sworn in the above-entitled action, find the following Verdict on the questions submitted to us:

1. Do you find that Christina Madsen proved by a preponderance of the evidence that she was subjected to a hostile work environment by Michael Graci based on her sex?

   __X__ Yes     _____ No

If the answer to Question No. 1 is "yes," proceed to Question No. 2.

If the answer to Question No. 1 is "no," do not answer any further questions. Please sign and date this verdict form.

2. Do you find that the City or a member of its management knew or should have known of the harassment and failed to take prompt, effective remedial action reasonably calculated to end the harassment?

__X__           _____
Yes                     No

If the answer to Question No. 2 is "yes," proceed to Question No. 3.
If the answer to Question No. 2 is "no," do not answer any further questions. Please sign and date this verdict form.

3. Based on Jury Instruction No. 5.1, what is the amount of damages you believe Plaintiff is entitled to on her claim?

Please fill in the amount below in the field marked "Damages Awarded" at the end of this form and sign the verdict form.

**Damages Awarded:** $ _510,000.00_

[Fill in only if you answered "YES" to both Questions 1 and 2.]

DATED: __4-22-22__          _[signature]_
                                      FOREPERSON