EXHIBIT B

**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Alden A. Thomas, #031900
aat@jaburgwilk.com
Thomas S. Moring #021247
tsm@jaburgwilk.com
Maria Crimi Speth (012574)
mcs@jaburgwilk.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina M. Madsen | Case No. 2:19-cv-03182-GMS |
| Plaintiff, | |
| v. | **DECLARATION OF MARIA CRIMI SPETH IN SUPPORT OF MADSEN'S APPLICATION FOR ATTORNEY FEES AND RELATED NON-TAXABLE EXPENSES** |
| City of Phoenix, | |
| Defendants. | |

I, Maria Crimi Speth, declare as follows:

1.    That I have been a licensed practicing attorney within the State of Arizona for 33 years and am a shareholder with the law firm of Jaburg & Wilk, P.C. (the "Law Firm").

2.    Because the vast majority of my litigation practice is in federal court under federal procedures, and because Kraig Marton passed away this year, I was brought in to assist in this matter post trial.

3.    I represent the Plaintiff, Christina M. Madsen ("Madsen") in this matter, and this Declaration is submitted in support of Plaintiff's Motion for Attorney Fees and Related Non-Taxable Expenses.

4.     One of my roles in this matter was reviewing all time entries and invoices that the Law Firm generated in connection with this litigation to assure compliance with LRCiv 54.2(d)(3), 54.2(d)(4)(C) and 54.2(e) of the Local Rules of Civil Procedure.

5.     Specifically, I reviewed the detailed time entries for compliance with the requirements that they were reasonable and necessary under the circumstances and that the timekeepers exercised "billing judgment."

6.     I made the following adjustments to the detailed time entries: (1) I eliminated arguably unnecessary, duplicative and excessive time; and (2) I deleted categories of time and expenses incurred solely related to claims asserted against individual Defendants Ostreicher and Graci and claims Graci asserted against Madsen.

7.     I also reviewed the detailed time entries to ensure that matters of attorney client privilege or work product were not disclosed while still furnishing an adequate nonprivileged description of the services in question.

8.     Exhibit "B1" is a true and correct copy of Jaburg Wilk's itemized and detailed statement of attorney fees and related non-taxable expenses incurred by Madsen in this matter, as revised according to the considerations listed above.

9.     In addition to the deductions referenced above, the fee application reflects many "no-charge" items that were not billed to the client and are not sought in this fee application.

10.    Prior to the deductions described above, the total hours billed in this matter were 1,682.4. The total hours sought in this application are only 1547.60, a reduction of approximately $40,000.

11.     In regard to attorney fees, Exhibit "B1" identifies dates of service, description of the services rendered, identity of attorney/paralegal furnishing the services, and the hours billed for those services.

12.    The fees as described herein and in Exhibit "B1" were reasonably and necessarily incurred in the prosecution of this matter.

2

13. The fee hours set forth in Exhibit "B1" are accurate.

14. The fees set forth above are based upon individual timesheets maintained by the attorneys involved in this case on a daily basis and entered into a computer system where the data is stored and bills are thereafter rendered to clients on a monthly basis, reflecting a description of the work performed and the charges and costs incurred. These practices and procedures are standard at Jaburg Wilk and are within our normal business practices.

15. I am familiar with the rates for similar services in the Phoenix area and, in my opinion, the hourly rates and fees charged to Madsen for each of the timekeepers in connection with this matter were reasonable and comply with E.R. 1.5 of the Arizona Rules of Professional Conduct. No time submitted on Exhibit B1 was inappropriate or unnecessary.

16. We have exercised good billing judgment in our time entries throughout this litigation and in making this Motion.

17. The total amount of fees sought is $480,770. (*See* Exhibit "B1").

18. Exhibit B2 reflects the total amount of non-taxable out of pocket expenses that Madsen incurred in this matter along with the invoices for each.

19. The total nontaxable out of pocket expenses sought is $21,608.45**.**

20. The total of the fees and non-taxable out of pocket expenses sought is $499,278.45.

I declare the foregoing to be true and correct under penalty of perjury

DATED this 1st day of November, 2022.

**Jaburg & Wilk, P.C.**

*/s/Maria Crimi Speth*
Maria Crimi Speth

3

EXHIBIT B1

Christina Madsen
Attn: Christina Madsen

| | | | AAT | DNF | KJM | JXS | TSM | MCH | MCS | GXT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30/18 | Second conference with Christina Madsen | KJM | | | 1.50 | | | | | |
| 09/19/18 | telephone conference with Madsen re status and brief memo | KJM | | | 0.80 | | | | | |
| | re same | | | | | | | | | |
| 09/26/18 | begin review of packet from Christina regarding Graci; | KJM | | | 1.40 | | | | | |
| | telephone conference with Christina regarding status; | | | | | | | | | |
| | telephone conference with Victoria Torrihon (City Counsel) setting time to meet; | | | | | | | | | |
| | emails re same | | | | | | | | | |
| 10/03/18 | continued review of material from Chris and prepare outline of | KJM | | | 3.30 | | | | | |
| | issues to discuss with Victoria T (1.1); conference with Vitctora | | | | | | | | | |
| | (1.4); memo regarding same .(6) | | | | | | | | | |
| 10/08/18 | revise and send memo of meeting Victoria T and planning; | KJM | | | 0.40 | | | | | |
| 10/15/18 | conference with Madsen regarding planning and possible | KJM | | | 1.50 | | | | | |
| | separation and package; memo re same | | | | | | | | | |
| 10/16/18 | outline and draft letter to Victoria T at City regarding meditation | KJM | | | 0.60 | | | | | |
| | concerns | | | | | | | | | |
| 10/18/18 | continued work on memo and draft letter to Victoria T; send | KJM | | | 0.80 | | | | | |
| | draft to C Madsen | | | | | | | | | |
| 11/04/18 | review misc emails; revise letter to Torrilhon; send status | KJM | | | 1.10 | | | | | |
| | report to Madsen | | | | | | | | | |
| 11/13/18 | brief telephone conference with Chris regarding direction to not | KJM | | | 0.30 | | | | | |
| | share draft with counsel; | | | | | | | | | |
| 11/14/18 | acknowledge receipt and review draft mediation statement; pm | KJM | | | 1.20 | | | | | |
| | telephone conference with Chris regarding planning and | | | | | | | | | |
| | current form of letter; send revised draft with concerns about | | | | | | | | | |
| | release to Chris | | | | | | | | | |
| 11/15/18 | further emails and telephone conference with Chris regarding | KJM | | | 0.70 | | | | | |
| | effect of release to Garcia; send letter to Torrilhon | | | | | | | | | |
| 11/16/18 | conference with D  Farren and provide him materials regarding | KJM | | | 0.00 | | | | | |
| | his role | | | | | | | | | |
| 11/18/18 | conference with D Farren; review material and exchange | KJM | | | 0.00 | | | | | |
| | ideas- agree on plan; email plan to Chris | | | | | | | | | |
| 11/18/18 | Meeting with Kraig J. Marton to discuss facts, possible legal | DNF | | 0.00 | | | | | | |
| | issues (0.4); Drafted email to client (0.2); Begin review of client | | | | | | | | | |
| | documents (0.3) | | | | | | | | | |
| 11/19/18 | Completed review of client documents and began drafting | DNF | | 5.20 | | | | | | |
| | Notice of Claim letter to City of Phoenix; Researched legal | | | | | | | | | |
| | claims (5.2) | | | | | | | | | |
| 11/20/18 | Continued to research legal issues and drafting on Notice of | DNF | | 4.80 | | | | | | |
| | Claim letter to City of Phoenix (4.8) | | | | | | | | | |

| Date | Description | Atty | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/21/18 | comprehensive review and revision of notice of claim; add legal portions and edit rest; send draft to Chris | KJM | | | 1.50 | | | |
| 11/26/18 | review Chris' changes to notice of claim and outline more changes needed (.5); conference with D Farren regarding constructive discharge letter (.3); emails with Chris re speaking (.2); revise CDC letter and forward revised packet to Chris (.6) | KJM | | | 1.60 | | | |
| 11/26/18 | Reviewed client comments and edits; Reviewed, edited and added to Notice of Claim letter to City of Phoenix; Revised draft to Kraig J. Marton (0.8); Further reviewed Notice of Claim and drafted Notice of Constructive Discharge; Researched pertinent Arizona statute; Draft to Kraig J. Marton (1.8) | DNF | | 2.60 | | | | |
| 11/27/18 | telephone conference with Chris regarding plan and strategy then memo regarding same | KJM | | | 0.90 | | | |
| 11/27/18 | Reviewed revised draft Notice of Claim and Notice of Constructive Discharge letters; Telephone conference with client and Kraig J. Marton regarding same and regarding forward plan and strategies | DNF | | 0.50 | | | | |
| 12/03/18 | send planning memo to Chris; verify date of claims committee mtg and other dates; | KJM | | | 0.30 | | | |
| 12/07/18 | telephone conference with Chris regarding planning for her meeting with director; f/u email regarding finalizing CDC and NOC | KJM | | | 0.80 | | | |
| 12/14/18 | prep for and telephone conference with Chris re failed attempt to informal resolution - plan proceeding with formal claims- discuss logistics and last changes | KJM | | | 0.60 | | | |
| 12/14/18 | Reviewed notes; Telephone conference with client and Kraig J. Marton (NC) | DNF | | 0.00 | | | | |
| 12/14/18 | prep for and telephone conference with Chris re failed attempt to informal resolution - plan proceeding with formal claims- discuss logistics and last changes | KJM | | | 0.60 | | | |
| 12/14/18 | Reviewed notes; Telephone conference with client and Kraig J. Marton (0.6) | DNF | | 0.50 | | | | |
| 12/15/18 | review Chris's last changes and email D Farren regarding misc next steps | KJM | | | 0.30 | | | |
| 12/18/18 | Reviewed client edits and comments; Further reviewed and edited Notice of Claim and Notice of Constructive Discharge letters; Reviewed and assembled Exhibits to Notice of Claim letter; Completed drafts to client (1.4) | DNF | | 1.40 | | | | |
| 12/19/18 | message to Schlieier regarding accepting service; telephone conference with Chris regarding changes with Deb O and others; telephone conference with Schlieier - will accept service; final review of NOC and CDC ltr. | KJM | | | 0.90 | | | |
| 12/19/18 | Further reviewed and edited Notice of Claim and Notice of Constructive Discharge letters per client edits and comments; Further revised drafts back to client (0.7); Reviewed notes and telephone conference with client and Kraig J. Marton regarding | DNF | | 2.40 | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | recent developments, service of letters and forward strategies | | | | | | | | | |
| | (0.6); Email to Brad Schleier with draft Notice of Claim (0.2); | | | | | | | | | |
| | Further and final review and edit and identified and assembled | | | | | | | | | |
| | Exhibits for attachment to final Notice of Claim and Notice of | | | | | | | | | |
| | Constructive Discharge letters for service tomorrow; Drafts of | | | | | | | | | |
| | all to client and Kraig J. Marton (1.1) | | | | | | | | | |
| 12/31/18 | Drafted compelled discharge letter for use upon client's leaving | DNF | 0.40 | | | | | | | |
| | the City's employ; Draft to client and Kraig J. Matron (0.4) | | | | | | | | | |
| 01/02/19 | Reviewed and edited Constructive Discharge Confirmation | DNF | 0.10 | | | | | | | |
| | letter (0.1) | | | | | | | | | |
| 01/07/19 | review and forward email and letter regarding NOC | KJM | | 0.40 | | | | | | |
| 01/08/19 | review file for planning; conference with D Farren; conference | KJM | | 2.20 | | | | | | |
| | with Madsen regarding her options and pros and cons of each; | | | | | | | | | |
| | outline and begin drafting letter to her re same | | | | | | | | | |
| 01/08/19 | Conference with Kraig J. Marton regarding analysis of client's | DNF | 1.50 | | | | | | | |
| | claims (0.3); Meeting with client and Kraig J. Matron to discuss | | | | | | | | | |
| | same and going forward (1.2) | | | | | | | | | |
| 01/09/19 | Responded to client question and forwarded EEOC charge | DNF | 0.40 | | | | | | | |
| | form (0.2); Reviewed and edited K. Marton letter to client (0.2) | | | | | | | | | |
| 01/10/19 | Final review and send assessment letter | KJM | | 0.20 | | | | | | |
| 01/25/19 | two calls with Chris regarding possible investigation - vendors; | KJM | | 0.50 | | | | | | |
| | outline possible need for amended notice of claim | | | | | | | | | |
| 01/25/19 | Researched constructive discharge statute and notice of claim | DNF | 1.20 | | | | | | | |
| | case law; Drafted Supplemental Notice of Claim regarding | | | | | | | | | |
| | constructive discharge claim; Draft to Kraig J. Marton (1.2) | | | | | | | | | |
| 01/30/19 | Further reviewed Supplemental Notice of Claim, performed | DNF | 0.40 | | | | | | | |
| | additional research, and reviewed, edited and add to it; Further | | | | | | | | | |
| | revised draft to Kraig J. Marton (.4) | | | | | | | | | |
| 02/07/19 | Review and revise draft supplemental notice of claim; provide | KJM | | 0.00 | | | | | | |
| | status report to C Madsen.  No Charge (was not served) | | | | | | | | | |
| 03/13/19 | Telephone conference with client regarding status, going | DNF | 2.10 | | | | | | | |
| | forward (0.2); Conference with Kraig J. Marton regarding same | | | | | | | | | |
| | (0.1); Reviewed demand letters and began drafting Complaint | | | | | | | | | |
| | (1.8) | | | | | | | | | |
| 03/14/19 | Reviewed and edited client draft EEOC Charge; Revised | DNF | 4.30 | | | | | | | |
| | Charge to client (0.8); Researched client claims (0.7); | | | | | | | | | |
| | Continued to draft Complaint (2.8) | | | | | | | | | |
| 03/15/19 | Hand-Delivered EEOC Charge to the EEOC (0.4 - NO | DNF | 4.20 | | | | | | | |
| | CHARGE); Continued to draft Complaint; Continued to | | | | | | | | | |
| | research legal issues; Reviewed and edited Complaint and | | | | | | | | | |
| | sent draft to client and Kraig J. Marton (3.9); Reviewed and | | | | | | | | | |
| | edited proposed Fee Agreement Letter to client (0.3) | | | | | | | | | |
| 03/25/19 | Conference with Kraig J. Marton  regarding status, issues; | DNF | 1.30 | | | | | | | |
| | Telephone conference with client and Kraig J. Marton | | | | | | | | | |
| | regarding same (1.1); Began review and edit of draft complaint | | | | | | | | | |
| | per call (0.2) | | | | | | | | | |

| Date | Description | Initials | | | | | |
|---|---|---|---|---|---|---|---|
| 03/25/19 | Comprehensive review of all pending materials and communications; brief conference with DNF; then telephone conference with C Madsen regarding planning next steps, lawsuit etc., | KJM | | 2.20 | | | |
| 03/27/19 | Reviewed notes and draft Complaint; Reviewed client edits and comments and revised and edited draft Complaint (1.2) | DNF | 1.20 | | | | |
| 03/28/19 | Completed revising complaint, allegations; revised draft to client (0.8) | DNF | 0.80 | | | | |
| 03/29/19 | Revise fee agreement and new file set up. No Charge | KJM | | 0.00 | | | |
| 03/29/19 | Review of revised complaint and email Madsen regarding same | KJM | | 0.40 | | | |
| 03/29/19 | Further review and edited draft Complaint per client edits comments; Revised draft to client and Kraig J. Marton (1.0) ; Conference with Kraig J. Marton  regarding same (0.2) | DNF | 1.20 | | | | |
| 03/31/19 | Forward new fee agreement with explanation. No Charge | KJM | | 0.00 | | | |
| 04/01/19 | Further review of draft complaint (.7); telephone conference with Madsen regarding continued planning for lawsuit (.8); emails regarding obtaining Right to Sue from EEOC (.3) | KJM | | 1.80 | | | |
| 04/01/19 | Conference with Kraig J. Marton regarding issues, daft Complaint; Telephone conference with Kraig J. Marton and client regarding same (no charge) | DNF | 0.00 | | | | |
| 04/03/19 | Further reviewed,  Received and reviewed and added to draft Complaint; Further revised draft to client and Kraig J. Marton (2.2) | DNF | 2.20 | | | | |
| 04/08/19 | Further review of fee agreement and conference with others re same; revise agreement and send proposal to Chris (no charge) | KJM | | 0.00 | | | |
| 04/09/19 | Review Madsen's latest fee proposal and telephone conference with her rejecting it; send follow up email regarding same (all No Charge) | KJM | | 0.00 | | | |
| 04/10/19 | Email Chris regarding delays in filing. No Charge | KJM | | 0.00 | | | |
| 04/11/19 | Review final draft of complaint and approve for filing; approve collateral filings also needed and revise/approve for filing - start lawsuit! | KJM | | 0.80 | | | |
| 04/16/19 | pleasant lunch with Chris (n.c., of course) | KJM | | 0.00 | | | |
| 04/16/19 | draft email to Victoria and Heidi regarding possible approach to settlement (.3); emails with Madsen regarding same (.2); send email and packet to the Phoenix lawyers (.4) | KJM | | 0.90 | | | |
| 04/16/19 | Confer with Kraig about Heidi Gilbert and her willingness to settle. | JXS | | | 0.00 | | |
| 04/16/19 | Review and approve email to the City. | JXS | | | 0.10 | | |
| 04/16/19 | Lunch with Kraig and Christina to discuss case and get to know each other. NO CHARGE. | JXS | | | 0.00 | | |
| 04/17/19 | Review complaint, and send detailed email to Kraig with my thoughts and suggestions. | JXS | | | 0.00 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/18/19 | emails with then telephone conference with Torrilhon re service | KJM | | 1.30 | | | | | | |
| | and settlement (.7); memo re same with Madsen listening (.3) ; | | | | | | | | | |
| | review and forward emails from Torrilhon regarding prior | | | | | | | | | |
| | settlement discussion (.3) | | | | | | | | | |
| 04/19/19 | review and forward Torrihon's memory regarding prior | KJM | | 0.30 | | | | | | |
| | settlement | | | | | | | | | |
| 04/22/19 | revise and send memo regarding initial settlement talk (.3); | KJM | | 0.30 | | | | | | |
| 05/02/19 | revise suggested amendments to complaint - outline | KJM | | 0.70 | | | | | | |
| | changes(.4); send explanation to Chris M (.3) | | | | | | | | | |
| 05/02/19 | Reviewed Notice of Claim, Complaint; Researched legal | DNF | 2.20 | | | | | | | |
| | issues regarding new claims; Drafted First Amended | | | | | | | | | |
| | Complaint, making changes and adding new Tile VII retaliation | | | | | | | | | |
| | count; Draft too Kraig J. Marton and Jeffrey Silence (2.2) | | | | | | | | | |
| 05/03/19 | review and approve amended complaint for filing | KJM | | 0.40 | | | | | | |
| 05/03/19 | Further reviewed First Amended Complaint for filing and | DNF | 0.40 | | | | | | | |
| | service (0.4) | | | | | | | | | |
| 05/17/19 | receive and begin reviewing removal documents | KJM | | 0.40 | | | | | | |
| 05/20/19 | initial review of removal documentation and provide email to C | KJM | | 0.40 | | | | | | |
| | Madsen regarding same | | | | | | | | | |
| 05/20/19 | Conference with Kraig J. Marton regarding removal, service of | DNF | 0.20 | | | | | | | |
| | FAC (0.2) | | | | | | | | | |
| 05/21/19 | revise and revise notice of filing amended complaint (.2); email | KJM | | 1.10 | | | | | | |
| | Verdeir et al regarding time to answer amended complaint (.3); | | | | | | | | | |
| | further emails regarding alignment of parites and | | | | | | | | | |
| | representatives (.3); investigate assigned judge - Wilett (.3) | | | | | | | | | |
| 05/21/19 | Reviewed Notice of Removal; Researched service of First | DNF | 0.80 | | | | | | | |
| | Amended Complaint after removal issues; Drafted Notice of | | | | | | | | | |
| | Service of First Amended Complaint; Draft to Kraig J. Matron | | | | | | | | | |
| | (0.8) | | | | | | | | | |
| 05/22/19 | Reviewed Court MIDP Order and General Order; Drafted letter | DNF | 1.70 | | | | | | | |
| | to client explaining same and client's duties to produce | | | | | | | | | |
| | information and documents pursuant to MIDP Order; Draft to | | | | | | | | | |
| | Kraig J. Marton (1.7) | | | | | | | | | |
| 05/24/19 | new filing - no magistrate | KJM | | 0.20 | | | | | | |
| 05/31/19 | emails with Ritenaur and Verdeir giving a few days extra to answer | KJM | | 0.30 | | | | | | |
| 06/04/19 | approve stip regarding more time to answer (.2); obtain RTS | KJM | | 0.30 | | | | | | |
| | letter (.1) | | | | | | | | | |
| 06/13/19 | comprehensive review of answers, counterclaim, court order | KJM | | 4.30 | | | | | | |
| | and file - outline compliance dates etc (1.6); comprehensive | | | | | | | | | |
| | letter to Madsen regarding status; dates and her role on MIDP | | | | | | | | | |
| | and case (1.5); email to all counsel suggesting various | | | | | | | | | |
| | compliance dates and MIDP date (.5); draft email proposing | | | | | | | | | |
| | mediation (.4); emails with all counsel regarding scheduling | | | | | | | | | |
| | conference call and changing date (.3) | | | | | | | | | |
| 06/14/19 | emails regarding time to speak next week (n.c.) | KJM | | 0.00 | | | | | | |
| 06/18/19 | prepare for Madsen calls this pm (.4) telephone | KJM | | 0.90 | | | | | | |

| Date | Description | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | conference with Madsen regarding MIDP, status and misc. | | | | | | | | | | |
| | issues (.5) | | | | | | | | | | |
| 06/25/19 | telephone conference with Verdier regarding possibly settling | KJM | | | 1.50 | | | | | | |
| | with City but not Graci (.5); telephone conference with Chris | | | | | | | | | | |
| | regarding same (.5); finish memo regarding same (.2); email | | | | | | | | | | |
| | Verdier regarding proposed 60 day standstill (.3) | | | | | | | | | | |
| 06/26/19 | emails with Verdeir then Gabriel regarding standstill; then | KJM | | | 0.60 | | | | | | |
| | email all counsel, also regarding standstill | | | | | | | | | | |
| 06/27/19 | work with D Farrren to prepare joint motion to extend (.3); | KJM | | | 1.10 | | | | | | |
| | revise draft joint motion; draft order (.5); send to all counsel (.3) | | | | | | | | | | |
| 06/27/19 | (Madsen) Drafted Joint Motion to move Rule 16 Conference | DNF | 0.00 | | | | | | | | |
| | and deadlines; Draft to Kraig J. Marton (0.7) | | | | | | | | | | |
| 06/28/19 | continued work with D Farren regarding getting joint motion | KJM | | | 0.30 | | | | | | |
| | filed | | | | | | | | | | |
| 06/28/19 | Exchanged numerous emails with other counsel regarding | DNF | 0.70 | | | | | | | | |
| | Joint Motion and proposed Order; Reviewed and edited same | | | | | | | | | | |
| | to everyone's satisfaction (0.7) | | | | | | | | | | |
| 07/05/19 | email Verdier regarding settlement logistics (.5); further | KJM | | | 1.60 | | | | | | |
| | emails with Verdier regarding dates (.2); telephone conference | | | | | | | | | | |
| | with Verdeir and Torrilhon regarding settlement (.5); email | | | | | | | | | | |
| | report to Chris r same (.4) | | | | | | | | | | |
| 07/22/19 | begin reviewing documents for disclosure; and damages for | KJM | | | 0.50 | | | | | | |
| | demand | | | | | | | | | | |
| 07/23/19 | email D Verdeir regarding who will be attending the mediation; | KJM | | | 0.70 | | | | | | |
| | email Cohen regarding Mediation logistics; reviewing file for | | | | | | | | | | |
| | demand letter ideas | | | | | | | | | | |
| 07/25/19 | review Madsen's revisions to spread sheet and her draft MIDP | KJM | | | 1.20 | | | | | | |
| | Part 1; revise dictated demand letter to City; send draft to Chris | | | | | | | | | | |
| | with explanation; receive her approval and send $225,000 | | | | | | | | | | |
| | demand to City; | | | | | | | | | | |
| 07/29/19 | telephone conference with Chris M and Stacy G regarding | KJM | | | 1.10 | | | | | | |
| | documentation, bates and production; arrange scanning; | | | | | | | | | | |
| | email both regarding status; | | | | | | | | | | |
| 07/30/19 | oversee packet to Chris M and Tracy G; | KJM | | | 0.20 | | | | | | |
| 07/31/19 | telephone conference with Verdier and email Chris regarding | KJM | | | 0.30 | | | | | | |
| | preliminary settlement talk | | | | | | | | | | |
| 08/01/19 | receive and forward City's offer of $32,500 (.2); send | KJM | | | 0.80 | | | | | | |
| | counteroffer of $217,500 after obtaining Madsen's approval | | | | | | | | | | |
| | (.4); emails with Gabreil re status (.2) | | | | | | | | | | |
| 08/08/19 | message to and email to Verdier re settlement (.2) | KJM | | | 0.20 | | | | | | |
| 08/09/19 | follow up message to Verdeir (.1); status report to Madsen and | KJM | | | 0.60 | | | | | | |
| | Gabriel (.2); provide info regarding downloading texts (.3) | | | | | | | | | | |
| 08/12/19 | yet another message to Verdier (.2); speak to Madsen | KJM | | | 0.80 | | | | | | |
| | regarding written response (City wants mediation) (.3); emails | | | | | | | | | | |
| | regarding same (.3) | | | | | | | | | | |
| 08/13/19 | review Madsen's position (no mediation) and outline/draft | KJM | | | 1.40 | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | possible best and final offer (.8); send to Chris with explanation (.4); emails with Gabriel regarding coordination (.2) | | | | | | | | |
| 08/14/19 | receive Chris' approval and send Verdier letter asking for $150,000 (.4); telephone conference with Gabriel regarding our respective roles (.3); begin work on MIDP (.6) | KJM | | | 1.30 | | | | |
| 08/15/19 | comprehensive work on MIDP - fact and legal section and on general provisions | KJM | | | 2.00 | | | | |
| 08/18/19 | reviewing Gabriel's timeline; provide NOC with Exhibits as requested; review rest of file against currently bates documents and provide others to Gabriel | KJM | | | 1.10 | | | | |
| 08/19/19 | emails with Gabriel regarding fixing bates document (.2); arrange call for later (n.c.); further review of Gabriel's chrono (.5); brief review of drop box documents (.4); comprehensive telephone conference with Madsen and Gabriel regarding documents to be produced (1.5) | KJM | | | 2.60 | | | | |
| 08/21/19 | NO CHARGE Become familiar with Plaintiff's first amended complaint, Graci's couterclaims and cross-claims, Plaintiff's notice of claim, and Plaintiff's notice of constructive discharge. | AAT | 0.00 | | | | | | |
| 08/21/19 | comprehensive review of courts' requirements for Rule 16 conference and review file to prepare (1.2); telephone conference with Chris regarding magistrate and Rule 16 issues (.3); participate in conference call with all counsel regarding Rule 16 issues (1.0); follow up email regarding new date for MIDP - August 28 (.3); draft Joint report in light of telephone conference (.9); conference call with Chris and Stacy regarding MIDP issues (.8); arrange for back up, bates of additional documents and review of MIDP (.5) | KJM | | | 5.20 | | | | |
| 08/23/19 | Revise Plaintiff's MIDP responses. | AAT | 0.50 | | | | | | |
| 08/23/19 | Revise Joint Rule 16 Case Management Report. | AAT | 0.50 | | | | | | |
| 08/23/19 | arrange for People Map reports on Ostreicher and Graci (/3); outline more ideas for joint report (.2) | KJM | | | 0.50 | | | | |
| 08/26/19 | Revise and edit Plaintiff's MIDP responses. | AAT | 2.90 | | | | | | |
| 08/27/19 | review SOF and defenses to Chris Counterclaim (.4); provide MIDP to Chris (.2); further review of Rule 16 joint report - edit it and send to B Schlieir (.7); | KJM | | | 1.30 | | | | |
| 08/28/19 | review emails regarding last minute changes to MIDP (.3); telephone conference with Stacy G and Chris M regarding compliance (.1); assemble MIDP responses and documents and produce all to all counsel (.7); file notice of service (.2) | KJM | | | 1.30 | | | | |
| 08/29/19 | Amend rule 16 report (statement of the case). | AAT | 1.00 | | | | | | |
| 08/29/19 | revise and approve form of verification (.1); check exhibits to MIDP (a staff said one wouldn't open) (.3); messages and emails with Schlieier regarding Joint Report - depo issues (.3) | KJM | | | 0.70 | | | | |
| 08/30/19 | email from Stacy G and message to Brad S regarding Jt case report (.3); review Brad's changes (.3) inform other counsel of acceptance (.2) | KJM | | | 0.80 | | | | |

| Date | Description | Initials | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/05/19 | Finalize rule 16 memorandum. | AAT | 0.80 | | | | | | | |
| 09/09/19 | Revise draft scheduling report (.3); email Stacy Gabriel and Chris re: scheduling report (.1); Email all counsel re: scheduling report (.1). | AAT | 0.50 | | | | | | | |
| 09/09/19 | revise and share Rule 16 memo with counsel (.4); begin reviewing disclosed documents (1.1); email Madsen with analysis of linkedin document s from Graci (.4) | KJM | | 1.90 | | | | | | |
| 09/16/19 | Evaluate proposed revisions to Rule 16 scheduling order provided by Chris. co-counsel, and Graci's counsel, incorporate all changes to final draft and send to all parties' counsel for review. | AAT | 1.20 | | | | | | | |
| 09/16/19 | review and approve Madsen edits to Jt report (.1); telephone conference with Stacy G regarding status of joint report; conference with Alden T re same (.3); set conference call (.2) | KJM | | 0.60 | | | | | | |
| 09/17/19 | email Madsen explaining parts of Rule 16 joint statement (.3); note and address typos in it (.2) review and approve final changes and email to all (.3) | KJM | | 0.80 | | | | | | |
| 09/17/19 | Incorporate all parties' final revisions to rule 16 report and send multiple emails to Chris and all other counsel. | AAT | 0.80 | | | | | | | |
| 09/18/19 | oversee  filing jt report | KJM | | 0.20 | | | | | | |
| 09/19/19 | Correspond with Chris re: submitted Rule 16 report. | AAT | 0.10 | | | | | | | |
| 09/19/19 | begin outlining ideas for Case Management attendance | KJM | | 0.30 | | | | | | |
| 09/24/19 | Begin drafting memo re: strength of Madsen's claims | AAT | 1.70 | | | | | | | |
| 09/25/19 | Continue drafting memorandum re: strengths and weaknesses of Madsen's claims. | AAT | 4.80 | | | | | | | |
| 09/26/19 | Continue drafting and complete 11 page memorandum re: strengths and weaknesses of Madsen's claims. | AAT | 4.40 | | | | | | | |
| 09/26/19 | NO CHARGE Call with Kraig, Chris and Stacy to discuss issues surrounding Rule 16 conference. | AAT | 0.00 | | | | | | | |
| 09/26/19 | comprehensive review of MIDP's of all parties; Court's order setting conference and joint report, all to prepare for tomorrows appearance (2.1); telephone conference with Madsen et al regarding planning next steps (1.1); emails regarding tomorrow (.3) | KJM | | 3.50 | | | | | | |
| 09/27/19 | Travel to and attend Rule 16 conference. | AAT | 0.00 | | | | | | | |
| 09/27/19 | travel to and appear at scheduling conference (.9); post conf emails with Maden re same (.3) | KJM | | 1.20 | | | | | | |
| 10/04/19 | Correspond with defense attorneys re: scheduling depositions and fill out doodle poll for counsels' availability. | AAT | 0.20 | | | | | | | |
| 10/04/19 | work on getting dates for discovery; set up and use doodle (..4) emails with opposing re same (.2); emails with Madsen regarding her availability (.3) | KJM | | 0.90 | | | | | | |
| 10/10/19 | review calendars to obtain sequential dates for depos; attempts at reaching Ritenauer regarding same then email all regarding plans and arrange for follow up by Kim B | KJM | | 0.60 | | | | | | |
| 10/14/19 | emails with Chris regarding Stacy's limitations and regarding | KJM | | 0.30 | | | | | | |

chronology;

| Date | Description | Initials | Hours | Hours2 | | | | | | |
|------|-------------|----------|-------|--------|---|---|---|---|---|---|
| 10/15/19 | Analyze email from Chris re: good faith settlement talks. | AAT | 0.10 | | | | | | | |
| 10/15/19 | Analyze documents disclosed by the City (CITY000001-000353). | AAT | 1.50 | | | | | | | |
| 10/15/19 | review letter from Gabriel regarding inadvertent disclosure; research alternatives | KJM | | 0.40 | | | | | | |
| 10/16/19 | Analyze email from Chris with questions for upcoming conference call. | AAT | 0.20 | | | | | | | |
| 10/16/19 | Continue reviewing documentation disclosed by the City. | AAT | 0.50 | | | | | | | |
| 10/17/19 | Call with Kraig and Chris to discuss litigation and next steps. | AAT | 1.00 | | | | | | | |
| 10/17/19 | Complete review of first set of documents disclosed by the City. | AAT | 2.50 | | | | | | | |
| 10/17/19 | Review alleged privileged email disclosed by Stacy (.2); Draft comprehensive email to Chris re: next steps and action items. | AAT | 0.60 | | | | | | | |
| 10/17/19 | review dates, questions frrom Madsen and general preparation for today's' call with Madsen regarding all issues related to case (1.3); telephone conference with Madsen regarding discovery, depositions, disclosure and planning and strategy (1.2); follow up conference with Alden  regarding documenting all (.3); review redacted issues and assign research regarding same (.3) | KJM | | 3.10 | | | | | | |
| 10/21/19 | Analyze Chris's incoming tax records. | AAT | 0.20 | | | | | | | |
| 10/22/19 | Correspond with Chris re: discovery requests (.2); Correspond with all other counsel re: deposition dates and schedule (.2). | AAT | 0.40 | | | | | | | |
| 10/22/19 | receive and brief review of tax returns- start process to retain expert Stokes | KJM | | 0.40 | | | | | | |
| 10/28/19 | Correspond with Chris re: forthcoming discovery requests and depositions. | AAT | 0.20 | | | | | | | |
| 10/28/19 | email to Stokes asking of conflicts etc for assignment (.3); telephone conference with Chris regarding misc issues including new documents and disclosures (.5) | KJM | | 0.80 | | | | | | |
| 10/29/19 | Draft requests for production to the City of Phoenix. | AAT | 1.30 | | | | | | | |
| 10/29/19 | review and forward material regarding Stokes (.3); draft action item memo (.3) | KJM | | 0.60 | | | | | | |
| 10/30/19 | Continue drafting requests for production to the City. | AAT | 1.00 | | | | | | | |
| 10/31/19 | Meet with Kraig and Kim to discuss next steps to be taken throughout litigation. | AAT | 0.60 | | | | | | | |
| 10/31/19 | Continue drafting requests for production and interrogatories to all defendants. | AAT | 0.70 | | | | | | | |
| 10/31/19 | review of misc emails and portions of file regarding action items needed (.7); conference with A Thomas regarding planning and action items (.5); work on and complete memos regarding action items and Chris's concerns and send them (.7) | KJM | | 1.90 | | | | | | |
| 11/01/19 | Examine memo from Kraig re: next steps to take (.1); Evaluate Chris' financial documentation and send the same to expert | AAT | 0.70 | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Larry Stokes (.3); Correspond with Chris re: discovery requests and documents to be disclosed (.2); Call and email Stacy to discuss discovery requests (.1). | | | | | | | | | |
| 11/01/19 | Continue drafting discovery requests to all defendants and email requests for production to Chris (2.0); correspond with all counsel re: settlement discussions and depositions (.2) | AAT | 2.20 | | | | | | | |
| 11/01/19 | Review and react to various actions taken by Alden T | KJM | | 0.30 | | | | | | |
| 11/03/19 | Complete first draft of requests for production, requests for admissions, and non-uniform interrogatories and email the same to Chris. | AAT | 2.20 | | | | | | | |
| 11/04/19 | Incoming call from Stacy Gabriel to discuss Chris' discovery requests. | AAT | 0.20 | | | | | | | |
| 11/04/19 | Begin review of supplemental documents provided by Chris that have not yet been disclosed to defendants. | AAT | 1.30 | | | | | | | |
| 11/04/19 | Call Chris to discuss litigation status and action items (1.2); email Chris re: same (.2); correspond with all defense counsel re: teleconference to discuss depositions and face to face settlement talk (.1). | AAT | 1.50 | | | | | | | |
| 11/05/19 | Revise discovery requests to the City per Chris's request and finalize all discovery requests | AAT | 0.60 | | | | | | | |
| 11/05/19 | Follow up with Larry Stokes re: expert report. | AAT | 0.10 | | | | | | | |
| 11/06/19 | Brief conference with Alden T regarding status and sharing ideas (.3); bref review of discovery from City  (.4) | KJM | | 0.70 | | | | | | |
| 11/07/19 | Prepare for call with all counsel (.5); teleconference with all counsel re: depositions and settlement discussions (.6); Correspond with the City's counsel re: objections to alleged privilege over communications between Graci and city counsel (.3). | AAT | 1.40 | | | | | | | |
| 11/07/19 | Review correspondence from the City re:alleged documents protected by attorney client privilege and review case law relevant to attorney client privilege in similar fact situations. | AAT | 1.00 | | | | | | | |
| 11/07/19 | Emails regarding need for W2 | KJM | | 0.20 | | | | | | |
| 11/08/19 | Prepare for call with the City's counsel to discuss alleged privileged documents (.3); Call the City's counsel to discuss: the same (.4). | AAT | 0.70 | | | | | | | |
| 11/11/19 | Correspond with Chris re: upcoming depositions and discussions with other counsel. | AAT | 0.20 | | | | | | | |
| 11/12/19 | Analyze incoming notices of deposition of Madsen and Graci and incoming email from the City's counsel re: witnesses available in January. | AAT | 0.20 | | | | | | | |
| 11/15/19 | Correspond with Chirs re: litigation status. | AAT | 0.20 | | | | | | | |
| 11/15/19 | Revise letter to the City's counsel re: alleged privilege that applies to certain disclosed documents. | AAT | 0.20 | | | | | | | |
| 11/17/19 | Comprehensive review of all emails and filings for action item plans (1.1); conference with A Thomas regarding the action items and planning for all aspects of lawsuit, including depos, | KJM | | 1.90 | | | | | | |

| | settlement conferences, discovery planning etc (.8) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/17/19 | Create action items for next two months of litigation and meet with Kraig re: same. | AAT | 1.50 | | | | | |
| 11/18/19 | Begin reviewing third wave of city documents. | AAT | 1.00 | | | | | |
| 11/19/19 | Contact Larry Stokes re: expert report (.1); Email all defense counsel re: depositions and face to face settlement discussions (.1); review Stokes report (.2). | AAT | 0.40 | | | | | |
| 11/19/19 | Continue reviewing third waive of documents disclosed by the City. | AAT | 0.80 | | | | | |
| 11/20/19 | Draft agenda of items to discuss during conference call with Chris. | AAT | 0.20 | | | | | |
| 11/20/19 | Teleconference with Chris to discuss next steps. | AAT | 1.70 | | | | | |
| 11/20/19 | Locate and send memo to Alden re video recording of depositions. | JXS | | | 0.20 | | | |
| 11/21/19 | Correspond with Chris re: deposition preparation. | AAT | 0.10 | | | | | |
| 11/21/19 | Correspond with Chris re: next steps and action items. | AAT | 0.20 | | | | | |
| 11/22/19 | Review documents not yet disclosed and identify documents that may be privileged. | AAT | 2.00 | | | | | |
| 11/23/19 | Correspond with all counsel re: depositions and face to face settlement talks. | AAT | 0.20 | | | | | |
| 12/02/19 | Began drafting opposition to City's motion to extend deadline to engage in good faith settlement discussions. | AAT | 0.50 | | | | | |
| 12/02/19 | Correspond with Chris re: supplemental MIDP. | AAT | 0.20 | | | | | |
| 12/03/19 | Call Chris to discuss responses to the City's discovery requests and upcoming depositions. | AAT | 0.60 | | | | | |
| 12/03/19 | Review Chris' documents responsive to the City's request for production | AAT | 1.20 | | | | | |
| 12/03/19 | Analyze the City's interrogatories and requests for production and begin drafting responses to the same (requiring review of numerous supporting documents). | AAT | 4.00 | | | | | |
| 12/04/19 | Finalize first draft of responses to the City's non-uniform interrogatories and email the same to Chris. | AAT | 1.10 | | | | | |
| 12/04/19 | Complete first draft of opposition to the city's motion to extend deadlines to complete good faith settlement discussions. | AAT | 1.20 | | | | | |
| 12/04/19 | Review Chris' revisions to our responses to the City's Non-Uniform interrogatories and make additional edits. | AAT | 1.00 | | | | | |
| 12/05/19 | Revise responses to City's non-uniform interrogatories, continue reviewing voluminous documents to be produced, draft responses to requests for production. | AAT | 5.50 | | | | | |
| 12/06/19 | Continue review of documents to be disclosed for privileged and confidential information (1.0); review court order denying City's motion to extend the deadline to engage in good faith settlement negotiations and correspond with Chris and all counsel re: same (.3); revise responses to the City's non-uniform interrogatories and request for production (.3). | AAT | 1.60 | | | | | |
| 12/06/19 | review and react to court's refusal to extend time for settlement | KJM | | | 0.50 | | | |

| Date | Description | Staff | | | | | | | | | |
|------|-------------|-------|---|---|---|---|---|---|---|---|---|
| | conference (.3); outline ideas for privilege log on production (.2). | | | | | | | | | | |
| 12/06/19 | Revise memo re: strength of claims (1.0), make final revisions to responses to the City's discovery requests (.5); complete review of all documents to be disclosed (2.0), redact privileged/confidential information included in documents responsive to the City's requests for production (1.5), and coordinate with IT staff for final disclosure of all documents and discovery responses (1.0); Exchange numerous emails with all counsel re: document disclosure, upcoming depositions and face to face settlement discussions (.5). | AAT | 6.50 | | | | | | | | |
| 12/06/19 | email Madsen regarding ct's ruling; conference must occur (.3); | KJM | | | 0.30 | | | | | | |
| 12/06/19 | comprehensive review of answers to NUI's and to RTP - change objections to add basis for them; | KJM | | | 1.10 | | | | | | |
| 12/07/19 | Coordinate with IT to disseminate disclosure of documents to all counsel (.5) Revise memo re strength's of Chris' claims (2.0). | AAT | 2.50 | | | | | | | | |
| 12/08/19 | comprehensive review of all emails and filings and communications (1); outline issues to consider in preparing for Madsen depo(1); conference with C. Madsen preparing for her depo(2) | KJM | | | 3.00 | | | | | | |
| 12/08/19 | Prepare for Chris' deposition (3.0); Prepare for Graci's deposition (3.0). | AAT | 6.00 | | | | | | | | |
| 12/09/19 | NO CHARGE: Attend Chris' deposition (7.5). | AAT | 0.00 | | | | | | | | |
| 12/09/19 | attend Madsen depo (7.5); post depo conference with with Madsen (1.5) | KJM | | | 9.00 | | | | | | |
| 12/09/19 | Meet with Chris to discuss and debrief during breaks and after her deposition. | AAT | 1.50 | | | | | | | | |
| 12/10/19 | Analyze City's responses to Madsen's discovery requests | AAT | 0.30 | | | | | | | | |
| 12/10/19 | Meet with Chris and Kraig to discuss strategy for Graci and Ostreicher's depositions. | AAT | 2.50 | | | | | | | | |
| 12/10/19 | Continue preparing for Graci's deposition (Draft outline and choose exhibits). | AAT | 5.00 | | | | | | | | |
| 12/10/19 | review revised chronology (.4); further review of Ostreicher background (.5); work on and complete supp disclosure regarding Ostreicher (.7); conference with Madson to jointly prepare for Graci and Ostreicher depos (1.9); identifying exhibits to use in Ostreicher depo (1.2) | KJM | | | 4.7 | | | | | | |
| 12/11/19 | Attend Mike Graci's deposition. | AAT | 8.50 | | | | | | | | |
| 12/11/19 | NO CHARGE: Attend second session of Chris Madsen's deposition (2.0). | AAT | 0.00 | | | | | | | | |
| 12/11/19 | attend Graci depo (no charge since A Thomas handled) | KJM | | | 0.00 | | | | | | |
| 12/11/19 | comprehensive prep for Ostreicher deposition tomorrow | KJM | | | 4.00 | | | | | | |
| 12/11/19 | attend face to face settlement conference | KJM | | | 2.00 | | | | | | |
| 12/11/19 | further preparation for Ostreicher deposition | KJM | | | 1.50 | | | | | | |
| 12/12/19 | NO CHARGE - Attend deposition of Deborah Ostreicher, | AAT | 0.00 | | | | | | | | |

| Date | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | including multiple meetings with Chris, Kraig, and Stacy during breaks (8.5). | | | | | | | | |
| 12/12/19 | Participate in settlement discussions with the City and strategic meetings with Chris, Kraig, and Stacy. | AAT | 1.30 | | | | | | |
| 12/12/19 | take deposition of Ostreicher | KJM | | 7.00 | | | | | |
| 12/16/19 | Modify Doodle poll to update Chris' availability for depositions and mediation in January and February (.2); | AAT | 0.20 | | | | | | |
| 12/17/19 | Revise Madsen's fourth supplemental MIDP. | AAT | 0.20 | | | | | | |
| 12/23/19 | Email Deborah Verdier re: scheduling depositions for Reynolds and Bailey (.1); Email Chris re: requirements to disclose her counselor as expert (.2). | AAT | 0.30 | | | | | | |
| 12/28/19 | email Chris regarding invoices (nc) | KJM | | 0.00 | | | | | |
| 12/30/19 | work on idea for experts - logistics (.4) | KJM | | 0.40 | | | | | |
| 12/30/19 | Confer with Kraig re: next steps in litigation (experts, mediation, etc.). | AAT | 0.30 | | | | | | |
| 12/31/19 | Correspond with Chris and opposing counsel re: proposed mediation and depositions. | AAT | 0.20 | | | | | | |
| 01/03/20 | Exchange numerous emails with Chris and all counsel re: scheduling mediation and depositions. | AAT | 0.50 | | | | | | |
| 01/06/20 | Exchange numerous emails with all counsel re: mediation and depositions (.2); correspond with Chris re: mediation scheduling (.1) | AAT | 0.30 | | | | | | |
| 01/06/20 | Brief conference with Alden T regarding pending issues (.3); review all emails since December (.2); email Verdier regarding our offer (.3) | KJM | | 0.80 | | | | | |
| 01/07/20 | Correspond with Chrisanne Gultz re: Reynolds' and Bailey's depositions (.2); Correspond with Chris re: same .2); call and email potential HR expert witnesses and prepare relevant documentation for their review (.5). | AAT | 0.90 | | | | | | |
| 01/08/20 | Correspond with Chris re cast status and various updates (.1); call Lacoya Shelton re: potential retention as HR expert witness (.3); incoming call from Chris to discuss mediation and depositions (.3). | AAT | 0.70 | | | | | | |
| 01/09/20 | Review LaCoya Shelton's expert CV and correspond with her re: the same (.2); evaluate scheduling options for depositions (.1); prepare for call with Chris' counselor (.2); call and email Deborah Verdier re: terms for mediation (.2); incoming call from Sue Ellen Bullock re: serving as an expert (.3); review Laura Ingegneri's expert CV and consider whether to retain her (.2) | AAT | 1.20 | | | | | | |
| 01/09/20 | Telephone conference with Verdier regarding settlement parameters (.4); report to Madsen re same (.3) | KJM | | 0.70 | | | | | |
| 01/10/20 | Review detailed email from Debora Verdier rejecting our settlement and mediation proposal (.1); evaluate potential recommendation to make to Chris in light of the City's position (.3) | AAT | 0.40 | | | | | | |

| Date | Description | Initials | Hours | | Amount | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/10/20 | Review emails, including from Verdeir cancelling mediation; conference with Alden T. sharing ideas; email to Chris regarding mediation canceled | KJM | | | 0.60 | | | | | | | |
| 01/14/20 | telephone conference with Chris regarding possible joint offer and mediation if unsuccessful (.2); draft proposal for Chris to review (.5) | KJM | | | 0.70 | | | | | | | |
| 01/14/20 | Call with Brad Schleier to discuss potential settlement strategies (.5); follow up with potential HR expert (.1); review Brad's settlement proposal (.1); call with Chris and Kraig to discuss settlement proposal (.4). | AAT | 1.10 | | | | | | | | | |
| 01/15/20 | Correspond with Brad Schlier re: joint settlement proposal (.2); email Deborah Verdier re: same (.1); correspond with Chris re: same (.1). | AAT | 0.40 | | | | | | | | | |
| 01/15/20 | Send Brad S proposal for joint offer (.2); review and react to reponse to Joint offer (.4) | KJM | | | 0.60 | | | | | | | |
| 01/16/20 | Call Debora Verdier to discuss ongoing settlement discussions and potential mediation (.6); incoming call from Stacey Gabriel re: same (.2). | AAT | 0.80 | | | | | | | | | |
| 01/17/20 | Emails with Chris M and Alden T regarding going ahead with mediation (.3); further emails with Brad S regarding same (.2); telephone conference with Chris re sam e (.2) | KJM | | | 0.70 | | | | | | | |
| 01/17/20 | Call Brad Schleier to discuss mediation proposal (.3); email Deborah Verdier and Brad re: same (.1); exchange multiple emails with Chris re: same (.2). | AAT | 0.60 | | | | | | | | | |
| 01/19/20 | Correspond with Debora Verdier and Brad Schlier re: terms of mediation. | AAT | 0.20 | | | | | | | | | |
| 01/20/20 | Call Debora Verdier and Brad Schleier to discuss mediation proposal (.4); review Chris' revisions to her deposition transcript (.3). | AAT | 0.70 | | | | | | | | | |
| 01/21/20 | Draft lengthy email to Chris explaining our mediation proposal to the City. | AAT | 0.20 | | | | | | | | | |
| 01/22/20 | Call Stacy Gabriel to discuss status of settlement negotiations (.2); Email Debora Verdier to follow up on status of mediation proposal (.1); draft estimated litigation budget for January and February 2020 (.2); Begin reviewing Chris' deposition transcript (part 1) and attached exhibits (2.5). | AAT | 3.00 | | | | | | | | | |
| 01/22/20 | Email Madsen proving fee estimates (no charge) | KJM | | | 0.00 | | | | | | | |
| 01/22/20 | Review emails regarding City's continued refusal to mediate on conditions; outline ideas for continued approach | KJM | | | 0.40 | | | | | | | |
| 01/23/20 | Continue reviewing Chris's deposition transcript while considering what testimony would be used to defend against a motion for summary judgment (2.0); correspond with Debora Verdier re: the City rejecting our mediation proposal (.2); research burden of proof for title VII sexual harassment claims in similar fact patterns (.6); correspond with Chris re: next steps in | AAT | 3.00 | | | | | | | | | |

| Date | Description | Atty | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | the litigation. | | | | | | | | | |
| 01/23/20 | Outline issues on failure to help claim; email A Thomas regarding same | KJM | | | 0.30 | | | | | |
| 01/24/20 | Review emails from Brad Schleier and Debora Verdier re: rejected mediation proposal; correspond with Chris re: same. | AAT | 0.30 | | | | | | | |
| 01/27/20 | Exchange detailed emails with Chris re: next steps in litigation. | AAT | 0.20 | | | | | | | |
| 01/28/20 | Review second volume of Chris' deposition transcript and review all of her proposed revisions to her testimony (1.1); email Chris re: same (.1). | AAT | 1.20 | | | | | | | |
| 01/29/20 | Correspond with Chris re: deposition signature page (.1); incoming call from Stacy Gabriel re: Tina Rett's request to mark Debora Ostriecher's deposition confidential (.2). | AAT | 0.30 | | | | | | | |
| 01/29/20 | Brief review of subpoenas and email Chris M resame | KJM | | | 0.40 | | | | | |
| 02/03/20 | Correspond with opposing counsel re: request to designate a portion of Ostreicher's deposition confidential. | AAT | 0.20 | | | | | | | |
| 02/04/20 | Email LaCoya Jackon re: retention of expert witness. | AAT | 0.10 | | | | | | | |
| 02/05/20 | Review the City's objections to our discovery responses and draft detailed email responding to objections (.4); correspond with Chris re: upcoming depositions (.2); Correspond with LaCoya Jackon re: HR expert witness (.2). | AAT | 0.80 | | | | | | | |
| 02/06/20 | Review letters and emails regarding discovery issue (.5); outline ideas of documents that HR expert to review (.4); telephone conference with C Madsen regarding status and planning (.5) | KJM | | | 1.40 | | | | | |
| 02/06/20 | Call Laura Ingegneri to discuss scope of HR expert witness role. | AAT | 0.50 | | | | | | | |
| 02/06/20 | Call Chris to discuss next steps in the litigation. | AAT | 0.80 | | | | | | | |
| 02/07/20 | Email HR expert re: scope of report (.2); emails from opposing counsel re: scheduling depositions (.1). | AAT | 0.30 | | | | | | | |
| 02/07/20 | Correspond with Christina Retts re: Chris's medical records. | AAT | 0.20 | | | | | | | |
| 02/08/20 | Brief research into discoverability of entire tax returns and email A Thomas regarding same | KJM | | | 0.40 | | | | | |
| 02/09/20 | Emails with Chris regarding logistics of and planing for next depositions | KJM | | | 0.30 | | | | | |
| 02/09/20 | Correspond with Chris re: opposing counsel's request for medical records. | AAT | 0.20 | | | | | | | |
| 02/10/20 | Review Chris's time line of events and email her re: same (.4); email opposing counsel re: request for medical records (.1); email Sue Ellen Bullock re: expert report (.1). | AAT | 0.60 | | | | | | | |
| 02/10/20 | Initial review of misc. new material from Madsen (.4); check into status of experts and update from Stokes (.3). | KJM | | | 0.70 | | | | | |
| 02/12/20 | Email opposing counsel re: scheduling depositions (.1); Email Sue Ellen Bullock re: scheduling call to discuss expert report (.1); incoming call from Sue Elllen to discuss the same (.2) | AAT | 0.40 | | | | | | | |
| 02/12/20 | Confer with Kraig to discuss strategy for upcoming depositions. | AAT | 0.20 | | | | | | | |

| Date | Description | Initials | Hours | | Hours | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/13/20 | Review documents and time line prepared by Chris re: complaints (.3); email HR expert re: expert report and supplemental documentation to review (.1); Call and email Larry Stoke re: economic expert report (.1). | AAT | 0.50 | | | | | | |
| 02/14/20 | Correspond with opposing counsel re: scheduling additional depositions in February. | AAT | 0.20 | | | | | | |
| 02/14/20 | Incoming call from Laura Ingegneri re: City harassment regulations (.2); review Graci's disclosed regulations (.2); Email Laura copies of the same (.1); incoming call from Larry Stokes re: expert report (.2). | AAT | 0.70 | | | | | | |
| 02/14/20 | Email Madsen regarding upcoming conference call | KJM | | | 0.20 | | | | |
| 02/17/20 | Call with Chris to discuss upcoming steps in litigation. | AAT | 1.00 | | | | | | |
| 02/18/20 | Correspond with opposing counsel re: upcoming depositions (.1) Review Sue Ellen Bullock's report and confer with her re: same (.4); email Chris re litigation status (.1); draft a second set of requests for production to the City and correspond with Chris re: same (.5). | AAT | 1.10 | | | | | | |
| 02/18/20 | Review Stokes report | KJM | | | 0.20 | | | | |
| 02/19/20 | Telephone conference with Chris M regarding making new $175K offer and general planning (.5) | KJM | | | 0.50 | | | | |
| 02/19/20 | Send multiple emails to opposing counsel re: settlement offer and scheduling depositions (.3); review dr. Bullock's report and two calls re: same (.5). | AAT | 0.80 | | | | | | |
| 02/20/20 | Begin preparing for Charlene Reynolds' deposition. | AAT | 1.00 | | | | | | |
| 02/21/20 | Review misc emails (.3); conference with A Thomas regarding logistics of next weeks depos (.3) | KJM | | | 0.60 | | | | |
| 02/21/20 | Review HR expert report. | AAT | 0.30 | | | | | | |
| 02/21/20 | Continue preparing for Bailey and Reynolds' depositions (6.0); email HR expert re: Bailey's calendar notes (.1). | AAT | 6.10 | | | | | | |
| 02/22/20 | Review the City's most recent disclosure and continue preparing for Reynolds' deposition. | AAT | 3.10 | | | | | | |
| 02/22/20 | Review misc material and work on overview of items to cover in upcoming depos | KJM | | | 0.50 | | | | |
| 02/23/20 | Further preparation for upcoming depos - outline issues to consider and various conferences with A Thomas regarding same (3.5) | KJM | | | 3.50 | | | | |
| 02/23/20 | Continue preparing for Reynolds and Bailey's depositions; confer with Kraig and Chris re: same (7.5); correspond with HR expert re: additional documents received from the City (.2). | AAT | 7.70 | | | | | | |
| 02/24/20 | Attend Charlene Reynolds' deposition. | AAT | 9.50 | | | | | | |
| 02/24/20 | Final preparation for Charlene Reynolds' deposition, including meeting with Chris before deposition. | AAT | 2.70 | | | | | | |
| 02/24/20 | Correspond with Debora Verdier re: the City's late disclosure of Bailey's calendar. | AAT | 0.20 | | | | | | |
| 02/24/20 | attend Reynolds depo with misc. conferences (9.5) hours discounted to 4 hours for lack of participation) | KJM | | | 4.00 | | | | |

| Date | Description | Initials | Hours | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/20 | Observe C Reynolds depo (no charge) | KJM | 0.00 | | | | | | | | | |
| 02/24/20 | Review additional documents disclosed by the City after Reynolds' deposition. | AAT | 0.30 | | | | | | | | | |
| 02/25/20 | Observe small portion of Bailey depo (NC); conferences with A Thomas and C Madsen sharing ideas regarding that depo (.4); post depo conference with all counsel setting dates (.4); second conference with C Madsen and A Thomas regarding strategy (.5); email save the date to all counsel (.4) | KJM | | | 1.70 | | | | | | | |
| 02/25/20 | Final preparation for deposition of Janie Sue Bailey and review of newly disclosed documents from the City. | AAT | 3.50 | | | | | | | | | |
| 02/25/20 | Attend deposition of Bailey, including intermittent meetings with Chris and other counsel. | AAT | 9.50 | | | | | | | | | |
| 02/26/20 | Further review and revision of Bullock expert report (.6); send her explanation via email and fax (.5); conference with Madsen and Thomas regarding today's depos and sharing ideas for them (.5); review research regarding tax return issues (.2) | KJM | | | 1.80 | | | | | | | |
| 02/26/20 | Final preparation for depositions of Charlene Reynolds and Karen Zinn (1.5); Attend depostions of Reynolds and Zinn, including intermittent meetings with Chris and opposing counsel (7.5). | AAT | 9.00 | | | | | | | | | |
| 02/27/20 | Draft response to the City's objection re: our redaction of Chris' tax returns (.4); assess status of expert reports and pending disclosure deadline (.2); correspond with Debora Verdier re: draft notice of claim in the City's possession (.1). | AAT | 0.70 | | | | | | | | | |
| 02/27/20 | Review status of expert disclosures and prepare notice (.3) | KJM | | | 0.30 | | | | | | | |
| 02/28/20 | Draft expert witness disclosure, coordinate disclosure of all reports, and correspond with opposing counsel and Chris re: same (.7); review email from Deborah Vedier re: expert file disclosure (.1); confer with Kraig re: expert disclosure and discovery deadlines (.2) | AAT | 1.00 | | | | | | | | | |
| 03/02/20 | Correspond with Brad Schleier re: deposition of Janice Pitts. | AAT | 0.10 | | | | | | | | | |
| 03/04/20 | Review proposed motion to extend discovery deadlines and correspond with all counsel re: same (.2); Incoming call from Chris to discuss case status (.3); draft detailed email to Chris re: same (.2); correspond with opposing counsel re: depositions (.1). | AAT | 0.70 | | | | | | | | | |
| 03/05/20 | Correspond with all counsel re: deposition of Tyler Maheu (.2); review HR expert's file before disclosure of the same (.2). | AAT | 0.40 | | | | | | | | | |
| 03/09/20 | Review multiple emails from opposing counsel re: depositions, expert, and discovery (.2); correspond with Chris and opposing counsel re: same (.3); review Stokes and Ingegnari's expert files and disclose to all counsel (.3). | AAT | 0.80 | | | | | | | | | |
| 03/10/20 | Correspond with opposing counsel re: Janice Pitts' deposition. | AAT | 0.20 | | | | | | | | | |
| 03/10/20 | Begin drafting letter to Debora Verdier re: discovery disputes. | AAT | 1.00 | | | | | | | | | |
| 03/11/20 | Review email from Chris with agenda for discussion this | AAT | 0.10 | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | afternoon (.1). | | | | | | | | | |
| 03/11/20 | Send multiple emails to opposing counsel re: scheduling depositions (.2); Update the Doodle poll for depositions (.2); Send detailed email to Chris answering various questions she has (.3). | AAT | 0.70 | | | | | | | |
| 03/12/20 | Send email to Chris responding to various questions she had. | AAT | 0.20 | | | | | | | |
| 03/12/20 | Begin reading Charlene Reynolds' deposition. | AAT | 1.50 | | | | | | | |
| 03/13/20 | Finish reading Reynolds' deposition transcript (.8); correspond with Chris and opposing counsel re: deposition scheduling (.2); Exchange multiple emails with opposing counsel re: possibility of requesting a stay (.2). | AAT | 1.20 | | | | | | | |
| 03/13/20 | Draft Madsen's fifth supplemental MIDP. | AAT | 0.30 | | | | | | | |
| 03/16/20 | Correspond with opposing counsel re: potentially issuing a temporary stay in light of concerns regarding the corona virus (.2); exchange emails with Chris re: same (.2) | AAT | 0.40 | | | | | | | |
| 03/16/20 | Review finances and unpaid bills and conference with staff regarding same (n.c.) | KJM | | 0.00 | | | | | | |
| 03/16/20 | Outline ideas for tomorrow's conference call - timing in light of covid 19 and conference with A Thomas regarding same | KJM | | 0.60 | | | | | | |
| 03/17/20 | Conference call with all counsel re: how to proceed with the litigation in light of the coronavirus (.4); Email Chris re: same (.1). | AAT | 0.50 | | | | | | | |
| 03/17/20 | Review volume 2 of Reynolds' deposition transcript. | AAT | 1.50 | | | | | | | |
| 03/18/20 | Begin reading Janie Sue Bailey's deposition transcript. | AAT | 2.00 | | | | | | | |
| 03/19/20 | Continue reading Janie Sue Bailey's deposition transcript. | AAT | 1.00 | | | | | | | |
| 03/20/20 | Draft joint motion for a temporary stay (1.0); review the City's recently reviewed discovery responses, supplemental MIDP, and disclosed documents (100 pages) (1.0); review opposing counsels' proposed revisions to motion for temporary stay (.2) | AAT | 2.20 | | | | | | | |
| 03/23/20 | Revise join motion for temporary stay based upon other counsels' feedback (.1); draft proposed order granting the motion (.2); email opposing counsel re: same (.1). | AAT | 0.40 | | | | | | | |
| 03/25/20 | Correspond with Chris and opposing counsel re: next steps for depositions in light of the corona virus. | AAT | 0.30 | | | | | | | |
| 03/30/20 | Conference with A Thomas and strategy - next steps in light of Covid 19 delays | KJM | | 0.30 | | | | | | |
| 03/30/20 | Correspond with Chris re: ruling on judgment on the pleadings and answering her questions (.2); Correspond with opposing counsel re: depositions (.1). | AAT | 0.30 | | | | | | | |
| 03/31/20 | Review invoice from HR expert. | AAT | 0.10 | | | | | | | |
| 04/02/20 | Review Sue Ellen Bullock's expert file. | AAT | 0.20 | | | | | | | |
| 04/03/20 | brief work on doodle poll | KJM | | 0.20 | | | | | | |
| 04/03/20 | Correspond with opposing counsel re: expert depositions. | AAT | 0.20 | | | | | | | |
| 04/06/20 | Correspond with Chris re: her questions for next steps in the litigation. | AAT | 0.20 | | | | | | | |
| 04/06/20 | Begin reviewing the City's most recent disclosure. | AAT | 0.70 | | | | | | | |

| Date | Description | Atty | Hours | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08/20 | Review notice of deposition of HR expert and correspond with Chris re: same. | AAT | 0.20 | | | | | | | | | | |
| 04/13/20 | Review court order denying motion for temporary stay and extending case deadlines. Correspond with opposing counsel re: same and scheduling depositions. | AAT | 0.30 | | | | | | | | | | |
| 04/14/20 | Review Bullock's expert file, draft supplemental expert disclosure, and notice of service of supplemental disclosure (.4); review draft protective order and correspond with all counsel re: Tina's objections to same (.3); correspond with Larry Stokes and opposing counsel re: Stokes' deposition (.2); review deposition notices for Pitts, Gomez, and Maheu and correspond with Chris re: same (.2). | AAT | 1.10 | | | | | | | | | | |
| 04/16/20 | Call with Brad Schlier and Debora Verdier re: City's $25,000 settlement offer and upcoming depositions. | AAT | 0.40 | | | | | | | | | | |
| 04/17/20 | email regarding Verdier's duty to pay for Stoke's time | KJM | | 0.10 | | | | | | | | | |
| 04/20/20 | zoom with Alden T regarding status update (n.c.) | KJM | | 0.00 | | | | | | | | | |
| 04/20/20 | Confer with Kraig re: case status (.3); zoom call with Kraig and Chris to discuss same (.8). | AAT | 1.10 | | | | | | | | | | |
| 04/20/20 | Zoom conference with Madsen regarding status and high level planning; review and react to City's refusal to pay Stokes in advance. | KJM | | 0.80 | | | | | | | | | |
| 04/21/20 | Review City's motion to post bond and correspond with Chris re: same. | AAT | 0.40 | | | | | | | | | | |
| 04/21/20 | review motion for costs; review rule and case law, and outline ideas as to how to address it (.7); emails seeking input from others on such a motion (.2) | KJM | | 0.90 | | | | | | | | | |
| 04/22/20 | Review subpoena to Larry Stokes and correspond with Debora Verdier re: same and motion to post bond. | AAT | 0.20 | | | | | | | | | | |
| 04/23/20 | brief research on cost bond issue | KJM | | 0.20 | | | | | | | | | |
| 04/23/20 | Review emails from Chris and Stacy Gabriel re: potential settlement opportunity and strategy re: same. | AAT | 0.20 | | | | | | | | | | |
| 04/24/20 | Call Chris to discuss Stacy Gabriel's request to discuss potential for case resolution and email Stacy and Chris re: same (.3); Call with Stacy and Chris to discuss same (.4); Call Chris after to discuss strategy for discussing various issues with the City's counsel (.4). | AAT | 1.10 | | | | | | | | | | |
| 04/27/20 | weigh in on unnecessary stipulation and work caused by other side | KJM | | 0.30 | | | | | | | | | |
| 04/28/20 | Incoming call from Stacy Gabriel re: potential case resolution (.3); review stipulation from the City re: remote depositions and send email voicing objections (.3); correspond with opposing counsel re: depositions and the City's motion to post bond (.2). | AAT | 0.80 | | | | | | | | | | |
| 04/29/20 | strategy conference with Alden T regarding motion for costs and rumblings of settlement; review emails regarding same | KJM | | 0.50 | | | | | | | | | |
| 04/29/20 | Analysis and strategy re: response for the City's motion to post bond and the City's potential $50,000 settlement offer (.5); Call | AAT | 1.30 | | | | | | | | | | |

| | Debora Verdier to discuss settlement and City's motion to post bond (.6); correspond with Chris re: same (.2). | | | | |
|---|---|---|---|---|---|
| 04/30/20 | Call with Chris and Sue Ellen Bullock to discuss expert deposition (.9); email opposing counsel re: Bullock's availability (.1). | AAT | 1.00 | | |
| 05/01/20 | Review email from Debora Verdier re: ongoing settlement discussions (.1); email Chris re: same and next steps re: motion to post bond (.1); review email from Chrisanne Gultz re: Bullock's deposition (.1); email Chris and Bullock re: same (.1); research potential arguments in response to City's motion to post bond (2.1). | AAT | 2.50 | | |
| 05/01/20 | Provide ideas for resisting cost motion | KJM | | 0.20 | |
| 05/02/20 | Begin drafting response to the City's motion for cost bond. | AAT | 2.60 | | |
| 05/03/20 | Correspond with Sue Ellen re: deposition (.1); Continue drafting response to motion to post bond (2.4). | AAT | 2.50 | | |
| 05/04/20 | Complete first draft of opposition to the City's motion to post a cost bond (3.5); incoming call from Chris to discuss same (.4); review notice of deposition of Bullock (.1); review waiver of service of subpoena to Stokes (.1). | AAT | 4.10 | | |
| 05/04/20 | Review and react to response to motion regarding bond- suggest minor changes | KJM | | 0.40 | |
| 05/05/20 | Make final revisions to the response to the City's bond motion and instruct Patricia re: what to attach as exhibits. | AAT | 1.00 | | |
| 05/06/20 | Evaluate next steps for preparing for virtual depositions. | AAT | 0.30 | | |
| 05/07/20 | Evaluate potential logistical issues for depositions (.3); Call Debora Verdier re: logistics of depositions and email HR expert re: same (.7). | AAT | 1.00 | | |
| 05/08/20 | Prepare for upcoming depositions (coordinate with Tricia to get exhibit notebooks updated) (.3); communicate with opposing counsel and our experts re: upcoming expert depositions (.4) | AAT | 0.70 | | |
| 05/08/20 | Emails with Alden T regarding her role and mine on misc matters (to avoid overlap)  (no charge) | KJM | | 0.00 | |
| 05/11/20 | Correspond with Debora Verdier re: disclosure of Laura Ingegnari's file, confirm what documents have been disclosed, correspond with Laura re: her notes, confer with Kraig re: preparation for her deposition. | AAT | 1.00 | | |
| 05/12/20 | Draft supplemental disclosure of expert files and verify what additional documentation needs to be disclosed (.8); correspond with court reporter re: Zoom trial for upcoming depositions (.2); review Debroah's proposal for upcoming deposition (.2); review the City and Ostreicher's reply in support of motion to post cost bond evaluate whether to file motions to strike them both (.6) | AAT | 1.80 | | |
| 05/13/20 | Correspond with Debora Vedier  and Brad Schleir re: upcoming expert deposition (.3); correspond with Laura Ingegnari re: same (.2); correspond with Chris re: motion to | AAT | 0.80 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | strike the City and Ostreicher's replies in support of motion for cost bond (.2); correspond with Larry Stokes re: deposition (.1). | | | | | | | | |
| 05/13/20 | Prepare for Laura Ingegnari's deposition, including review of all proposed deposition exhibits and call to Laura to discuss what to expect. | AAT | 3.00 | | | | | | |
| 05/14/20 | Correspond with opposing counsel and Laura Ingegneri re: exhibits that will be introduced at her deposition (.2); additional preparation for deposition (.5); review rules on motions to strike and discuss with Kraig (.3); test zoom call with Laura and court reporter before deposition and call Laura to discuss final issued before the deposition (1.0). | AAT | 2.00 | | | | | | |
| 05/15/20 | Correspond with Chris re: expert depositions and motion to strike replies to the City's motion for a cost bond. | AAT | 0.20 | | | | | | |
| 05/15/20 | Attend deposition of Laura Ingeneri. | AAT | 7.00 | | | | | | |
| 05/18/20 | Review Larry Stokes' report. | AAT | 0.50 | | | | | | |
| 05/18/20 | Correspond with opposing counsel re: deposition exhibits (.2); correspond with Laura Ingeneri re: expert services and next steps (.2). | AAT | 0.40 | | | | | | |
| 05/18/20 | Email and telephone conference with Alden T on strategy - documenting high points of depos and on preparing Stokes for his depo | KJM | | 0.50 | | | | | | |
| 05/19/20 | Prepare for and participate in call with Larry Stokes re: his deposition. | AAT | 0.60 | | | | | | |
| 05/19/20 | Call and email Sue Ellen Bullock re: her deposition (.2); correspond with opposing counsel and court report re: Larry Stokes' deposition (.2). | AAT | 0.40 | | | | | | |
| 05/20/20 | Prepare for Larry Stokes's deposition and review all of the City's proposed exhibits. | AAT | 1.00 | | | | | | |
| 05/20/20 | Correspond with opposing counsel re: exhibit to be used in Larry Stokes' deposition (.2); correspond with Revolutionary Consulting re: invoices and email respective invoices to Debora Verdier and Chris (.3). | AAT | 0.50 | | | | | | |
| 05/21/20 | Attend deposition of Larry Stokes (1.5); draft memo to file re: same (.5); correspond with Larry Stokes re: next steps and additional information we need to disclose (.2). | AAT | 2.20 | | | | | | |
| 05/21/20 | Telephone conference with and review summary of A Thomas about Stoke depo | KJM | | 0.30 | | | | | | |
| 05/22/20 | Preliminary research on motion to strike replies in support of motion to post bond (1.0); Call Chris to discuss case status and next steps (1.0). | AAT | 2.00 | | | | | | |
| 05/25/20 | Research when courts will grant leave to file a sur-reply and begin drafting motion to strike and in the alterative motion for leave to file a sur-reply to the City's motion to post a cost bond. | AAT | 1.90 | | | | | | |
| 05/26/20 | Complete first draft of motion to strike and proposed order (3.1); confer with Kraig and make additional revisions based upon his feedback (1.0); correspond with opposing counsel re: | AAT | 4.30 | | | | | | |

| | various issues regarding upcoming depositions (.2). | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/26/20 | Review and suggest changes to draft motion to strike | KJM | | 0.40 | | | | | | |
| 05/27/20 | Prepare for Christy Gomez's deposition. | AAT | 4.00 | | | | | | | |
| 05/28/20 | Final preparation for deposition of Christy Gomez (revise outline and flag exhibits(1.5); attend deposition and confer with Chris at breaks and afterwards (5.5). | AAT | 7.00 | | | | | | | |
| 05/29/20 | Prepare for deposition of Kimberly Whetstone (2.0); Attend deposition (1.5). | AAT | 3.50 | | | | | | | |
| 05/29/20 | Correspond with Chris re: supplemental affidavits. | AAT | 0.20 | | | | | | | |
| 05/31/20 | Review Bullock's expert report and prepare for call with her to prepare for deposition | AAT | 0.70 | | | | | | | |
| 06/01/20 | Call Sue Ellen Bullock to prepare for deposition (1.3); prepare Reisman affidavit (.3). | AAT | 1.60 | | | | | | | |
| 06/02/20 | Review long email from opposing counsel re: threatened Dauber motion and confer with Kraig re: same. | AAT | 0.30 | | | | | | | |
| 06/02/20 | Draft 6th supplemental MIDP and notice of service. | AAT | 0.30 | | | | | | | |
| 06/02/20 | Review threat of Daubert; telephone conference with A Thomas regarding same and suggest refusal | KJM | | 0.40 | | | | | | |
| 06/02/20 | Final preparation for Bullock's deposition. | AAT | 1.00 | | | | | | | |
| 06/03/20 | Attend Sue Ellen Bullock's deposition, including breaks to confer with Sue Ellen. | AAT | 8.50 | | | | | | | |
| 06/03/20 | Consult with A Thomas during Bullock depo regarding issues to rehabilitate | KJM | | 0.30 | | | | | | |
| 06/04/20 | Correspond with opposing counsel re: Pitts deposition. | AAT | 0.20 | | | | | | | |
| 06/05/20 | Incoming call from Chris Madsen to discuss litigation status (.6); correspond with opposing counsel re: upcoming depositions (.2). | AAT | 0.80 | | | | | | | |
| 06/06/20 | Draft memos to file re: depositions of Sue Ellen Bullock, Laura Ingegneri, Christy Gomez, Kimberly Whetstone, email the same to Chris with an explanation of issues concerning upcoming depositions. | AAT | 2.50 | | | | | | | |
| 06/07/20 | Prepare for Tyler Mahueu's deposition. | AAT | 2.50 | | | | | | | |
| 06/08/20 | Prepare for deposition of Tyler Maheu (4.0); prepare for deposition of Janice Pitts (2.0). | AAT | 6.00 | | | | | | | |
| 06/09/20 | Attend deposition of Tyler Maheu and confer with Chris afterwards. | AAT | 7.80 | | | | | | | |
| 06/10/20 | Incoming call from Stacy Gabriel re: strategy for Maheu and Pitts depositions (.3); Revise outline for continuation of Maheu deposition (2.0); Prepare for Pitts deposition (organize outline and mark exhibits) (6.0). | AAT | 8.30 | | | | | | | |
| 06/10/20 | Review motion to exclude our expert and seek outside views regarding same | KJM | | 0.50 | | | | | | |
| 06/11/20 | Attend deposition of Tyler Maheu and confer with Chris afterwards. | AAT | 3.80 | | | | | | | |
| 06/11/20 | Attend deposition of Janice Pitts and confer with Chris and Stacy afterwards. | AAT | 6.00 | | | | | | | |

| Date | Description | | Hours | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/12/20 | Research validity of motion to strike replies that contain new evidence and provide results to A Thomas (.8); provide more input into Expert opinion issue - Daubert (.3) | KJM | | | 1.10 | | | | | | | |
| 06/16/20 | Review and revise reply to motion to strike and approve for filing (.3) | KJM | | | 0.30 | | | | | | | |
| 06/16/20 | Draft reply in support of motion to strike. | AAT | 3.00 | | | | | | | | | |
| 06/17/20 | Make final revisions to reply in support of motion tot strike and prepare for filing. | AAT | 0.30 | | | | | | | | | |
| 06/17/20 | Review the City's Daubert motion, review Ingegneri deposition transcript and begin preliminary research for our response. | AAT | 3.50 | | | | | | | | | |
| 06/18/20 | Review length requirements of Daubert motion and explore approaches to "cheating" on length by single spacing | KJM | | | 0.40 | | | | | | | |
| 06/18/20 | Continue researching case law for our response to the Daubert motion and begin outlining response. | AAT | 4.00 | | | | | | | | | |
| 06/19/20 | Final preparation for deposition of Janice Pitts and condense and organize outline in light of opposing counsel's objection to the amount of time spent in deposition (3.0); attend Pitts deposition (2.9). | AAT | 5.90 | | | | | | | | | |
| 06/19/20 | Outline additional ideas for supplementing damage MIDP | KJM | | | 0.30 | | | | | | | |
| 06/20/20 | Begin drafting response to Daubert motion. | AAT | 4.00 | | | | | | | | | |
| 06/21/20 | Continue drafting response to Daubert motion. | AAT | 7.50 | | | | | | | | | |
| 06/22/20 | Finalize first draft of response to Daubert motion. | AAT | 5.00 | | | | | | | | | |
| 06/22/20 | Review and revise response to Daubert motion; add additional research | KJM | | | 0.90 | | | | | | | |
| 06/22/20 | Make final revisions to response to Daubert motion and work with assistant to gather all exhibits thereto. | AAT | 2.00 | | | | | | | | | |
| 06/29/20 | Prepare for Stephen Vital's deposition (2.0); Call Chris to discuss same (.3); review the City's latest MIDP including Vital documents (.5); review Defendants' reply in support of Daubert Motion (.2). | AAT | 3.00 | | | | | | | | | |
| 06/29/20 | Initial review of letters with positions on motions | KJM | | | 0.40 | | | | | | | |
| 06/30/20 | Draft letter to Court re: anticipated arguments responding to motions for summary judgment (1.5); call court with all counsel to set up hearing to discuss all parties' letters re: motions for summary judgment (.3); draft seventh supplemental MIDP and verify what additional documents need to be bates labeled and disclosed (1.5); final preparation for Vital deposition (.6) attend deposition of Stephen Vital (3.2); incoming call from Stacy to discuss deposition and potential settlement strategy (.2); correspond with opposing counsel re: Daubert motion against expert Bullock (.2). | AAT | 7.50 | | | | | | | | | |
| 07/01/20 | review all letters regarding motions for summary judgment and related issues and outline current thoughts (1.2); telephone conference with Alden and messages with Madsen regarding same (.5); email all counsel with proposal of dismissing individuals (.4); participate in conference call with Judge Snow | KJM | | | 2.90 | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | regarding motion for summary judgment issues (.5); call with | | | | | | | | | | | |
| | counsel regarding same (.2); start working on possible | | | | | | | | | | | |
| | documentation (.3) | | | | | | | | | | | |
| 07/01/20 | Confer with Kraig re: status hearing and our respective roles | AAT | 1.80 | | | | | | | | | |
| | (.3); two calls to Chris to discuss status hearing (.3); incoming | | | | | | | | | | | |
| | call from Stacy Gabriel to discuss potential settlement (.2); | | | | | | | | | | | |
| | attend telephonic status hearing (.5); confer with all counsel | | | | | | | | | | | |
| | afterwards (.3); Call with Kraig and Chris to discuss next steps | | | | | | | | | | | |
| | (.2). | | | | | | | | | | | |
| 07/01/20 | Review motion for summary judgment summary letters filed by | AAT | 0.40 | | | | | | | | | |
| | all other parties. | | | | | | | | | | | |
| 07/06/20 | Correspond with Revolutionary Consulting and opposing | AAT | 0.40 | | | | | | | | | |
| | counsel re: payment for Ingengeri's deposition time (.2); confer | | | | | | | | | | | |
| | with Kraig re: City's threatened Daubert motion to exclude | | | | | | | | | | | |
| | Bullock (.2). | | | | | | | | | | | |
| 07/20/20 | Correspond with HR expert re: City payment of invoice and | AAT | 0.20 | | | | | | | | | |
| | email Debora Verdier re: same. | | | | | | | | | | | |
| 07/20/20 | Review joint notice regarding motions and correspond with | AAT | 0.20 | | | | | | | | | |
| | opposing counsel re: same. | | | | | | | | | | | |
| 07/20/20 | check accounting and emails regarding same - all regarding $$ | KJM | | 0 | | | | | | | | |
| | out of trust on invoices (no charge) | | | | | | | | | | | |
| 07/20/20 | further emails regarding accounting issues (no charge) | KJM | | 0.00 | | | | | | | | |
| 07/20/20 | continued review of bullock depo and draft response to request | KJM | | 1.60 | | | | | | | | |
| | that we withdraw her; send to Alden T for comment | | | | | | | | | | | |
| 07/21/20 | Review Kraig's draft response to the City's threat to file another | AAT | 0.30 | | | | | | | | | |
| | Daubert motion and give him my input (.2); correspond with | | | | | | | | | | | |
| | opposing counsel re: paying HR expert for time spent in her | | | | | | | | | | | |
| | deposition (.1). | | | | | | | | | | | |
| 07/21/20 | revise and send email about Bullock as expert | KJM | | 0.40 | | | | | | | | |
| 07/22/20 | Confer with Kraig re: strategy for upcoming MSJ conference. | AAT | 0.50 | | | | | | | | | |
| 07/22/20 | review issues raised by City in their letter to eh court; outline | KJM | | 1.10 | | | | | | | | |
| | ideas for response and then zoom with A Thomas regarding | | | | | | | | | | | |
| | same | | | | | | | | | | | |
| 07/23/20 | Begin preparing outline of discussion points for MSJ hearing. | AAT | 2.50 | | | | | | | | | |
| 07/24/20 | Additional research and preparation for MSJ hearing (3.0); | AAT | 3.50 | | | | | | | | | |
| | attend MSJ hearing (.5). | | | | | | | | | | | |
| 07/24/20 | review email and A Thomas's notes and weigh in on preparing | KJM | | 1.50 | | | | | | | | |
| | for today's' call with Judge Snow (.5); participate in call with | | | | | | | | | | | |
| | Judge Snow (.4); emails with Madsen and also Thomas | | | | | | | | | | | |
| | regarding same (.3); emails with Verdier regarding possible | | | | | | | | | | | |
| | stipulated facts (.3) | | | | | | | | | | | |
| 07/27/20 | Review email from opposing counsel re: proposed stipulated | AAT | 0.20 | | | | | | | | | |
| | facts and MSJ briefing schedule; email Chris re: proposed | | | | | | | | | | | |
| | stipulated facts. | | | | | | | | | | | |
| 07/28/20 | review analytics report - timing for ruling and share with | KJM | | 0.60 | | | | | | | | |
| | Madsen (.4); email all counsel agreeing to extension for motion | | | | | | | | | | | |

| | for summary judgment times (.2) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/20 | emails with Chris M and Alden T regarding stipulated facts | KJM | | | 0.30 | | | | | | |
| | process | | | | | | | | | | |
| 08/03/20 | Review deposition exhibits to determine what facts to add to | AAT | 1.80 | | | | | | | | |
| | the stipulated facts for motions for summary judgment and | | | | | | | | | | |
| | recise stipulated facts accordingly. | | | | | | | | | | |
| 08/04/20 | Call with Debora Verdier and Brad Shcleier to discuss motion | AAT | 0.60 | | | | | | | | |
| | for summary judgment issues and revises stipulation regarding | | | | | | | | | | |
| | stipulated facts and briefing schedule. | | | | | | | | | | |
| 08/04/20 | Review proposed stip and order regarding stipulated facts and | KJM | | | 0.30 | | | | | | |
| | suggest minor change | | | | | | | | | | |
| 08/07/20 | Review Graci's revised stipulated facts; correspond with | AAT | 0.80 | | | | | | | | |
| | opposing counsel re: same; revise our stipulated facts and | | | | | | | | | | |
| | email Chris re: same. | | | | | | | | | | |
| 08/10/20 | Correspond with Chris re:s stipulated facts for motions for | AAT | 0.20 | | | | | | | | |
| | summary judgment. | | | | | | | | | | |
| 08/10/20 | Prepare for call with Chris (.4); Call Chris to discuss revisions | AAT | 1.30 | | | | | | | | |
| | to stipulated statement of facts (.8); and email revisions to | | | | | | | | | | |
| | opposing counsel (.1). | | | | | | | | | | |
| 08/11/20 | Prepare for call with Brad and Debora to discuss stipulated | AAT | 3.00 | | | | | | | | |
| | facts for motions for summary judgment (.5); participate in call | | | | | | | | | | |
| | with Brad and Debora re: same (1.9); email Chris re: same | | | | | | | | | | |
| | (.1); Review Chris' notes to file to corroborate Bailey's calendar | | | | | | | | | | |
| | entries and email opposing counsel why those issues should | | | | | | | | | | |
| | remain in the statement of facts (.5). | | | | | | | | | | |
| 08/12/20 | Review revised statement of facts and email Chris re: same | AAT | 0.80 | | | | | | | | |
| | (.3); correspond with opposing counsel re: same (.3); revise | | | | | | | | | | |
| | transcription of Cliff Looper voicemail (.2) | | | | | | | | | | |
| 08/13/20 | Call Chris to discus revisions to the stipulated statement of | AAT | 2.00 | | | | | | | | |
| | facts (.4); make revisions to them, research corroborating | | | | | | | | | | |
| | evidence in deposition transcripts and exchange numerous | | | | | | | | | | |
| | emails with opposing counsel (1.6). | | | | | | | | | | |
| 08/14/20 | Review Brad's revisions to stipulated statement of facts and | AAT | 1.00 | | | | | | | | |
| | participate in zoom call with Brad and Debora to make further | | | | | | | | | | |
| | revisions to the same. | | | | | | | | | | |
| 08/17/20 | Email Chris re: update on progress with stipulated facts for | AAT | 0.10 | | | | | | | | |
| | motions for summary judgment. | | | | | | | | | | |
| 08/18/20 | Review the City's mos recent undisputed statement of facts, | AAT | 0.60 | | | | | | | | |
| | exchange several email with Brad and Debora re: same, and | | | | | | | | | | |
| | exchange emails with Chris re: same. | | | | | | | | | | |
| 08/20/20 | Revise stipulated statement of facts and email Brad and | AAT | 0.30 | | | | | | | | |
| | Debora re: same. | | | | | | | | | | |
| 08/24/20 | Correspond with opposing counsel re: stipulated statement of | AAT | 0.20 | | | | | | | | |
| | facts. | | | | | | | | | | |
| 08/25/20 | Review latest draft of the City's stipulated statement of facts | AAT | 0.30 | | | | | | | | |
| | and email opposing counsel re: same. | | | | | | | | | | |

| Date | Description | Initials | Col1 | Col2 | Col3 | Col4 | Col5 |
|------|-------------|----------|------|------|------|------|------|
| 08/26/20 | Converse with opposing counsel re: final revisions to the stipulated statement of facts. | AAT | 0.20 | | | | |
| 08/27/20 | Review order denying the City's motions for a cost bond and to strike our HR expert and email Chris an explanation of the same (.3); revised stipulated statement of facts and correspond with opposing counsel re: same (.3). | AAT | 0.60 | | | | |
| 08/27/20 | Review and weigh in on order denying motions | KJM | | 0.30 | | | |
| 09/02/20 | Review stipulated statement of facts and exhibits and email Chris a detailed email re: same (.7); exchange numerous emails with opposing counsel and Chris re: additional revisions to same (.3). | AAT | 1.00 | | | | |
| 09/03/20 | Revise stipulated statement of facts and send email to opposing counsel with an explanation for the changes (.4); exchange numerous emails with opposing counsel re: same (.2); review final version of statement of facts (.2). | AAT | 0.80 | | | | |
| 09/03/20 | review and approve of latest version of stipulated facts (.3); email Chris M regarding work issue (.3) | KJM | | 0.60 | | | |
| 09/04/20 | Email Chris re: discussions with opposing counsel re: revisions to the undisputed statement of facts. | AAT | 0.10 | | | | |
| 09/04/20 | initial review of City's motion and SOF | KJM | | 0.60 | | | |
| 09/08/20 | Preliminary review of the City's motion for summary judgment. | AAT | 0.30 | | | | |
| 09/08/20 | email A Thomas with high level ideas for answering MSJ | KJM | | 0.40 | | | |
| 09/09/20 | Complete initial review of motion for summary judgment and begin evaluating potential arguments for our response (.5); correspond with Chris re: next steps (.1). | AAT | 0.60 | | | | |
| 09/15/20 | email Chris regarding estimates, outline ideas (no charge) | KJM | | 0.40 | | | |
| 09/15/20 | Evaluate what it will cost to complete summary judgment briefing in light of Chris' request for a budget. | AAT | 0.30 | | | | |
| 09/25/20 | Correspond with Chris re: status of summary judgment briefing. | AAT | 0.20 | | | | |
| 10/06/20 | Conference with Alden T regarding high level discussion concerning motion for summary judgment issues; follow up sharing of old file material | KJM | | 0.60 | | | |
| 10/06/20 | Correspond with Chris re: status of the response to the motion for summary judgment (.2); Begin outlining response for motion for summary judgment, including review of potential exhibits, and confer with Kraig re: same (3.0). | AAT | 3.20 | | | | |
| 10/10/20 | Begin drafting statement of facts for the response to the City's motion for summary judgment. | AAT | 3.50 | | | | |
| 10/11/20 | Continue drafting statement of facts and response to motion for summary judgment. | AAT | 5.50 | | | | |
| 10/12/20 | Check status (n.c.) | KJM | | 0.00 | | | |
| 10/12/20 | Continue drafting response to the City's MSJ; response re: discrimination and retaliation claims | AAT | 10.00 | | | | |
| 10/13/20 | Response re: constructive discharge and to the City's Statement of Facts; continue drafting response to the motion to | AAT | 10.00 | | | | |

| Date | Description | | | | |
|------|-------------|------|------|------|------|
| | dismiss. | | | | |
| 10/14/20 | Initial review of A Thomas' preliminary draft response and SOF then consult with her regarding preliminary reactions | KJM | | 0.80 | |
| 10/14/20 | Complete first draft of MSJ response, email it to Kraig, and discuss revisions with him. | AAT | 10.50 | | |
| 10/15/20 | Outline ideas for increasing adverse job action section and share with A Thomas | KJM | | 0.60 | |
| 10/15/20 | Revise MSJ response re: retaliation claim | AAT | 2.00 | | |
| 10/16/20 | Continue revising the response to the motion for summary judgment re: discrimination claim. | AAT | 5.00 | | |
| 10/16/20 | Search for judge's order re length of statement of facts. | JXS | | | 0.30 |
| 10/18/20 | Revise statement of facts for summary judgment response; modify to make under 10 pages per Judge's order. | AAT | 2.20 | | |
| 10/19/20 | Continue revising the statement of facts and response to the motion for summary judgment. | AAT | 4.90 | | |
| 10/20/20 | Conference with A Thomas regarding status; sharing ideas on CD issue and on status and big picture | KJM | | 0.50 | |
| 10/20/20 | Continue revising our MSJ response and statement of facts, including significant revisions to comply with the page limits, and call Chris to discuss her declaration. | AAT | 8.00 | | |
| 10/21/20 | Complete revised draft of MSJ response and send to Kraig for his review; confer with Kraig re: revisions, and email Chris the rough draft. | AAT | 4.50 | | |
| 10/21/20 | Comprehensive review of Alden Ts completed first draft of all motion for summary judgment pleadings; provide feedback to her of possible changes | KJM | | 1.40 | |
| 10/22/20 | Incoming call from Chris to discuss revisions to the MSJ response. | AAT | 0.30 | | |
| 10/23/20 | Continue revising MSJ response and statement of facts; contravening Statement of Facts and response to City's Statement . | AAT | 3.00 | | |
| 10/24/20 | Including research of additional case law re: contructive discharge, continue revising our MSJ response and send drafts to Kraig and Chris. | AAT | 3.60 | | |
| 10/25/20 | Comprehensive review and edits of response to DSOF (1.1); PSOF (2.2) and Response to MSJ (2.3) | KJM | | 5.60 | |
| 10/25/20 | Review Kraig's revisions to the MSJ response and statement of facts and make additional revisions. | AAT | 1.00 | | |
| 10/26/20 | Continue revising MSJ response and correspond with Chris re: same; update case citations and revise to compel with page limit. | AAT | 4.40 | | |
| 10/26/20 | Brief research on single episode constructive discharge (.5); review and suggest revision to Madsen declaration on constructive discharge (.7) | KJM | | 1.20 | |
| 10/27/20 | Correspond with Chris re: her changes to the MSJ response. | AAT | 0.20 | | |
| 10/27/20 | Verify all citations to the record are correct in our MSJ | AAT | 3.50 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | response. response to the City's statement of facts, and our contravening statement of facts. | | | | | | | | | |
| 10/28/20 | Continue cite checking our MSJ response, confirm all exhibits contain pages cited, draft table of contents, perform final review, and submit to assistant to file. . | AAT | 4.40 | | | | | | | |
| 10/28/20 | Brief final review, conference with A Thomas regarding lose ends and approve response for filing | KJM | | 0.40 | | | | | | |
| 10/29/20 | Review the City's settlement offer and correspond with Chris and Kraig re: same. | AAT | 0.20 | | | | | | | |
| 11/05/20 | Outline issues with invoice and conference with A Thomas regarding same (no charge) | KJM | | 0.00 | | | | | | |
| 11/09/20 | No Charge: call Chris to discuss October bill; confer with Kraig re: same; email accounting re: Chris's question about her trust balance. | AAT | 0.00 | | | | | | | |
| 11/19/20 | Review the City's reply in support of its MSJ. | AAT | 0.30 | | | | | | | |
| 12/11/20 | Review Graci's notice of supplemental authorities and correspond with Chris re: same. | AAT | 0.20 | | | | | | | |
| 12/17/20 | Review City's request to defer adjudication on motion for summary judgment and notice of appearance; confer with Kraig and Brad re: same. | AAT | 0.30 | | | | | | | |
| 12/18/20 | Email Chris re: the City's request to defer adjudication of the motions for summary judgment, | AAT | 0.10 | | | | | | | |
| 12/18/20 | review and react to City's request to place matter on hold 45 days | KJM | | 0.30 | | | | | | |
| 12/22/20 | Correspond with Debora Verdier re: the City's filing to delay adjudication of motions for summary judgment and confer with Kraig re: how to respond (.2); incoming call from Chris to discuss same and next steps (.2). | AAT | 0.40 | | | | | | | |
| 12/22/20 | emails regarding case stayed, unsure why | KJM | | 0.30 | | | | | | |
| 01/12/21 | Review the City's request for an extension of time to provide a status report. | AAT | 0.10 | | | | | | | |
| 01/12/21 | review second motion to continue and email Madsen regarding same | KJM | | 0.30 | | | | | | |
| 01/13/21 | review Court's denial of second motion to extend and email Madsen regarding same | KJM | | 0.40 | | | | | | |
| 02/01/21 | Correspond with Chris re: whether the City filed its status report (.1); Review the City of Phoenix's status report (.2). | AAT | 0.30 | | | | | | | |
| 02/02/21 | Review the City's statute reports, research rules of civil procedure and case law to cite in our response objecting to the City;s request for a 45 day extension to complete its investigation, draft our response, and email Chris re: same. | AAT | 3.50 | | | | | | | |
| 02/03/21 | review "status" report from Phoenix; conference with A Thomas; review and revise draft response | KJM | | 0.50 | | | | | | |
| 02/03/21 | Incoming call from Brad Schelier to discuss the City's status report re: potential perjury (.2); correspond with Chris re: same (.2); review Graci's response to the City's status report (.1). | AAT | 0.50 | | | | | | | |

| Date | Description | Initials | Col1 | Col2 | Col3 | | | | | | |
|------|-------------|----------|------|------|------|---|---|---|---|---|---|
| 02/16/21 | Review the City's latest status report and evaluate whether we should respond. | AAT | 0.20 | | | | | | | | |
| 02/16/21 | review and react to city's status report that says nothing | KJM | | | 0.30 | | | | | | |
| 02/17/21 | Confer with Kraig re: filing a motion to reopen discovery (.2); email Chris re: same (.1). | AAT | 0.30 | | | | | | | | |
| 02/22/21 | Correspond with Chris and Brad Schleier re: filing a motion to reopen discovery. | AAT | 0.20 | | | | | | | | |
| 02/23/21 | Correspond with Brad Schleier re: filing a joint motion to reopen discovery. | AAT | 0.20 | | | | | | | | |
| 02/24/21 | Review Brad's joint response to the City's status report, revise the response, and correspond with Brad and Chris re: same. | AAT | 0.60 | | | | | | | | |
| 02/24/21 | review and react to draft motion to court regarding City's non report; emails with Schleier regarding changes | KJM | | | 0.40 | | | | | | |
| 02/26/21 | Review the City's latest status report. | AAT | 0.20 | | | | | | | | |
| 03/01/21 | review order for OA on City's supplementation and emails regarding logistics;; | KJM | | | 0.30 | | | | | | |
| 03/01/21 | Review order setting telephonic status hearing and confer with Kraig re: same. | AAT | 0.30 | | | | | | | | |
| 03/04/21 | Draft notice of call-in number for upcoming status conference (NC). | AAT | 0.00 | | | | | | | | |
| 03/05/21 | emails regarding anonymous tip | KJM | | | 0.30 | | | | | | |
| 03/05/21 | Prepare for and participate in call with Chris to discuss upcoming status conference. | AAT | 0.50 | | | | | | | | |
| 03/08/21 | Prepare for status conference (.3); call with Brad and Kraig to discuss strategy for same (.3); attend telephonic status conference (.4); confer with Brad and Kraig re: protection order (.3). | AAT | 1.00 | | | | | | | | |
| 03/08/21 | telephone conference with Schleier regarding today's conference with Judge then participate in call with Judge Snow regarding City's vague disclosure | KJM | | | 0.60 | | | | | | |
| 03/08/21 | emails regarding no protective order and draft errata regarding same (no charge) | KJM | | | 0.00 | | | | | | |
| 03/12/21 | Correspond with Chris re: information relayed by anonymous caller. | AAT | 0.20 | | | | | | | | |
| 03/15/21 | Review the City's motion to withdraw motion to seal documents. | AAT | 0.20 | | | | | | | | |
| 03/30/21 | Review court order setting status conference and instruct assistant re: how to comply with court's order re: call-in information. | AAT | 0.30 | | | | | | | | |
| 03/30/21 | review and react to Judge's order of a telephone conference with ideas | KJM | | | 0.30 | | | | | | |
| 03/31/21 | Draft notice of compliance with court's order related to forthcoming status conference (.2); correspond with Chris re: status conference. | AAT | 0.20 | | | | | | | | |
| 04/02/21 | brief conference with A Thomas then participate in conference call with Judge Snow - disclosure issue | KJM | | | 0.70 | | | | | | |
| 04/02/21 | Prepare for and attend court ordered status conference (1.0); | AAT | 1.50 | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Review the City's report re: Bailey's testimony and evaluate potential next steps (.5). | | | | | | | | | | | |
| 04/05/21 | Correspond with Chris re: the City's report re: Bailey's testimony. | AAT | 0.20 | | | | | | | | | |
| 04/07/21 | Preliminary research of case law addressing when courts permit parties to reopen discovery. | AAT | 0.40 | | | | | | | | | |
| 04/09/21 | Incoming call from Brad Schelier to discuss filing joint motion to reopen discovery. | AAT | 0.30 | | | | | | | | | |
| 04/12/21 | Continue researching case law re: re-opening discovery and begin reviewing Bailey's deposition transcript. | AAT | 3.20 | | | | | | | | | |
| 04/13/21 | Review Graci's request for hearing transcript and correspond with Chris re: plan to file a join motion to reopen Bailey's deposition. | AAT | 0.20 | | | | | | | | | |
| 04/13/21 | Continue reviewing Bailey's transcript and begin drafting motion to re-open her deposition. | AAT | 5.00 | | | | | | | | | |
| 04/14/21 | review and suggest changes to motion regarding deposing Bailey | KJM | | 0.40 | | | | | | | | |
| 04/14/21 | Complete first draft of motion to re-open Bailey's deposition and email it to Kraig for his input. | AAT | 6.00 | | | | | | | | | |
| 04/15/21 | Revise draft motion to re-open Bailey's deposition, email Brad Schleier and Chris re: same, and work with assistant to pull exhibits. | AAT | 1.80 | | | | | | | | | |
| 04/16/21 | Final revisions to motion to reopen Bailey's deposition, review all exhibits and confirm all citations to exhibits and court docket are accurate. | AAT | 2.50 | | | | | | | | | |
| 04/20/21 | Correspond with Chris re: our motion to reopen Bailey's deposition and filing a motion to amend the case caption (.2); confer with Kraig re: filing a motion to amend the caption (.2). | AAT | 0.40 | | | | | | | | | |
| 04/20/21 | emails regarding changing caption - all parties agree | KJM | | 0.60 | | | | | | | | |
| 04/21/21 | Review Graci's motion to re-open Bailey's deposition. | AAT | 0.20 | | | | | | | | | |
| 04/26/21 | Review the City's response to our motion to re-open Bailey's deposition. | AAT | 0.30 | | | | | | | | | |
| 04/26/21 | revise and approve of motion to fix caption | KJM | | 0.20 | | | | | | | | |
| 04/27/21 | Draft reply in support of motion to re-open  Bailey's deposition. | AAT | 2.00 | | | | | | | | | |
| 04/28/21 | Review order granting motion to amend caption (.1); continue drafting response to reply in support of motion to reopen deposition (1.2); incoming call from Brad Schleier to discuss same (.3). | AAT | 1.60 | | | | | | | | | |
| 04/29/21 | Complete first draft of reply in support of motion to reopen Bailey's deposition. | AAT | 5.00 | | | | | | | | | |
| 04/30/21 | Final revisions to reply brief and work with assistant to get it filed (.7); review Graci's reply in support of motion to reopen Bailey's deposition (.2). | AAT | 0.90 | | | | | | | | | |
| 05/11/21 | Correspond with Chris re: status of pending motion to reopen Bailey's deposition. | AAT | 0.10 | | | | | | | | | |
| 05/20/21 | Review order granting motion to re-open Bailey's deposition | AAT | 0.20 | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | and email Chris re: same. | | | | | | | | | |
| 05/24/21 | Correspond with Chris and Brad re: logistics for Bailey's deposition. | AAT | 0.20 | | | | | | | |
| 05/25/21 | Correspond with Chris and opposing counsel re: Bailey's deposition. | AAT | 0.20 | | | | | | | |
| 05/26/21 | Correspond with Chris and opposing counsel re: logistics of Bailey's deposition. | AAT | 0.20 | | | | | | | |
| 05/28/21 | Review several emails from opposing counsel re: scheduling Bailey's deposition. | AAT | 0.20 | | | | | | | |
| 05/31/21 | Correspond with Chris and opposing counsel re: confirmed date for Bailey's deposition. | AAT | 0.20 | | | | | | | |
| 06/01/21 | Correspond with opposing counsel and Bailey's counsel re: Bailey's deposition. | AAT | 0.20 | | | | | | | |
| 06/02/21 | Draft subpoena of Janie Sue Bailey; correspond with her attorney re: whether she can accept service. | AAT | 0.30 | | | | | | | |
| 06/14/21 | Call Brad Schleier re: upcoming deposition of Bailey (.3); begin preparing for deposition, confer with law clerk re: taking notes and the deposition to supplement our MSJ briefing, and email Chris re: same (4.0). | AAT | 4.30 | | | | | | | |
| 06/15/21 | Continue preparing for Bailey's hearing (including review of Bailey's deposition transcript and MSJ briefing); correspond with opposing counsel and Chris re: deposition logistics. | AAT | 3.30 | | | | | | | |
| 06/16/21 | Final preparation for Bailey's deposition (mark first deposition transcript to show her) (1.5); Attend deposition (3.5). | AAT | 5.00 | | | | | | | |
| 06/23/21 | Review Bailey's second deposition transcript (1.0); email Chris re: recommendations for not supplementing summary judgment briefing (.2). | AAT | 1.20 | | | | | | | |
| 06/24/21 | Correspond with opposing counsel and Chris re: filing joint notice that court can now rule on the motions for summary judgment. | AAT | 0.30 | | | | | | | |
| 06/25/21 | Review draft notice informing the court it can rule on the motions for summary judgment and correspond with all other counsel re: same. | AAT | 0.30 | | | | | | | |
| 08/16/21 | Review order for oral argument on motion for summary judgment and corresponding briefing. | AAT | 1.00 | | | | | | | |
| 08/16/21 | Review court order setting up conference on MSJs. Confer with Alden re same. | JXS | | | 0.20 | | | | | | |
| 08/26/21 | Incoming call from Chris to discuss oral argument for MSJ (.4); prepare for MSJ oral argument (4.9). | AAT | 5.30 | | | | | | | |
| 08/27/21 | Complete preparation for oral argument (5.5); attend oral argument (.8); call Chris afterwards (.2) | AAT | 6.50 | | | | | | | |
| 09/22/21 | Review order re: motions for summary judgment, confer with Kraig re: options going forward, and email Chris re: same. | AAT | 0.50 | | | | | | | |
| 09/22/21 | Review court's MSJ order and confer with Alden re same and how to proceed. | JXS | | | 0.80 | | | | | | |
| 09/27/21 | Prepare for and participate in call with Chris to discuss the | AAT | 1.00 | | | | | | | |

| | Court's MSJ order. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/21 | Review pretrial order. | AAT | 0.20 | | | | | | | |
| 09/29/21 | Meeting with Ms. Thomas to discuss pre-trial order; discussion of witnesses and exhibits. | TSM | | | | | 0.50 | | | |
| 09/29/21 | Review judge's pretrial order and evaluate potential witnesses and exhibits for trial. | AAT | 1.00 | | | | | | | |
| 09/29/21 | Prepare Notice of Appearance | TSM | | | | | 0.20 | | | |
| 10/03/21 | Brief overview of disclosures to prepare for meeting with Ms. Madsen tomorrow, to include review of possible witnesses and preliminary review of possible exhibits. | TSM | | | | | 2.20 | | | |
| 10/04/21 | Prepare for meeting with Chris to discuss her questions re:trial and confer with Tom re: same (.9); zoom call with Chris and Tom re: trial and what to expect (1.1). | AAT | 2.00 | | | | | | | |
| 10/04/21 | Zoom meeting with Ms. Thomas and Ms. Madsen to discuss trial prep, Joint Pre trial Statement, and begin analysis of trial strategy | TSM | | | | | 1.10 | | | |
| 10/05/21 | Draft list of witnesses to consider including in pretrial report and confer with Tom re: division of duties to complete pretrial report. | AAT | 1.50 | | | | | | | |
| 10/05/21 | Review lists of witnesses who were deposed, and assign out obligations for deposition designations | TSM | | | | | 1.00 | | | |
| 10/05/21 | Meeting with Ms. Thomas to discuss what depositions to designate, and what documents should be used at Plaintiff's exhibits to be included in Joint Pre trial Statement | TSM | | | | | 1.40 | | | |
| 10/06/21 | Correspond with Chris re: not making a settlement offer and pre-trial report. | AAT | 0.20 | | | | | | | |
| 10/06/21 | Begin review of deposition of Ms. Madsen (approx 150 pages). | TSM | | | | | 1.80 | | | |
| 10/07/21 | Conference with Tom Moring regarding trial preparation and designation of deposition transcript excerpts; Began review and designation excerpts of depositions (0.8) | DNF | | 0.80 | | | | | | |
| 10/08/21 | Confer with Tom re: exhibits to include in pretrial report. | AAT | 0.60 | | | | | | | |
| 10/08/21 | Reviewed Summary Judgment motion and Statement of Facts papers and prepared attorney notes regarding facts and issues (1.3); Continued to review and designate excerpts of Michael Graci deposition (1.1) | DNF | | 2.40 | | | | | | |
| 10/09/21 | Review Gracci deposition | TSM | | | | | 2.80 | | | |
| 10/10/21 | Begin reviewing exhibits and drafting pre-trial report. | AAT | 2.00 | | | | | | | |
| 10/10/21 | Begin  review and annotation of deposition of Janice Pitt (approx 220 pages) | TSM | | | | | 3.10 | | | |
| 10/11/21 | Continued to review and designate excerpts of Michael Graci deposition (4.8) | DNF | | 4.80 | | | | | | |
| 10/12/21 | Continue reviewing potential trial exhibits and supplementing pretrial report. | AAT | 2.00 | | | | | | | |
| 10/12/21 | Strategy conference with Ms. Thomas to discuss potential motions in limine | TSM | | | | | 0.40 | | | |
| 10/12/21 | Continued to review and designate excerpts of Michael Graci | DNF | | 1.10 | | | | | | |

| Date | Description | Code | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/21 | Continued to review and designate excerpts of Michael Graci deposition (0.8) | DNF | | 0.80 | | | | | |
| 10/13/21 | Continue marking exhibits. | AAT | 1.40 | | | | | | |
| 10/13/21 | Begin review of facts set froth in Motion for summary judgment pleadings for use in Joint Pre Trial Statement. | TSM | | | | 1.40 | | | |
| 10/13/21 | Review deposition of Tyler Maheu | TSM | | | | 2.20 | | | |
| 10/14/21 | Continued to review and designate excerpts of Michael Graci deposition (0.5) | DNF | | 0.50 | | | | | |
| 10/14/21 | Continued review of deposition of Janice Pitts. | TSM | | | | 1.80 | | | |
| 10/14/21 | Review Court ruling on Motion for summary judgment  and discuss impact of this ruling on claims and issues in trial, with Ms. Thomas. | TSM | | | | 0.40 | | | |
| 10/18/21 | Review Prior undisputed facts to prepare for telephone meeting with counsel in advance of drafting Joint Pretiral Statement | TSM | | | | 0.80 | | | |
| 10/19/21 | Confer with Tom re: pretrial issues (.5); Call with opposing counsel to discuss pretrial issues (.8); continue reviewing potential exhibits and modifying joint report accordingly (2.0). | AAT | 3.30 | | | | | | |
| 10/19/21 | Telephone meeting with counsel in advance of drafting Joint Pretiral Statement , discuss possible witnesses and exhibits along with potential trial time to be reserved. | TSM | | | | 0.70 | | | |
| 10/19/21 | Discussion with Ms. Thomas re: possible Motions in limine to prepare for joint meeting with counsel | TSM | | | | 0.50 | | | |
| 10/20/21 | Continue reviewing thousands of pages of documents and marking exhibits for pretrial report. | AAT | 4.70 | | | | | | |
| 10/20/21 | Complete review and annotation of deposition of Janice Pitt (approx 170 pages) | TSM | | | | 2.40 | | | |
| 10/20/21 | Begin review and annotation of deposition of Tyler Maheu (approx 75 pages) | TSM | | | | 1.10 | | | |
| 10/20/21 | Continued to review and designate excerpts of Michael Graci deposition (0.8) | DNF | | 0.80 | | | | | |
| 10/21/21 | Review the City's MIDPs and mark relevant exhibits for pretial report. | AAT | 2.00 | | | | | | |
| 10/21/21 | Continued to review and designate excerpts of Michael Graci deposition (1.2) | DNF | | 1.20 | | | | | |
| 10/22/21 | Continue reviewing potential exhibits and drafting pretrial report. | AAT | 2.60 | | | | | | |
| 10/23/21 | Revise the City's version of the joint report (3.5); begin reading Bailey's deposition to supplement the joint report (1.5). | AAT | 5.00 | | | | | | |
| 10/24/21 | Review medical records showing needed prescriptions for use in determining damages caused by hostile work environment | TSM | | | | 0.60 | | | |
| 10/24/21 | Email to Ms. Thomas to discuss marking and admission of medical records showing needed prescriptions for use in determining damages caused by hostile work environment | TSM | | | | 0.20 | | | |
| 10/24/21 | Revise and edit Proposed Verdict Forms. | TSM | | | | 0.30 | | | |

| Date | Description | Initials | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 |
|------|-------------|----------|------|------|------|------|------|------|------|
| 10/24/21 | Review and Revise Proposed Jury Instructions (Approx. 61 pages) | TSM | | | | 1.60 | | | |
| 10/24/21 | Review and Revise Proposed Joint voir dire | TSM | | | | 1.10 | | | |
| 10/24/21 | Telephone conference with Ms. Thomas re: designations of depo transcripts of Ms. Bailey, and use of deposition transcripts to impeach witnesses. | TSM | | | | 0.30 | | | |
| 10/24/21 | Telephone conference with Ms. Thomas re: revisions to proposed joint pre trial sent by opposing counsel | TSM | | | | 0.30 | | | |
| 10/24/21 | Complete review of Bailey's deposition transcripts (2.0); begin reviewing Reynold's deposition transcript (2.0); continue revising joint pretrial report (1.5). | AAT | 5.50 | | | | | | |
| 10/25/21 | Complete first draft of pretrial statement and email Chris my thoughts re: same. | AAT | 4.00 | | | | | | |
| 10/26/21 | Review email from Chris re: pretrial order, make additional revisions to proposed order, and correspond with Chirs and opposing counsel re: same. | AAT | 0.80 | | | | | | |
| 10/26/21 | Review exhibit list and discuss with Ms. Thomas. | TSM | | | | 0.80 | | | |
| 10/26/21 | Revise and edit voir dire and jury instructions. | TSM | | | | 1.10 | | | |
| 10/27/21 | Review the City's proposed trial exhibits (.4); review and revise the City's proposed jury instructions (.3); review the City's further revisions to the pretrial order (.3); call with Tom and opposing counsel to discuss pretrial order (1.2). | AAT | 2.20 | | | | | | |
| 10/27/21 | Joint call with counsel for City to discuss revisions to Joint Pretrial Statement | TSM | | | | 1.10 | | | |
| 10/27/21 | Review proposed revisions to Joint Pretrial Statement | TSM | | | | 1.20 | | | |
| 10/27/21 | Continued to review and designate excerpts of Michael Graci deposition (1.3) | DNF | | 1.30 | | | | | |
| 10/28/21 | Evaluate potential motions in limine and discuss same with Tom. | AAT | 0.40 | | | | | | |
| 10/28/21 | Continued to review and designate excerpts of Michael Graci deposition (3.2) | DNF | | 3.20 | | | | | |
| 10/29/21 | Confer with Kraig re: contemplated motions in limine (.6); exchange numerous emails with opposing counsel re: pretrial matters (.4); revise pretrial order (1.5); review the City's proposed exhibits and begin drafting objections thereto (1.5). | AAT | 4.00 | | | | | | |
| 10/29/21 | Continued to review and designate excerpts of Michael Graci deposition; Completed same; Began to review and designate excerpts of Debora Ostericher Graci deposition (5.2) | DNF | | 5.20 | | | | | |
| 10/30/21 | Draft objections to City's proposed exhibit list. | AAT | 1.00 | | | | | | |
| 11/01/21 | Revise exhibit list, draft objections to City's proposed exhibits and email opposing counsel and client re: same and the City's proposed motions in limine (4.5); revise proposed jury instructions (1.4); research whether we have an argument that the City's forthcoming daubert motion is untimely (.5). | AAT | 6.40 | | | | | | |
| 11/01/21 | Reviewed and edited designations of Michael Graci deposition; Continued to review and designate excerpts of Deborah | DNF | | 2.70 | | | | | |

| | Ostericher deposition (5.2) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/21 | Complete revisions to jury instructions, pretrial order, and Maheu deposition designations (2.8); exchange numerous emails with opposing counsel and client re: same (.5). | AAT | 3.20 | | | | | | | | | |
| 11/02/21 | Continued to review and designate excerpts of Deborah Ostericher deposition; Reviewed and edited same; Completed drafts of Graci and Ostreicher depositions to Tom Moring (3.2) | DNF | | 3.20 | | | | | | | | |
| 11/02/21 | Provide deposition designations for deposition of T. Maheu, review and state objections to portions designated by City of Phoenix. | TSM | | | | | | | 1.20 | | | |
| 11/03/21 | Exchange numerous emails with Chris and opposing counsel re: various outstanding preterial issues (.5); review the City's latest revisions to the pretrail order and make additional revisions (1.3). | AAT | 1.80 | | | | | | | | | |
| 11/03/21 | Review counter-designations provided by opposing counsel and prepare objections to same. | TSM | | | | | | | 2.10 | | | |
| 11/04/21 | Complete revisions to joint pretrial order, exhibit list, jury instructions, voir dire questions, verdict form, and statement of the case and correspond with opposing counsel re: same (5.0); exchange numerous emails with opposing counsel re: same (.4); research relevant case law and draft motion in limine re: exclusion of evidence of dismissed claims (3.5); review the City's latest revisions to the jury instructions and pretrial report and make additional revisions and email the City re: same (1.0) | AAT | 9.90 | | | | | | | | | |
| 11/04/21 | Review and object to Whetstone deposition designations, provide counter-designations. | TSM | | | | | | | 2.10 | | | |
| 11/05/21 | Complete research on City's objections to our request for damages for harm to reputation and supplement pretrial order accordingly and review final exhibit list and deposition designations (1.8); Research and draft motion in limine re: excluding evidence re: metadata (3.2). | AAT | 5.00 | | | | | | | | | |
| 11/09/21 | Email Chris re: pretrial issues and work left to be done before pretrial conference (.2); review the City's motions in limine and daubert motion and evaluate potential arguments responding to the same (2.0); review email from opposing counsel re: notice of errata and review corresponding records (.3). | AAT | 2.50 | | | | | | | | | |
| 11/10/21 | Begin researching and drafting response to the City's motion in limine no. 1 (3.0); review City's motion for errata and correspond with opposing counsel re: approval of same (.2); begin researching and drafting response to the City's motion in limine no. 2 (3.0). | AAT | 6.20 | | | | | | | | | |
| 11/10/21 | Strategy conference with Ms. Thomas re: Motions in Limine and responses to same. | TSM | | | | | | | 0.50 | | | |
| 11/11/21 | Amend and supplement response to the City's motion in limine no. 1 (1.5); Amend and supplement response to the City's | AAT | 6.00 | | | | | | | | | |

| Date | Description | Timekeeper | Hours | | Hours | |
|---|---|---|---|---|---|---|
| | motion in limine no 2. (1.5); Begin researching and drafting response to the City's motion in limine no. 3 (3.0). | | | | | |
| 11/12/21 | Research and complete first draft of response to motion in limine no. 4 (3.4); final revisions to all four motion in limine response and instruct assistant to file them (1.7); review the City's responses to our motions in limine (.3). | AAT | 5.40 | | | |
| 11/12/21 | Review City's 4 Motions in Limine, and Ms. Thomas' responses to same. | TSM | | | 1.20 | |
| 11/15/21 | Review Daubert motion re: Bullock, review entire Bullock transcript, and begin outlining responsive arguments. | AAT | 5.00 | | | |
| 11/16/21 | Begin researching case law cited in City's Daubert motion re: Bullock and begin drafting response. | AAT | 3.60 | | | |
| 11/17/21 | Continue drafting response to Daubert motion (including fact section and analysis of Bullock's qualifications). | AAT | 3.60 | | | |
| 11/18/21 | Complete first draft of response to Daubert motion to exclude Bullock, including selection of exhibits and initial confirmation that citations to the record are correct . | AAT | 7.80 | | | |
| 11/19/21 | Cite check response to City's Daubert motion re: Bullock and make final revisions to it before filing it. (2.8); prepare for and attend final pretrial conference (3.0). | AAT | 5.80 | | | |
| 11/19/21 | Attend pretrial conference, discuss results with Ms. Thomas | TSM | | | 1.40 | |
| 11/22/21 | Correspond with expert Ingegneri re: trial (.2); call her re: same (.3); email Chris re: trial prep (.1). | AAT | 0.60 | | | |
| 11/29/21 | Confer with Tom re: next steps to prepare for trial (.5); brief review of reply in support of Daubert motion re: Bullock, research rules re: reply deadlines and email opposing counsel re: untimeliness of reply (.6). | AAT | 1.10 | | | |
| 12/01/21 | Confer with Kraig re: strategies for preparing witnesses in light of short trial time line (.5); Correspond with Chris re: transcript of pretrial hearing (.2). | AAT | 0.70 | | | |
| 12/07/21 | Prepare for and participate in call with Tom and Chris to discuss trial prep. | AAT | 1.50 | | | |
| 12/07/21 | Telephone conference with Ms. Madsen and Ms. Thomas to discuss trial prep and to describe the trial setting process. | TSM | | | 1.10 | |
| 01/07/22 | Correspond with Laura Ingegneri re: testifying at trial. | AAT | 0.10 | | | |
| 01/11/22 | Review email from Ingengeri re: testifying at trial. | AAT | 0.10 | | | |
| 01/19/22 | Review email from expert Ingegneri re: refusal to testify at trial and evaluate next steps for compelling her to testify. | AAT | 0.30 | | | |
| 01/21/22 | Correspond with Chris re: trial prep. | AAT | 0.20 | | | |
| 01/21/22 | Email to L. Ingeneri to discuss trial appearance. | TSM | | | 0.10 | |
| 01/24/22 | Telephone conference with retained expert Laura Ingineri re: appearance at trial | TSM | | | 0.50 | |
| 01/26/22 | Evaluate potential options in light of Ingegneri's potential refusal to testify. | AAT | 1.00 | | | |
| 02/03/22 | Correspond with Chris re: Ingegneri testimony (.2); call LaCoya Shelton to discuss same (.3) | AAT | 0.50 | | | |

| Date | Description | TK | | | | | |
|------|-------------|----|----|----|----|----|----|
| 02/07/22 | Call LaCoya to discuss Ingengeri's obligation to testify as an expert. | AAT | 0.20 | | | | |
| 02/07/22 | Trial prep via Zoom with Ms. Madsen and Ms Thomas | TSM | | | | 1.80 | |
| 02/07/22 | Trial prep via Zoom with Ms. Madsen and Mr. Moring | AAT | 1.80 | | | | |
| 02/09/22 | Correspond with Chris re: potential ethical issues re: contacting Maheu directly. | AAT | 0.20 | | | | |
| 02/09/22 | Evaluate potential ethical considerations re: contacting Maheu directly. | AAT | 0.30 | | | | |
| 02/14/22 | Craft email to client and Ms. Thomas explaining what I see as the biggest weakness/danger point in this case, and addressing how to argue these points to the jury. | TSM | | | | 0.30 | |
| 02/14/22 | Review court order re: jury questionnaire. | AAT | 0.20 | | | | |
| 02/15/22 | Draft detailed email to Tom and Chris re: concerns related to evidential issues at trial. | AAT | 0.30 | | | | |
| 02/16/22 | Correspond with Chris re: proposed juror questionnaire. | AAT | 0.10 | | | | |
| 02/28/22 | Discussion with Ms. Holmes re: marking exhibits and other pretrial obligations imposed by Court. | TSM | | | | 0.20 | |
| 03/02/22 | Draft brief update email to counsel re: pre-trial issues and possible stipulations on evidence | TSM | | | | 0.20 | |
| 03/03/22 | Commence preparation of trial exhibits (1-30). | MCH | | | | | 1.50 |
| 03/03/22 | Complete preparation of trial exhibits (31-78). | MCH | | | | | 1.30 |
| 03/03/22 | Preparation of Plaintiff's trial exhibits (100-107). | MCH | | | | | 0.20 |
| 03/04/22 | Evaluate trial witness strategy and confer with Tom re: same (1.0); email Chris re: trial strategy and tasks that need to be performed (.2). | AAT | 1.20 | | | | |
| 03/07/22 | Continue to prepare trial exhibits (27,33,52-53,57-59). | MCH | | | | | 0.40 |
| 03/07/22 | Email communication with client regarding trial exhibits. | MCH | | | | | 0.10 |
| 03/07/22 | Confer with paralegal re: preparing trial exhibits. | AAT | 0.40 | | | | |
| 03/11/22 | Commence drafting of Joint Notice to Court Reporter. | MCH | | | | | 0.20 |
| 03/14/22 | Call and email HR Revolutionary Consulting re: Lori Ingengeri testifying at trial. | AAT | 0.20 | | | | |
| 03/16/22 | Correspond with Chris re: trial prep updates. | AAT | 0.20 | | | | |
| 03/22/22 | Draft opening statement after considering what would make the most sense and reviewing Daubert motion. | JXS | | | 1.50 | | |
| 03/23/22 | Correspond with opposing counsel re: pending Daubert motion to exclude Bullock (.2); correspond with Chris re: witnesses that will be testifying at trial (.2). | AAT | 0.40 | | | | |
| 03/23/22 | Begin preparing Trial Director with exhibits for attorney's use at trial. | MCH | | | | | 0.60 |
| 03/25/22 | Evaluate which witnesses should be moved from "will call" list to "may call" list and potential order of witnesses in light of case theme. | AAT | 1.00 | | | | |
| 03/28/22 | Correspond with opposing counsel re: resolving final pretrial matters (.2); begin drafting outline re: witnesses, the testimony we need to elicit from them at trial, and exhibits we intend to introduce while each witness is testifying (1.5). | AAT | 1.70 | | | | |

| Date | Description | Init | | | | | | | |
|------|-------------|------|--|--|--|--|--|--|--|
| 03/29/22 | Call with opposing counsel and Tom to discuss resolving final pre-trial issues (1.0); complete outline of general witness testimony and exhibits we intend to introduce as evidence with each corresponding witness (2.0); confer with Tom re: order or witnesses and trial preparation (.4); draft comprehensive email to Chris re: witness prep, exhibits, and other trial preparation matters (.5). | AAT | 3.90 | | | | | | |
| 03/29/22 | Conference call with Ms. Thomas and opposing counsel to discuss pre-trial issues including witness subpoenas and amending and adding to exhibit list, discuss contact with Tyler Maheu. | TSM | | | | | 1.00 | | |
| 03/29/22 | Strategy meeting with Ms. Thomas to discuss order of witnesses and particular exhibits to be admitted with specific witnesses. | TSM | | | | | 0.60 | | |
| 03/29/22 | Draft email to Kimberly Eckert re: acceptance of subpoena by Jainie Sue Bailey | TSM | | | | | 0.10 | | |
| 03/29/22 | Prepare trial software (Trial Director) for use at trial (79-96) in mock trial. | MCH | | | | | | 1.00 | |
| 03/29/22 | Draft email to counsel for Janice Sue Bailey re: trial appearance and request copy of Notice of Claim | TSM | | | | | 0.20 | | |
| 03/30/22 | Correspond with Janie Sue Bailey's counsel re: issuing subpoena to her (.2); correspond with Chris re: various questions about trial (.3); review first draft of notice to court reporter and review case records to supplement notice with additional witness names, acronyms, geographic locations, and technical terms (1.3); begin preparing exhibit presentation in Trial Director software (1.2). | AAT | 3.00 | | | | | | |
| 03/30/22 | Assist with preparation for trial by ensuring trial technology is loaded and ready for use by attorneys (87 exhibits). | MCH | | | | | | 0.50 | |
| 03/30/22 | Analysis of Exhibit 73 - Medical Records to break out documents into sub-parts for use as trial exhibits. | MCH | | | | | | 0.50 | |
| 03/30/22 | Analysis of Exhibit 74 - FMLA records to break out documents into sub-parts for use as trial exhibits. | MCH | | | | | | 0.20 | |
| 03/30/22 | Review exhibits using Trial Director to help prepare fro presentation at trial | TSM | | | | | 0.80 | | |
| 03/30/22 | Email to Laura Ingeneri to confirm trial apperance | TSM | | | | | 0.20 | | |
| 03/30/22 | Review exhibits related to medical and FMLA damages, separate into smaller exhibits for ease of use at trial | TSM | | | | | 0.80 | | |
| 03/30/22 | Continue review of exhibits related to Bailey notes and Madsen notes for use at trial | TSM | | | | | 1.10 | | |
| 03/31/22 | Prepare exhibits 79-86 for use at trial by naming them according to instructions from Court. | MCH | | | | | | 0.20 | |
| 03/31/22 | Prepare exhibits 87-96 for use at trial by naming them according to instructions from Court. . | MCH | | | | | | 0.50 | |
| 03/31/22 | Correspond with opposing counsel re: trial exhibits (.2); confer with paralegal re: dividing up medical and FMLA records into | AAT | 0.40 | | | | | | |

| Date | Description | Tmkr | | | | |
|---|---|---|---|---|---|---|
| | additional exhibits. (.2) | | | | | |
| 03/31/22 | Preparation of trial exhibits from City of Phoenix for use in Trial Director (Exhibits 100-154). | MCH | | | | 0.60 |
| 03/31/22 | Continue to draft Exhibit List to include additional exhibits. | MCH | | | | 0.40 |
| 03/31/22 | Email communication with Court Bailiff Kathleen Zoratti regarding trial exhibits. | MCH | | | | 0.10 |
| 03/31/22 | Locate and prepare redacted Exhibit 61 for use in trial. | MCH | | | | 0.10 |
| 03/31/22 | Email communication with Defense counsel regarding trial exhibits from the City of Phoenix. | MCH | | | | 0.10 |
| 03/31/22 | Update Telephone conference with opposing counsel Ms. Verdier to discuss evidentiary issues and admission of witness statements | TSM | | 0.50 | | |
| 03/31/22 | Review exhibit lists and proposed new exhibits from City | TSM | | 1.10 | | |
| 03/31/22 | Review Order from Court re: pre-trial conference | TSM | | 0.20 | | |
| 04/01/22 | Prepare first draft of Subpoena to Appear for Janie Sue Bailey. | MCH | | | | 0.10 |
| 04/01/22 | Prepare first draft of Subpoena to Appear for Christy Gomez. | MCH | | | | 0.10 |
| 04/01/22 | Prepare first draft of Subpoena to Appear for Michael Graci. | MCH | | | | 0.10 |
| 04/01/22 | Zoom call with Mr. Maheu and Ms. Gulz of City of Phoenix | TSM | | 0.30 | | |
| 04/02/22 | Zoom meeting with Ms. Madsen to discuss trial prep and to begin analysis of damage claims, prepare to illustrate damage claims to jury using words and phrases that put the damages into action. | TSM | | 2.50 | | |
| 04/04/22 | Confer with Meagan re: various issues re: revised exhibits and subpoenas we intend to send to witnesses (.5); review Janie Sue Bailey's notice of claim (.2); review and revise notice of intent for subpoenaing witnesses (.2); review final exhibit list and stipulation to amend exhibit list and correspond with opposing counsel re: same (.4); review new exhibits City omitted from pretrial order (1.0); review notice court reporter (.2); begin drafting witness question outline for Maheu (.8). | AAT | 3.30 | | | |
| 04/04/22 | Prepare first draft of Notice of Intent to Issue and Serve Subpoenas for Appearance at Trial. | MCH | | | | 0.10 |
| 04/04/22 | Finalize trial exhibits for Court JERS system. | MCH | | | | 0.20 |
| 04/04/22 | Email communication with City of Phoenix counsel re Trial Exhibit 33 and confirming which exhibit is correct. | MCH | | | | 0.10 |
| 04/04/22 | Email communication with counsel for Janie Sue Bailey regarding her home address to calculate trial appearance fee. | MCH | | | | 0.10 |
| 04/04/22 | Continue to draft Trial Exhibit List to break out Exhibit 27. | MCH | | | | 0.10 |
| 04/04/22 | Continue to draft Notice of Intent to Issue and Serve Subpoenas for Appearance at Trial to include two additional witnesses. | MCH | | | | 0.10 |
| 04/04/22 | Prepare Subpoena to Appear at Trial for Laura Ingegneri. | MCH | | | | 0.10 |
| 04/04/22 | Prepare Subpoena to Appear at Trial for Sue Ellen Bullock. | MCH | | | | 0.10 |
| 04/04/22 | Prepare Subpoena to Appear at Trial for Charlene Reynolds. | MCH | | | | 0.10 |
| 04/04/22 | Review additional exhibits marked by City of Phoenix, prepare objections to those exhibits. | TSM | | 0.80 | | |

| Date | Description | Init | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/04/22 | Revise and edit Notice to Court Reporter | TSM | | | | 0.20 | | |
| 04/04/22 | Finalize all trial exhibits (1-96, 100-154) for use in trial. | MCH | | | | | 0.60 | |
| 04/04/22 | Commence preparation of final exhibits to send to Court (1-50) per instructions from Court. | MCH | | | | | 2.00 | |
| 04/04/22 | Continue to draft Exhibit List to include our objections and stipulations. | MCH | | | | | 0.10 | |
| 04/04/22 | Email communication with counsel for the City of Phoenix re Exhibit 33 and confirming exhibit. | MCH | | | | | 0.10 | |
| 04/04/22 | Complete preparation of final exhibits to send to Court (1-50) per instructions from Court. | MCH | | | | | 2.00 | |
| 04/05/22 | Review final exhibit list and final witness list and file same with the Court to meet today's Court deadline. | TSM | | | | 0.50 | | |
| 04/05/22 | Finalize exhibits for use in binder for Judge. | MCH | | | | | 0.50 | |
| 04/05/22 | Begin creating matrix with all trial exhibits re: relevant hearsay exceptions. | AAT | 1.30 | | | | | |
| 04/05/22 | Confer with paralegal re: final exhibit submission to court (.3); begin drafting matrix of exhibits with responses to potential hearsay objections and identifying witness who will lay foundation (2.0); continue drafting witness outline for Maheu (.7) | AAT | 3.00 | | | | | |
| 04/05/22 | Zoom meeting with Ms. Madsen to prepare for trial testimony and for meeting with Sue Ellen to discuss damages | TSM | | | | 1.50 | | |
| 04/05/22 | Review deposition of Sue Ellen Bullock (approx 300 pages) to prepare for Zoom meeting with Ms. Madsen to prepare for trial testimony and for meeting with Sue Ellen to discuss damages | TSM | | | | 3.20 | | |
| 04/05/22 | Prepare exhibits 1-96 for use in binder for Judge Snow. | MCH | | | | | 0.80 | |
| 04/05/22 | Prepare final Witness List for Court. | MCH | | | | | 0.10 | |
| 04/05/22 | Continue to prepare Trial Director with exhibits and transcripts for use in trial. | MCH | | | | | 1.60 | |
| 04/06/22 | Review responses from Ms. Verdier re: testimony of Laura Ingeniri and Janie Sue Bailey | TSM | | | | 0.30 | | |
| 04/06/22 | Trial team meeting with Ms. Holmes, Ms. Thomas, Ms. Brown and Ms. Viola to finalize subpoenas to witnesses, and discuss order of witnesses as well as remaining pre-trial tasks | TSM | | | | 1.10 | | |
| 04/06/22 | Continue review of trial exhibits to be used in examination and cross examination at trial. | TSM | | | | 2.10 | | |
| 04/06/22 | Attend trial preparation meeting with attorneys. | MCH | | | | | 0.60 | |
| 04/06/22 | Commence preparation of deposition transcripts for use in Trial Director. | MCH | | | | | 0.30 | |
| 04/06/22 | Prepare first draft of Acceptance of Service for Janie Sue Bailey. | MCH | | | | | 0.10 | |
| 04/06/22 | Prepare first draft of Acceptance of Service for Christy Gomez. | MCH | | | | | 0.10 | |
| 04/06/22 | Prepare first draft of Acceptance of Service for Sue Ellen Bullock. | MCH | | | | | 0.10 | |
| 04/06/22 | Prepare first draft of Acceptance of Service for Laura Ingegneri. | MCH | | | | | 0.10 | |

| Date | Description | Initials | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|---|---|---|
| 04/06/22 | Prepare first draft of Acceptance of Service for Michael Graci. | MCH | | | | | 0.10 | | |
| 04/06/22 | Prepare Exhibit List for Court using preferred form. | MCH | | | | | 0.80 | | |
| 04/06/22 | Telephone call to Magna Court Reporting to request copy of certified transcript of Janie Sue Bailey. | MCH | | | | | 0.10 | | |
| 04/06/22 | Confer with Tom re: our responses to the City's objections re: various issues related to Ingegneri's testimony (.3); correspond with Chris re: various issues re: laying foundation for admission of exhibit 32 (.2); continue drafting exhibit matrix with responses to potential foundation and hearsay objections (3.0); correspond with the City's counsel and Graci's counsel re: subpoenaing Graci for trial and whether Graci's counsel will accept service of the subpoena (.3); meet with Tom and paralegal to discuss inputting evidence into trial director and other related tasks required to complete preparation for trial (1.0). | AAT | 4.80 | | | | | | |
| 04/07/22 | Draft letter to Laura Ingegneri re Trial Subpoena. | MCH | | | | | 0.10 | | |
| 04/07/22 | Continue to prepare Trial Director by preparing side by side exhibits and call outs. | MCH | | | | | 1.70 | | |
| 04/07/22 | Analysis of deposition transcripts to locate .txt files to load into Trial Director for use at trial. | MCH | | | | | 0.60 | | |
| 04/07/22 | Begin drafting outline for Tyler Maheu's direct examination (3.0); review exhibit matrix with responses to potential exhibits and begin pairing related exhibits to be shown side by side in trial director software (1.0); confer with Tom and paralegal re: documents to send to Laura Ingegneri ahead of her trial prep session (.2); revise witness call order (.3). | AAT | 4.50 | | | | | | |
| 04/07/22 | Various emails with defense counsel re: setting expert and witness schedules and acceptance of various subpoenas from City. | TSM | | | | | 0.30 | | |
| 04/08/22 | Identify and prepare deposition transcripts for use in Trial Director (14 depositions). | MCH | 1.60 | | | | | | |
| 04/08/22 | Zoom meeting with Ms. Madsen and Sue Ellen Bullock | TSM | | | | | 0.60 | | |
| 04/08/22 | Continued review of Sue Ellen's exhibits and transcript to prepare for meeting today with Ms. Bullock and Ms. Madsen | TSM | | | | | 2.70 | | |
| 04/08/22 | Brief review of depo designations to be loaded in to trial director. | TSM | | | | | 0.20 | | |
| 04/08/22 | Correspond with Brad Schleier re: accepting service of subpoena on behalf of Graci (.2); continue drafting outline for Tyler Maheu's direct examination, including cross referencing his deposition transcript and relevant exhibits (3.0); evaluate which issues should be addressed in Charlene's Reynolds direct examination instead of Tyler Maheu's in light of time restrictions (2.0); evaluate potential audiovisuals to display to the jury during opening and closing arguments (.7); confer with paralegal re: adding deposition designations into trial director (.2). | AAT | 6.10 | | | | | | |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 04/08/22 | Zoom meeting with Ms. Madsen and Ms. Bullock to prepare for upcoming trial testimony | TSM | | 0.70 | |
| 04/09/22 | Begin drafting Christy Gomez direct examination outline, including cross referencing deposition transcript and exhibits. | AAT | 2.10 | | |
| 04/09/22 | Zoom meeting with Chris and Tom to practice Chris' direct examination (2.8); confer with Tom afterwards to discuss trial themes and strategies (2.4). | AAT | 5.20 | | |
| 04/09/22 | Zoom meeting with Ms. Madsen and Ms. Thomas to prepare witness testimony for upcoming trial | TSM | | 2.80 | |
| 04/09/22 | Trial prep meeting with Ms. Thomas to prepare witness testimony and discuss exhibits for upcoming trial | TSM | | 2.40 | |
| 04/10/22 | Continue drafting outline for Christy Gomez's direct examination. | AAT | 2.00 | | |
| 04/10/22 | Begin draft of Sue Ellen Bullock witness outline | TSM | | 1.80 | |
| 04/10/22 | Review treatment notes and report of Sue Ellen Bullock to add to witness outline | TSM | | 0.80 | |
| 04/11/22 | Begin drafting outline of Janie Sue Bailey's direct examination, including cross referencing with the deposition transcript and relevant exhibits (5.5); Meeting with Tom and Chris to discuss Chris' testimony and case themes and strategy (2.2); review executed acceptance of service of Graci subpoena (.1); evaluate potential continuing hostile work environment theory in light of the court's orders (.5).. | AAT | 8.40 | | |
| 04/11/22 | Travel to court to pick up flash drive of Juror Questionnaires for trial. | MCH | | | 0.80 |
| 04/11/22 | Zoom update and witness prep with Ms. Madsen. | TSM | | 1.40 | |
| 04/12/22 | Prepare exhibits in chronological order. | MCH | | | 0.70 |
| 04/12/22 | Continue drafting outline for Janie Sue Bailey's direct examination, including selecting relevant exhibits (3.0); continue drafting outline for Tyler Maheu's direct examination, including selecting relevant exhibits (3.0). | AAT | 6.00 | | |
| 04/13/22 | Complete first draft of Tyler Maheu direct outline, including inserting references to deposition transcript for purposes of refreshing his recollection and/or impeachment (1.2); Begin drafting Charlene Reynolds' witness outline, including cross referencing her deposition testimony and relevant exhibits (4.5); meet with Chris and Tom to continue Chris's testimony prep (1.7); meet with Tom afterwards to discuss outstanding deliverables and trial strategy (.7). | AAT | 8.10 | | |
| 04/13/22 | Update trial director with updated Exhibit 140 from Defendant. | MCH | | | 0.10 |
| 04/13/22 | Prepare flash drive of all relevant documents for use at trial. | MCH | | | 0.60 |
| 04/13/22 | Run mock trial witness examination of Sue Ellen Bullock. | MCH | | | 0.60 |
| 04/13/22 | Zoom meeting with client representative to prepare for trial testimony, demonstrate use of trial director software for use at trial. | TSM | | 1.20 | |
| 04/13/22 | Zoom meeting with Ms. Madsen to prepare for trial testimony, | TSM | | 0.70 | |

| 04/13/22 | Zoom meeting with Ms. Madsen to prepare for trial testimony, continue developing trial themes with Ms. Madsen. | TSM | | | | 2.40 | | |
| 04/13/22 | Review jury questionnaires to prepare for discussion with Judge Snow tomorrow regarding hardship strikes | TSM | | | | 0.90 | | |
| 04/13/22 | Trial witness prep with Sue Ellen Bullock, Plaintiff's treating provider. | TSM | | | | 1.80 | | |
| 04/14/22 | Rename City of Phoenix's Exhibits to include descriptive names. | MCH | | | | | 0.40 | |
| 04/14/22 | Telephone conference with Sue Ellen Bullock to prepare for trial testimony, discuss travel arrangements for Ms. Bullock | TSM | | | | 1.40 | | |
| 04/14/22 | Quick review of jury questionnaire responses (.5); Attend hearing re: jury questionnaires (.5); test technology at federal court house for showing and publishing exhibits (1.5); continue drafting Charlene Reynolds witness outline (4.1). | AAT | 6.60 | | | | | |
| 04/14/22 | Travel to Court to test out Trial Director for upcoming trial. | MCH | | | | | 1.50 | |
| 04/14/22 | Meeting with IT to discuss strategy relating to problems with Trial Director. | MCH | | | | | 0.50 | |
| 04/14/22 | Continue to prepare flash drive with all pleadings, discovery, and orders for trial. | MCH | | | | | 0.60 | |
| 04/14/22 | Meeting with Court Room staff to prepare for use of technology and test presentation software using Court's equipment | TSM | | | | 1.50 | | |
| 04/14/22 | Expert witness interview and trial preparation with Laura Ingegneri, Plaintiff's expert re: HR topics | TSM | | | | 1.20 | | |
| 04/14/22 | Re-write trial outline of Laura Ingegneri, Plaintiff's expert re: HR topics | TSM | | | | 1.40 | | |
| 04/15/22 | Correspond with Janie Sue Bailey's counsel re: acceptance of subpoena and questions related to courtroom restrictions in light of COVID (.2). | AAT | 0.20 | | | | | |
| 04/15/22 | Continue to rename City of Phoenix's Trial Exhibits to have more descriptive name and to put in chronological order. | MCH | | | | | 0.50 | |
| 04/15/22 | Continue to prepare trial technology to include all pleadings, discovery, and orders. | MCH | | | | | 0.60 | |
| 04/15/22 | Workshop case with Tom, Alden, and others. | JXS | | | 8.00 | | | |
| 04/15/22 | Attend mock witness examination with attorneys Tom Moring and Alden Thomas to run and test Trial Director. | MCH | | | | | 1.80 | |
| 04/15/22 | Prepare Trial Director with Deposition Excerpts of Christy Gomez (52 designations). | MCH | | | | | 1.20 | |
| 04/15/22 | Prepare Trial Director with Deposition Excerpts of Tyler Maheu (62 designations). | MCH | | | | | 1.20 | |
| 04/15/22 | Update Witness Outline for Tyler Maheu to include Deposition Designation hot keys. | MCH | | | | | 0.40 | |
| 04/15/22 | Meet with Tom and Joy to discuss strategy for picking a jury, case themes, etc. | AAT | 2.50 | | | | | |
| 04/15/22 | Meet with Tom and Jeff Silence to practice and revise direct | AAT | 3.20 | | | | | |

| Date | Description | Initials | Col1 | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|---|---|---|
| | examinations of Charlene Reynolds, Christy Gomez, and Tyler Maheu. | | | | | | |
| 04/15/22 | Complete first draft of Charlene Reynolds witness outline, including selecting exhibits and citations to her deposition transcript. | AAT | 3.00 | | | | |
| 04/15/22 | Participated in jury selection direct examination practice (2.1- NO CHARGE) | DNF | | 0.00 | | | |
| 04/15/22 | Meeting with focus group panel to gauge responses to voir dire questions and develop list of characteristics of our ideal juror | TSM | | | | 5.10 | |
| 04/16/22 | Prepare Trial Director with Deposition Excerpts of Janie Sue Bailey (38 designations). | MCH | | | | | 1.40 |
| 04/16/22 | Update Witness Outline for Janie Sue Bailey to include Deposition Designation hot keys. | MCH | | | | | 0.70 |
| 04/16/22 | Prepare Trial Director with Deposition Excerpts of Charlene Reynolds (14 designations). | MCH | | | | | 0.50 |
| 04/16/22 | Meet with Tom and Chris to practice Chris' direct testimony (4.0), revise direct outline for Janie Sue Bailey (2.0), and discuss strategy for cross examining the City's witnesses (1.0). | AAT | 7.00 | | | | |
| 04/16/22 | Meeting and witness prep with Ms. Madsen and Ms. Thomas | TSM | | | | 6.20 | |
| 04/17/22 | Attend meeting with attorneys Tom Moring and Alden Thomas to discuss deposition designations. | MCH | | | | | 1.00 |
| 04/17/22 | Continue to prepare deposition designations of Janie Sue Bailey in Trial Director. | MCH | | | | | 1.10 |
| 04/17/22 | Continue to prepare deposition designation of Janie Sue Bailey in Trial Director. | MCH | | | | | 0.20 |
| 04/17/22 | Continue practicing Chris' direct examination and revise Reynolds and Bailey direct outlines based on Chris' expected testimony. | AAT | 5.50 | | | | |
| 04/17/22 | Continue to prepare deposition designation of Janie Sue Bailey. (41 designations). | MCH | | | | | 0.60 |
| 04/17/22 | Continue to prepare deposition designations for Tyler Maheu (61 designations). | MCH | | | | | 1.90 |
| 04/17/22 | Prepare deposition designations of Christy Gomez (51 designations). | MCH | | | | | 1.30 |
| 04/17/22 | Prepare deposition designations of Charlene Reynolds (3 designations). | MCH | | | | | 0.20 |
| 04/17/22 | Further meeting and witness prep with Ms. Madsen and Ms. Thomas | TSM | | | | 6.80 | |
| 04/17/22 | Continue drafting and rehearsing opening statement to jury | TSM | | | | 3.80 | |
| 04/17/22 | Continue review of voir dire questions and develop list of characteristics of our ideal juror | TSM | | | | 2.50 | |
| 04/18/22 | Call Kim Eckert to discuss City's plan to request the court to take judicial notice over Bailey's lawsuit. | AAT | 0.20 | | | | |
| 04/18/22 | Complete deposition designations for Charlene Reynolds (63 designations). | MCH | | | | | 1.60 |

| Date | Description | Atty | | | | | |
|------|-------------|------|---|---|---|---|---|
| 04/18/22 | Continue to load deposition designations into Trial Director. | MCH | | | | 1.00 | |
| 04/18/22 | Prepare deposition designations of Janice Pitts (14 designations). | MCH | | | | 0.40 | |
| 04/18/22 | Continue to load deposition designations into Trial Director. | MCH | | | | 1.20 | |
| 04/18/22 | Finalize deposition designations for Tyler Maheu. | MCH | | | | 0.50 | |
| 04/18/22 | Finalize deposition designations for Janie Sue Bailey. | MCH | | | | 0.60 | |
| 04/18/22 | Finalize deposition designations for Christy Gomez. | MCH | | | | 0.40 | |
| 04/18/22 | Finalize deposition designations for Charlene Reynolds. | MCH | | | | 0.50 | |
| 04/18/22 | Finalize witness outline for Tyler Maheu to include hot keys. | MCH | | | | 0.10 | |
| 04/18/22 | Finalize witness outline for Charlene Reynolds to include hot keys. | MCH | | | | 0.50 | |
| 04/18/22 | Finalize witness outline for Janie Sue Bailey to include hot keys. | MCH | | | | 0.20 | |
| 04/18/22 | Finalize witness outline for Christy Gomez to include hot keys. | MCH | | | | 0.20 | |
| 04/18/22 | Complete deposition designations for Janice Pitts (22 designations). | MCH | | | | 0.40 | |
| 04/18/22 | Finalize cross examination outline for Janice Pitts. | MCH | | | | 0.20 | |
| 04/18/22 | Make final revisions to outlines for Gomez, Reynolds, and Maheu,direct examinations. | AAT | 4.00 | | | | |
| 04/18/22 | Draft outline for Bailey's direct examination. | AAT | 6.00 | | | | |
| 04/18/22 | Witness prep with Chris Madsen | TSM | | | 5.50 | | |
| 04/18/22 | Continue to adjust and practice opening statement to be presented to jury tomorrow. | TSM | | | 4.10 | | |
| 04/19/22 | Continue to add deposition designations of Janice Pitts into Trial Director. | MCH | | | | 1.20 | |
| 04/19/22 | Create chart of Deposition Designations for Charlene Reynolds. | MCH | | | | 0.50 | |
| 04/19/22 | Attend trial day 1. | MCH | | | | 4.00 | |
| 04/19/22 | Day one of trial. | AAT | 9.00 | | | | |
| 04/19/22 | Draft outline for Pitts cross examination. | AAT | 4.00 | | | | |
| 04/19/22 | Jury Trial Day 1 (voir dire/opening/Christy Gomez/Charlene Reynolds) | TSM | | | 9.80 | | |
| 04/19/22 | Further meeting with Laura Ingegneri to discuss trial testimony and results of investigation | TSM | | | 1.80 | | |
| 04/19/22 | Revise and edit witness outline of Laura Ingegneri based on our recent conversation | TSM | | | 1.90 | | |
| 04/20/22 | Create chart of Deposition Designations for Janie Sue Bailey. | MCH | | | | 0.40 | |
| 04/20/22 | Finalize witness outline of Janie Sue Bailey to include hot keys for Trial Director. | MCH | | | | 0.10 | |
| 04/20/22 | Attend trial day 2. | MCH | | | | 4.00 | |
| 04/20/22 | Create Power Point slide show for closing arguments. | MCH | | | | 1.60 | |
| 04/20/22 | Day two of trial. | AAT | 9.00 | | | | |
| 04/20/22 | Draft outline for Ostreicher cross examination. | AAT | 4.00 | | | | |
| 04/20/22 | Jury Trial Day 2 (Charlene Reynolds, Janie Sue Bailey, Janice Pitts) | TSM | | | 9.90 | | |
| 04/20/22 | Jury Trial Day 2 (Meeting with client and Ms Thomas to | TSM | | | 3.50 | | |

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | discuss results of day two and prepare for day three) | | | | | | |
| 04/20/22 | Jury Trial Day 2 (Meeting with Sue Ellen Bullock to prepare for trial testimony tomorrow) | TSM | | | 3.10 | | |
| 04/20/22 | Revise and edit witness exam of Sue Ellen Bullock following our meeting to discuss trial testimony | TSM | | | 1.80 | | |
| 04/20/22 | Meet with Tom and Chris to discuss trial so far and additional prep. | AAT | 1.00 | | | | |
| 04/21/22 | Continue to prepare Power Point for closing arguments. | MCH | | | | 1.00 | |
| 04/21/22 | Complete Power Point presentation for closing arguments. | MCH | | | | 0.50 | |
| 04/21/22 | Create chart of Power Point slides for closing arguments. | MCH | | | | 0.30 | |
| 04/21/22 | Day three of trial. | AAT | 9.00 | | | | |
| 04/21/22 | Meet with Tom to prepare closing argument, including reviewing all admitted exhibits and witness testimony and drafting power point for closing argument. | AAT | 6.00 | | | | |
| 04/21/22 | Jury Trial Day 3 (Sue Ellen Bullock, Chris Madsen, Laura Ingegneri) | TSM | | | 9.90 | | |
| 04/21/22 | Meeting with client and Ms. Thomas to prepare closing argument | TSM | | | 1.40 | | |
| 04/21/22 | Continue drafting closing argument and power point slides to be used in closing | TSM | | | 4.20 | | |
| 04/22/22 | Trial day four. | AAT | 6.00 | | | | |
| 04/22/22 | Jury Trial Day 4 (Cross Examination of M. Graci, closing argument) | TSM | | | 6.20 | | |
| 04/22/22 | Jury Trial Day 4 (Remain at courthouse, take verdict and discuss with jurors who were willing to remain) | TSM | | | 4.50 | | |
| 04/22/22 | Remain at courthouse to await jury verdict and discuss case with jurors afterwards. | AAT | 4.50 | | | | |
| 04/25/22 | Review Motion for Judgment as a Matter of Law. (.3) Draft memo with my thoughts and recommendations. (.5) | JXS | | 0.70 | | | |
| 04/25/22 | Review City's motion for judgment as a matter of law and begin evaluating potential responsive arguments (4.0); correspond with Chris re: motion and its implications (.2). | AAT | 4.20 | | | | |
| 04/26/22 | (note that rate is showing as 0) Confer with Alden on possible settlement proposal; review motions to dismiss. | MCS | | | | | 0.50 |
| 04/26/22 | Preliminary research of case law supporting our arguments in response to City's motion for judgment as a matter of law. | AAT | 2.50 | | | | |
| 04/27/22 | Correspond Chris re: deadline to respond to City's motion for judgment as a matter of law and other potential post-verdict motions the City may file (.2); begin outlining response to motion for judgment as a matter of law (3.0). | AAT | 3.20 | | | | |
| 04/28/22 | Research cases cited in City's motion for judgment as a matter of law (2.0); begin drafting response to the motion (5.0). | AAT | 7.00 | | | | |
| 04/28/22 | Reviewed Defendant's Motion for JNOV and made notes; Reviewed Rule 50; Conference with Alden Thomas regarding my impressions and suggestions for response (0.9) | DNF | | 0.90 | | | |
| 04/29/22 | Continue drafting response to motion for judgment as a matter | AAT | 3.00 | | | | |

| Date | Description | Initials | | | | | |
|---|---|---|---|---|---|---|---|
| | of law, including standard of review section and arguments re: severity and pervasiveness of Graci's conduct. | | | | | | |
| 04/30/22 | Continue drafting response to motion for judgment as a matter of law (responding to arguments re: whether Graci's conduct was based on gender). | AAT | 2.00 | | | | |
| 05/01/22 | Begin reviewing trial transcripts and admitted evidence (3.0); supplement response to motion for judgment as a matter of law with citations to trial transcripts and admitted exhibits (4.5). | AAT | 7.50 | | | | |
| 05/03/22 | Continue reviewing day 2 and 3 trial transcripts and supplement response to motion for judgment as a matter of law with citations to relevant evidence in the record. | AAT | 3.80 | | | | |
| 05/04/22 | Revise response to motion for judgment at a matter of law - revise factual analysis and condense legal analysis to comply with page limit. | AAT | 4.50 | | | | |
| 05/05/22 | Complete first draft of response to motion for judgment as a matter of law and email Chris re: same (3.8); confer with Chris and Tom re: revisions to response and make additional revisions accordingly (3.8). | AAT | 7.60 | | | | |
| 05/05/22 | Review and edit Response to Motion for Directed Verdict | TSM | | | | 0.80 | |
| 05/05/22 | Review and edit Response to Motion for JMOL. | JXS | | | 1.50 | | |
| 05/06/22 | Confer with Chris and Tom re: response to motion for a matter of judgment and make additional revisions accordingly (1.5); cite check all citations to court transcripts and trial exhibits (3.0); work with assistant to finalize motion and gather all exhibits before filing (1.5). | AAT | 6.00 | | | | |
| 05/10/22 | Briefly review rules of civil procedure re: entry of judgment in light of court's order instructing clerk to not enter judgment at this time. | AAT | 0.20 | | | | |
| 05/10/22 | Confer with Alden and review post trial rules related to timing of entry of judgment. | MCS | | | | | 0.20 |
| 05/11/22 | Correspond with Chris re: detailed explanation of upcoming deadlines, process for applying for fee and cost award, and the likelihood that the City will file a renewed motion for judgment as a matter of law, motion for new trial, and motion to alter the judgment. | AAT | 0.30 | | | | |
| 05/16/22 | Review the City;s reply in support of its motion for judgment as a matter of law. | AAT | 0.30 | | | | |
| 05/16/22 | Reviewed and commeted on City's Reply Brief in support of Motion for JNOV (0.2) | DNF | | 0.20 | | | |
| 05/23/22 | Review email from opposing counsel re: Maheu request for travel expense reimbursement and correspond with Chris re: same. | AAT | 0.20 | | | | |
| 06/08/22 | Draft Chris a detailed email re: options moving forward in light of motions we anticipate the city will file after the court rules on the Rule 50(a) motion (.3); call Chris to discuss terms of fee agreement and making a settlement offer (.5). | AAT | 0.80 | | | | |

| Date | Description | Initials | | | |
|------|-------------|----------|---|---|---|
| 06/08/22 | Strategize re best approach for settlement (.3), and lengthy email to team re same. (.3) | JXS | | | 0.60 |
| 06/09/22 | Email from Alden and to Chris regarding settlement strategy. | MCS | | | 0.10 |
| 06/20/22 | Correspond with Chris, Gary, and Maria re: call to discuss settlement strategy and fee award allocation. | AAT | 0.30 | | |
| 06/21/22 | Meeting with Alden regarding strategy. | MCS | | | 0.40 |
| 06/21/22 | Email to Alden with thoughts and ideas for our fee application, including past examples. | JXS | | 0.20 | |
| 06/22/22 | Draft detailed proposal re: potential settlement options. | AAT | 1.00 | | |
| 06/23/22 | Meeting with Gary, Maria, and Alden to discuss strategy for settlement including strategy and timing for fee application and post-trial motions. (.5) Review Alden's emails related to same before meeting. (.2) | JXS | | 0.70 | |
| 06/27/22 | Meeting with Chris regarding possible settlement and fees; attempted to contact counsel for the city. | MCS | | | 1.00 |
| 06/27/22 | Call wit Chris Madsen and Maria Speth to discuss settlement proposals (1.0); email Chris re: same and breakdowns of her potential recovery (.3); email opposing counsel re: scheduling a call to discuss settlement (.1). | AAT | 1.40 | | |
| 06/28/22 | Exchange several emails with opposing counsel re: settlement discussions (.2); correspond with Christian re: same and concerns related to proceedings with EEOC (.2). | AAT | 0.40 | | |
| 06/28/22 | Telephone conference with Debora Verdier regarding settlement proposal; discussion with Alden regarding strategy. | MCS | | | 0.60 |
| 06/28/22 | Correspond with opposing counsel re: call to discuss settlement (.2). two calls with opposing counsel to discuss a potential settlement and forthcoming briefing (.4). | AAT | 0.60 | | |
| 06/30/22 | Call and email Chris to discuss settlement proposals. | AAT | 0.60 | | |
| 07/05/22 | NO CHARGE - Meeting with Alden regarding full contingent fee arrangement going forward. | MCS | | | 0.00 |
| 07/05/22 | Draft revised fee proposal. | AAT | 1.00 | | |
| 07/06/22 | Brief review of report documenting all fees and costs billed to Chris in preparation for drafting an application for fees and costs (.3); correspond with Chris re: her fee allocation proposal (.2). | AAT | 0.50 | | |
| 07/06/22 | Evaluate Chris' fee agreement proposal and draft detailed email with questions to clarify her proposal. | AAT | 0.50 | | |
| 07/07/22 | Correspond with Chris re: potential settlement proposal for splitting the award and her fees and costs paid to date. | AAT | 0.20 | | |
| 07/07/22 | Work on proposal to Chris regarding fee arrangements going forward; Telephone conference with Roger regarding same. | MCS | | | 2.00 |
| 07/10/22 | Call Chris to discuss fee split proposal, settlement options, and motions the city will file if we don't settle. | AAT | 0.50 | | |
| 07/11/22 | Draft revised fee agreement and correspond with Chris re: same. | AAT | 1.50 | | |
| 07/11/22 | Revise new fee agreement (no charge). | AAT | 0.00 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | comments to same; various emails to Alden and Maria | | | | | | | |
| 07/20/22 | Begin reviewing attorney fee bills to determine which will be | AAT | 1.50 | | | | | |
| | included in out settlement offer and/or fee application. | | | | | | | |
| 07/21/22 | Begin highlighting and annotating all billing entries | AAT | 3.00 | | | | | |
| | (approximately four years of entries) to designate entries that | | | | | | | |
| | relate to voluntarily dismissed claims against individual | | | | | | | |
| | defendants for purposes of calculating attorney's fees to be | | | | | | | |
| | incorporated into settlement offer and send detailed email to | | | | | | | |
| | Maria re: same. | | | | | | | |
| 07/26/22 | Review all bills for fees and costs related to claims against | AAT | 2.00 | | | | | |
| | individuals and claims against Chris and insert them into an | | | | | | | |
| | excel spreadsheet to calculate to the total to be deducted from | | | | | | | |
| | our settlement offer to the City (2018-2020 bills) (2.0); send | | | | | | | |
| | detailed email to Chris re: scope of bill review and whether she | | | | | | | |
| | paid any expert fees directly to incorporate such expenses into | | | | | | | |
| | the settlement offer (.2). | | | | | | | |
| 07/27/22 | Review court order regarding oral argument and Telephone | MCS | | | | | | 0.20 |
| | conference with Alden regarding settlement proposal. | | | | | | | |
| 07/27/22 | Review judge's decision (.1) and confer with Alden re same | JXS | | | 0.30 | | | |
| | (.2). | | | | | | | |
| 07/27/22 | Review all bills for fees and costs related to claims against | AAT | 3.50 | | | | | |
| | individuals and claims against Chris and insert them into an | | | | | | | |
| | excel spreadsheet to calculate to the total to be deducted from | | | | | | | |
| | our settlement offer to the City (2021-2022 bills) (2.0); | | | | | | | |
| | correspond with Chris re: oral argument for the City's motion | | | | | | | |
| | for JMOL (.2); correspond with opposing counsel re: filing joint | | | | | | | |
| | motion to reschedule oral argument in light of scheduling | | | | | | | |
| | conflicts and confer with Tom and Maria re: same (.3); brief | | | | | | | |
| | review of trial transcripts and make notes of testimony to | | | | | | | |
| | address during oral argument (1.0).. | | | | | | | |
| 07/28/22 | Complete comprehensive revisions to bills (highlighting and | AAT | 3.10 | | | | | |
| | calculating total fees and costs related to claims against | | | | | | | |
| | individuals) and draft memo to Chris re: our recommended | | | | | | | |
| | settlement offer (2.8); revise stipulation to reschedule oral | | | | | | | |
| | argument on JMOL motion and correspond with opposing | | | | | | | |
| | counsel re: same. | | | | | | | |
| 07/28/22 | Emails regarding opening settlement offer. | MCS | | | | | | 0.10 |
| 07/29/22 | Revise joint motion to reschedule oral argument on motion for | AAT | 1.20 | | | | | |
| | JMOL based upon Chris and Tom's availability and correspond | | | | | | | |
| | with opposing counsel re: same (.3); draft letter to opposing | | | | | | | |
| | counsel re: post-trial settlement offer (.5); correspond with | | | | | | | |
| | opposing counsel re: further revisions to joint motion to | | | | | | | |
| | reschedule oral argument (.2); correspond with Chris re: | | | | | | | |
| | potentially taxable costs she paid directly (.2). | | | | | | | |
| 07/30/22 | Make proposed revisions to settlement proposal to City. | MCS | | | | | | 0.30 |
| 08/01/22 | Revise letter to City re: settlement offer (.2); review order | AAT | 0.30 | | | | | |

| Date | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | rescheduling oral argument on the City's motion for JMOL. | | | | | | | |
| 08/08/22 | Correspond with opposing counsel re: confirmation of receipt of settlement offer and time line for when claims committee will be meeting; email Chris re: same. | AAT | 0.20 | | | | | |
| | media coverage. | | | | | | | |
| 08/26/22 | Review FAA regulations re: discrimination and evaluate potentially taking case to media for settlement purposes and correspond with Chris re: her questions re: same (NC); begin outlining oral responses to questions presented in the order setting oral argument on the City's motion for JMOL (3.5). | AAT | 3.50 | | | | | |
| 08/29/22 | Review trial transcripts from Madsen's case in chief and continue drafting outline for oral argument on the City's motion for JMOL. | AAT | 1.80 | | | | | |
| 08/30/22 | Continue preparing for oral argument on the City's JMOL motion, including reading and notating trial transcripts, drafting outline, and begin creating power point to respond to the judge's questions listed in the order setting oral argument. | AAT | 6.00 | | | | | |
| 08/31/22 | Confer with law clerk re: comparing the City's citations to unofficial trial transcripts in its motion for JMOL to the official trial transcripts in preparation for oral argument (.2); correspond with Chris re: her answers to questions the court asked us to address at the JMOL oral argument and other related matters (.3); continue reviewing trial transcripts and outlining arguments for JMOL oral argument (4.0). | AAT | 4.50 | | | | | |
| 08/31/22 | Correspond with Chris re: her various questions re: upcoming JMOL oral argument and review her answers to questions presented by Judge Snow to be addressed at oral argument. | AAT | 0.30 | | | | | |
| 08/31/22 | Call with Alden to discuss project details. | GXT | | | | | | | 0.20 |
| 09/01/22 | Continue reviewing trial transcripts and revise JMOL oral argument outline with citations to supporting testimony. | AAT | 2.00 | | | | | |
| 09/03/22 | Compared trial transcript to JMOL and created a spreadsheet with arguments in JMOL and their respective trial transcipt cites. | GXT | | | | | | | 4.20 |
| 09/04/22 | Continue reviewing trial transcripts and revising JMOL oral argument outline and power point with relevant citations thereto. | AAT | 5.00 | | | | | |
| 09/04/22 | Compared trial transcript to JMOL and added arguments from trial transcript and their respective cites to spreadsheet. | GXT | | | | | | | 3.00 |
| 09/05/22 | Complete review of trial transcripts and admitted exhibits and continue drafting outline and powerpoint for oral argument on the City's motion for judgment as a matter of law. | AAT | 7.50 | | | | | |
| 09/05/22 | Compared trial transcript to JMOL and added arguments from trial transcript and their respective cites to spreadsheet. | GXT | | | | | | | 1.50 |
| 09/06/22 | Continue drafting outline and power point for oral argument on the City's motion for judgment as a matter of law and workshop presentation with Maria, Tom, and Jeff. | AAT | 9.20 | | | | | |

| Date | Description | Initials | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|------|-------------|----------|------|------|------|------|------|------|------|------|
| 09/06/22 | Assist Alden with preparation for oral argument. | MCS | | | | | | | | 2.20 |
| 09/06/22 | Meeting with Alden, Tom, and Maria to give advice to Alden on her upcoming oral argument and review her PowerPoint. | JXS | | | | 2.50 | | | | |
| 09/06/22 | Assist Ms. Thomas to prepare for oral argument by review of power point slides and mock argument with Ms. Thomas | TSM | | | | | 2.40 | | | |
| 09/07/22 | Final preparation and revisions to powerpoint for oral argument on the City's motion for JMOL (6.0); travel to and attend oral argument (2.5); debrief with Chris afterwards (2.0). | AAT | 10.50 | | | | | | | |
| 09/09/22 | Draft notice of filing powerpoint presentation from oral argument on the City's motion for JMOL. | AAT | 0.20 | | | | | | | |
| 09/13/22 | Briefly review the City's notice of filing powerpoint from JMOL oral argument and correspond with Chris re: same. | AAT | 0.30 | | | | | | | |
| 09/13/22 | Review the City's notice of filing powerpoint from oral argument for its motion for JMOL. | AAT | 0.30 | | | | | | | |
| 10/04/22 | Correspond with Chris re: case status. | AAT | 0.20 | | | | | | | |
| 10/18/22 | Read court's order and begin research in support of motion for attorney fees | MCS | | | | | | | | 0.90 |
| 10/19/22 | Review bills from beginning of case and mark additional entries that should be deleted as not related to prevailing claims. | MCS | | | | | | | | 0.80 |
| 10/20/22 | Continue removing duplicative effort entries and entries related to claims against individuals and against client for task-based itemized statement of fees for application for attorney fees. | MCS | | | | | | | | 0.90 |
| 10/21/22 | Draft detailed email to Chris re: our application for fees and costs and next steps to complete the application (.3): continue drafting fee application (analysis of Kerr factors) (1.3) | ATT | 1.6 | | | | | | | |
| 10/21/22 | Continue to work on eliminating duplicates and time spent on individual's claims | MCS | | | | | | | | 3.7 |
| 10/21/22 | Begin drafting my declaration in support of application for attorney fees | MCS | | | | | | | | 0.4 |
| 10/21/22 | Correspond with opposing counsel re: meet and confer re: application for attorney's fees and costs. | AAT | 0.2 | | | | | | | |
| 10/23/22 | Continue drafting application for attorney's fees and costs, including researching jury verdicts in similar cases, case law addressing prevailing market rates, etc. pursuant to LRCiv 54.2 | AAT | 2.3 | | | | | | | |
| 10/24/22 | Work on application for attorney fees, specifically on eligibility and entitlement sections | MCS | | | | | | | | 2.2 |
| 10/24/22 | Revise application for attorney's fees and costs (analysis of Kerry factors evaluating reasonableness of request). | AAT | 2.0 | | | | | | | |
| 10/25/22 | Work on reasonableness section of motion for attorneys fees | MCS | | | | | | | | 1.3 |
| 10/25/22 | Work on declarations (.7) and itemized detailed statement of time (1.4) | MCS | | | | | | | | 2.1 |
| 10/25/22 | Prepare taxable cost application including identifying transcript invoices | MCS | | | | | | | | 0.6 |
| 10/25/22 | Prepare first draft of Statement of Consultation | MCS | | | | | | | | 0.3 |
| 10/25/22 | Make substantial revisions to application for fees and costs, including citations to additional authority supporting | AAT | 3.6 | | | | | | | |

| Date | Description | Init | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | reasonableness of fees, explanation of settlement discussions, | | | | | | | | | |
| | and the City's unsuccessful motion practice (2.3); confer with | | | | | | | | | |
| | Chris re: her recollection of settlement discussions with the | | | | | | | | | |
| | City and discussions with Kraig re: same (.3); research local | | | | | | | | | |
| | rule re: judgment requiring notation of interest rate and | | | | | | | | | |
| | research best way to request that the court modify the | | | | | | | | | |
| | judgment to include same (.7); brief supplemental research re: | | | | | | | | | |
| | recoverable non-taxable costs (.3). | | | | | | | | | |
| 10/26/22 | Meet and confer with Chrisanne Gultz. | MCS | | | | | | | | 0.2 |
| 10/26/22 | Work on detailed description of tasks for motion for attorney fees. | MCS | | | | | | | | 0.3 |
| 10/26/22 | Work on certification of consultation. | MCS | | | | | | | | 0.3 |
| 10/26/22 | Confer with Maria Speth re strategy and issues to raise during meet | AAT | 0 | | | | | | | |
| | and confer with opposing counsel re application for attorney's fees | | | | | | | | | |
| | and participate in meet and confer (N/C) | | | | | | | | | |
| 10/26/22 | Separate taxable from non-taxable costs; set up process for legal | MCS | | | | | | | | 0.9 |
| | assistant to match receipts to entries on spreadsheet and to find | | | | | | | | | |
| | additional receipts and add entries for all receipts. | | | | | | | | | |
| 10/27/22 | Review list of non-taxable costs for exhibit to motion for attorney fees. | MCS | | | | | | | | 0.3 |
| 10/27/22 | Make minor revisions to motion for attorney fees. | MCS | | | | | | | | 0.2 |
| 10/27/22 | Review calculation of costs to be attached to application for | AAT | 1.0 | | | | | | | |
| | fees and costs, determine which costs are missing, identify | | | | | | | | | |
| | corresponding receipts, quantify costs, and confer with Maria | | | | | | | | | |
| | re: same (.8); email Chris an update re: meet and confer with | | | | | | | | | |
| | opposing counsel and status on application for fees and costs | | | | | | | | | |
| | (.2). | | | | | | | | | |
| 10/28/22 | Correspond with Chris re: additional costs to include in | AAT | 1.0 | | | | | | | |
| | application for fees and costs (.2); research whether parties | | | | | | | | | |
| | who are witnesses at files are entitled to witness fees that | | | | | | | | | |
| | qualify as taxable costs (.8). | | | | | | | | | |
| 10/28/22 | Add additional invoices located by assistants to taxable cost | MCS | | | | | | | | 0.3 |
| | application. | | | | | | | | | |
| 10/28/22 | Begin drafting Alden Thomas declaration in support of motion for | MCS | | | | | | | | 2.6 |
| | attorney fees. | | | | | | | | | |
| 10/30/22 | Continue drafting Alden declaration in support of motion for | MCS | | | | | | | | 0.6 |
| | attorney fees. | | | | | | | | | |
| 10/31/22 | Review Bullock's invoice for expert witness services, review | AAT | 0.5 | | | | | | | |
| | our billing entries for time spent with her preparing and | | | | | | | | | |
| | attending her deposition and trial, and send her detailed email | | | | | | | | | |
| | re: same. | | | | | | | | | |
| 10/31/22 | Review response from City regarding amount of attorney fees | MCS | | | | | | | | 1.0 |
| | requested, which included extensive highlights of entries the | | | | | | | | | |
| | City disputes (..5); Final revisions of Alden Thomas declaration | | | | | | | | | |
| | in support (.3); Revise my declaration in support (.2). | | | | | | | | | |
| 10/31/22 | Review and revise Thomas declaration to be submitted with | AAT | 3.4 | | | | | | | |
| | application for fees and costs (1.3); review application for | | | | | | | | | |
| | taxable costs to confirm all applicable costs have been | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | included (.2); draft motion to correct the judgment, including supplemental research re: potential applicability of rule 60 to requested relief should the court determine rule 59 does not apply. | | | | | | | |
| 10/31/22 | Final review of taxable cost application; sign cost application; review exhibits. | MCS | | | | | | 0.3 |
| 10/31/22 | Review and revise motion to correct or amend judgment to add post judgment interest; email to Alden regarding including proposed amended judgment. | MCS | | | | | | 0.2 |
| 10/31/22 | Correspond with Chris re purpose of motion to correct judgment. | AAT | 0.2 | | | | | |
| 10/31/22 | Draft propsoed amended judgment. | AAT | 0.2 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | AAT | DNF | KJM | JXS | TSM | MCH | MCS | GXT |
|---|---|---|---|---|---|---|---|---|---|
| | | 983.2 | 73.8 | 184.4 | 17.6 | 187.6 | 64.1 | 28 | 8.9 |
| | | | | | | | | | |
| | | $275.00 | $325.00 | $450.00 | $300.00 | $400.00 | $150.00 | $450.00 | $100.00 |
| | | | | | | | | | |
| | | $270,380.00 | $23,985.00 | $82,980.00 | $5,280.00 | $75,040.00 | $9,615.00 | $12,600.00 | $890.00 |
| | | | | | | | | | |
| | | $480,770.00 | | | | | | | |

EXHIBIT B2

**SUMMARY OF COSTS AND EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 01/01/19 | Process Service 12-20-18/ KMR/ rush service of process upon City of Phoenix / invoice 18-11254-130350 | 77.00 |
| 11/08/19 | Larry D. Stokes, Ph.D. - File review, case management, research, analysis, report preparation | 3,100.00 |
| 02/17/20 | Larry D. Stokes, Ph.D. - File review, case management, research, analysis, report preparation | 1,500.00 |
| 05/21/20 | Revolutionary HR Consulting - Document review, client meetings, tech assessment | 3,450.00 |
| 06/01/20 | Delivery services/Messengers 5-27-2020/ PAG/ delivery by messenger to Christy Gomez, Laveen AZ / invoice az194877 Manning & Kass / Moodys invoice 100284 | 57.50 |
| 03/30/22 | HR Execpro - Expert witness services by Laura Ingegneri | 3,337.50 |
| 04/01/22 | American Airlines - Tyler Maheu to Phx | 388.11 |
| 04/01/22 | American Airlines - Tyler Maheu to Raleigh | 567.51 |
| 04/14/22 | Airfare Airfare for client trial witness Sue Ellen Bullock to/from Birmingham, AL to Phoenix, AZ, April 19-21, 2022 | 1,549.35 |
| 04/19/22 | Lodging while in Phoenix, AZ for trial witness Sue Ellen Bullock. 4/19/2022 | 425.50 |
| 07/01/22 | Transcript JJB - March500, Inc., Court Reporter's Transcripts of Proceedings, Jury Trial Day 1, 2, 3, & 4 regarding Madsen v City of Phoenix | 1,342.85 |
| 07/01/22 | Transcript JJB - H.E.O. Reporting, Inc., Court Reporter's Transcripts of Proceedings, 4-21-22, regarding Madsen v City of Phoenix | 279.50 |
| 07/01/22 | Trial Transcript JJB - CMCC Reporting Company, Court Reporter's Transcripts of Proceedings, Jury Trial Day 1 & 2 (PM sessions) regarding Madsen v City of Phoenix | 497.90 |
| 10/17/22 | Transcript Report's Transcript of Proceedings, Motion Hearing 9/07/22 - invoice 100 | 50.40 |
| 10/31/22 | Sue Ellen Bullock expert invoice | 4,985.33 |
| | | 21,608.45 |

# DL Investigations & Attorney Support, LLC

# Invoice

**Patrick Smallwood**
**7501 N. 16th Street,  Ste 200**
**Phoenix, AZ 85020**
**FEIN #:  80-0001540**

| Date | Invoice # |
|------|-----------|
| 12/31/2018 | 18-11254 |

| Bill To |
|---------|
| JABURG & WILK, P.C.<br>3200 N. CENTRAL AVE., STE 2000<br>PHOENIX AZ 85012 |

| Case Caption |
|--------------|
| CHRISTINA MADSEN<br>v.<br>CITY OF PHOENIX |

| Certificate # | Billing/File # | Case # | Attorney |
|---------------|----------------|--------|----------|
| 130350 | 20271-1 | NONE | KJM |

| Description | Qty | Amount |
|-------------|-----|--------|
| 12/20/18 For KIM R. | | |
| Pick Up & Serve | | 24.00 |
| Service of Process-CITY OF PHOENIX-NOTICE OF CLAIM | | 16.00 |
| Certificate Preparation | | 12.00 |
| Rush Service of Process | 0.5 | 25.00 |

| | **Total** | $77.00 |
|--|-----------|--------|

Thank you!  Due upon receipt.  Balances over 30 days subject to 1 1/2% per month.

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 602-285-9901 | 602-285-0445 | psmallwood@dlinvestigationsllc.com | www.dlinvestigationsllc.com |



Larry D. Stokes, Ph.D.
Michael J. Stokes, MBA.

Tax ID:  86-0900932

**INVOICE**
**20016**

February 17, 2020

602-248-1017

Kraig J. Marton
Jaburg & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, AZ  85012

**Client:  Madsen**

| Date | Hours/ Units | Description | Cost | Amount |
|------|------|-------------|------|--------|
| 02/14/20 | 0.25 | File Review - Case Management | $400.00 | $100.00 |
| 02/14/20 | 0.25 | Research | 400.00 | 100.00 |
| 02/14/20 | 0.25 | Data Entry - Programming | 400.00 | 100.00 |
| 02/14/20 | 1.00 | Analysis | 400.00 | 400.00 |
| 02/17/20 | 0.25 | Research | 400.00 | 100.00 |
| 02/17/20 | 0.50 | Analysis | 400.00 | 200.00 |
| 02/17/20 | 1.25 | Report Preparation | 400.00 | 500.00 |

**TOTAL DUE UPON RECEIPT:**     **$1,500.00**

βετα Business Consulting, LLC
10575 North 114th Street, Suite 103  Scottsdale, Arizona 85259
Tel (480) 551-9680     Fax (480) 551-2184
e-mail: ldstokes45@gmail.com  &  mjstokes73@gmail.com

Invoice

# Revolutionary HR Consulting

15508 W. Bell Rd ste 101
#531
AZ 85374

Phone #    6028199760        CEO@revolutionaryhrconsulting.com

| Date | Invoice # |
|------|-----------|
| 5/21/2020 | DP-002 |

| Bill To |
|---------|
| Jaburg Wilk Attorneys at Law<br>Alden Thomas<br>3200 N. Central Ave #2000<br>Phoenix, AZ 85012 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 17.25 | Document review, client meetings, tech assessment in case of Madsen v. City of Phoenix | 200.00 | 3,450.00 |

Thank you.

| | Total | $3,450.00 |
|--|-------|-----------|

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999  F (213) 249-9990
www.nationwideasap.com

# NATIONWIDE LEGAL

| ACCOUNT NO: | BILLING DATE: | CONTROL #: |
|---|---|---|
| AZ2083 | May 28, 2020 | AZ194877 |

Bill To:
**JABURG & WILK, P.C**
**3200 N. Central Avenue 20th Floor**
**Phoenix, AZ 85012**

**Patricia Gentry**
**(602) 248-1000**
pag@jaburgwilk.com
**REF: Madsen**
**Case No:**
**POD Date: 5/27/2020**



Delivery Date/Time: 5/27/2020  4:10 PM

Delivered to:
        5317 South 51st Drive
        Laveen, AZ

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Delivery | | | 57.50 |
| Description:<br>Special Instructions: | | | |
| | | TOTAL DUE | $ 57.50 |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | CONTROL #: |
|---|---|---|
| AZ2083 | May 28, 2020 | AZ194877 |

Remit To:

Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015

TOTAL DUE:        $  57.50

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

Service Type: 11 - RUSH DELIVERY - 3 HOUR                    Order#:AZ194877-01/INVOICEPa



**HR EXECPRO**
The HR Experts

PO BOX 26585
SCOTTSDALE, AZ  85255

602-316-8446

# Invoice

Billed to:

Jaburg Wilk Law Firm

3200 North Central, Suite 2000

Phoenix, AZ 85012

Invoice #EW0040

Invoice Date:  March 30, 2022

| | Hourly Fee | Hours | Total | Total Due |
|---|---|---|---|---|
| Expert Witness Services by Laura Ingegneri | | | | |
| Legal Matter:  Madsen v. City of Phoenix | | | | |
| | | | | |
| Preparation for Trial | $225.00 | 9 | $2025.00 | |
| Travel time to Trial | $225.00 | 1.5 | $337.50 | |
| Trial Testimony | $325.00 | 3 | $975.00 | |
| | | | | |
| Total Due | | | | $3337.50 |

Make checks payable to:

HR EXECPRO, LLC

PO BOX 26585

SCOTTSDALE, AZ  85255

602-316-8446

TAX ID #84-2203994

laura@hrexecpro.com

 Gmail

**Tyler Maheu <tyler.maheu@gmail.com>**

---

**View your flight details for your Phoenix trip**
1 message

---

**Capital One** <capitalone@capitalonebooking.com>                    Fri, Apr 1, 2022 at 1:51 PM
To: Tyler Maheu <tyler.maheu@gmail.com>



# Pack your bags for Phoenix!

## Check out your full receipt with flight and passenger details below.

### YOUR CONFIRMATION CODES

American Airlines                                ELAGUP

Capital One Travel                            H-ELAZJX



---

Outbound to Phoenix                          Main Cabin
April 19, 2022                               6h 34m  1 stop

American Airlines - AAAA 1895

Raleigh/Durham                                 Charlotte
**RDU**  ✈ ————————•  **CLT**

11:11 a.m.                  1h 3m              12:14 p.m.

58m layover in Charlotte

 American Airlines - AAAA 507

**Charlotte**

# CLT



**Phoenix**

# PHX

1:12 p.m.

4h 33m

2:45 p.m.

## Fare Details

**Tyler Maheu**

| | |
|---|---|
| Base Fare: | $340.47 |
| Taxes and Fees: | $47.64 |

*Ticket #: 0017756983354*
*Known Traveler #: 150029051*

| **Total** | **US$ 388.11** |
|---|---|

| Card Payment from Capital One Venture X Visa *2950 | $388.11 |
|---|---|

## Payment Info

 Capital One Venture X Visa *2950
••••2950
Tyler Maheu
7/2026

## Airline Fare Rules

 Cancelation and Changes:     Fees vary for this booking

Change/cancellation fees are per passenger and set by the airline. In addition to a change fee, the airline may charge a fare difference to modify your flight. Fees and policies may change at the airline's discretion.



**Get up to $300 in credits annually.**

This purchase may count toward your annual Capital One Travel credit. If eligible, the credit should appear in your account within 1-7 business days, though it may take up to 2 billing cycles after purchase.

Remember, as a Venture X cardholder, you're eligible to receive up to $300 in statement credits each year for purchases made through Capital One Travel.

## Helpful Links

[Cancel or Change Booking](#)

[Check In with American Airlines](#)

[American Airlines Baggage Fees](#)

[Frequently Asked Questions](#)

[Terms and Conditions](#)



**Your flight has free price drop protection.**
Capital One Travel will monitor your flight for 10 days. If the price drops, you'll get a refund of up to a US$50.00 value back to your original payment method.* [View Terms and Conditions.](#)

**Important Information from Capital One**

[Contact Us](#) | [Privacy](#) | [Help Prevent Fraud](#)

Please note that most airlines charge fees to modify or cancel your booking. As their agent, Capital One Travel is required to collect fees on their behalf when you change or cancel your flight.

Departing from the U.S.? In most cases, after you've booked, you have until 11:59 p.m. ET the next business day to cancel this booking without charge.

Modifications to your booking are available at the sole discretion of the airline. Cancellations and changes may not be permitted per the airline's fare rules and policies.

This booking is non-refundable. Tickets cannot be transferred to a different traveler.

This booking will be charged in USD. Airlines may also charge additional fees for checked baggage, seat selection or other optional services.

Flying internationally? International trips may require special travel documentation. Your connection airport may require a transit visa for a stopover or aircraft change in that country. See your government's regulations regarding passport and visa requirements. Your I.D., travel documents and the passenger details on your booking must match exactly. Capital One Travel is not liable if you are unable to fly due to improper, incomplete or incorrect travel I.D. or visas.

Airlines may not permit name changes after booking.

By booking this trip, you agree to the airline's fare rules, the airline's change and cancellation policies, and Capital One Travel's Terms and Conditions, including our privacy policy.

To ensure delivery, add capitalone@capitalonebooking.com to your address book.

This email was sent to tyler.maheu@gmail.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Capital One Travel may be unavailable during normal maintenance or due to unforeseen circumstances.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit http://www.capitalone.com/support-center/contact-us.

Products and services are offered by Capital One Bank (USA), N.A., and Capital One, N.A.

© 2021 Capital One. Capital One is a federally registered service mark.

 Gmail

Tyler Maheu <tyler.maheu@gmail.com>

---

**View your flight details for your Raleigh/Durham trip**
1 message

---

**Capital One** <capitalone@capitalonebooking.com>                Fri, Apr 1, 2022 at 2:03 PM
To: Tyler Maheu <tyler.maheu@gmail.com>



# Pack your bags for Raleigh/Durham!

### Check out your full receipt with flight and passenger details below.

YOUR CONFIRMATION CODES

American Airlines                    LXRPHU

Capital One Travel                   H-DOVOZV



---

Outbound to Raleigh/Durham                        Main Cabin
April 20, 2022                              5h 49m  1 stop

---

 American Airlines - AAAA 979

Phoenix                                          Charlotte
**PHX**          ✈————————●          **CLT**

12:22 p.m.                4h 2m                7:24 p.m.

53m layover in Charlotte

 American Airlines - AAAA 1645

| | | |
|---|---|---|
| **Charlotte** | | **Raleigh/Durham** |
| **CLT** |  | **RDU** |
| 8:17 p.m. | 54m | 9:11 p.m. |

## Fare Details

**Tyler Maheu**

| | |
|---|---|
| Base Fare: | $449.30 |
| Taxes and Fees: | $55.80 |

*Ticket #: 0017756983432*
*Known Traveler #: 150029051*

| | |
|---|---|
| Seat Selection | $62.41 |
| **Total** | **US$ 567.51** |

| | |
|---|---|
| Card Payment from Capital One Venture X Visa *2950 | $567.51 |

## Payment Info

 Capital One Venture X Visa *2950
••••2950
Tyler Maheu
7/2026

## Seat Selection

**Phoenix to Charlotte**

| | |
|---|---|
| Tyler Maheu: 17F | $36.85 |

**Charlotte to Raleigh/Durham**

Tyler Maheu: 6A                                      $25.56

**Total**                                     **US$ 62.41**

## Airline Fare Rules

 Cancelation and Changes:                Fees vary for this
                                                        booking

Change/cancellation fees are per passenger and set by the airline. In addition to a change fee, the airline may charge a fare difference to modify your flight. Fees and policies may change at the airline's discretion.



### Get up to $300 in credits annually.

This purchase may count toward your annual Capital One Travel credit. If eligible, the credit should appear in your account within 1-7 business days, though it may take up to 2 billing cycles after purchase.

Remember, as a Venture X cardholder, you're eligible to receive up to $300 in statement credits each year for purchases made through Capital One Travel.

## Helpful Links

Cancel or Change Booking

Check In with American Airlines

American Airlines Baggage Fees

Frequently Asked Questions

Seat Selection

Terms and Conditions

**Important Information from Capital One**

Contact Us | Privacy | Help Prevent Fraud

Please note that most airlines charge fees to modify or cancel your booking. As their agent, Capital One Travel is required to collect fees on their behalf when you change or cancel your flight.

Departing from the U.S.? In most cases, after you've booked, you have until 11:59 p.m. ET the next business day to cancel this booking without charge.

Modifications to your booking are available at the sole discretion of the airline. Cancellations and changes may not be permitted per the airline's fare rules and policies.

This booking is non-refundable. Tickets cannot be transferred to a different traveler.

This booking will be charged in USD. Airlines may also charge additional fees for checked baggage, seat selection or other optional services.

Flying internationally? International trips may require special travel documentation. Your connection airport may require a transit visa for a stopover or aircraft change in that country. See your government's regulations regarding passport and visa requirements. Your I.D., travel documents and the passenger details on your booking must match exactly. Capital One Travel is not liable if you are unable to fly due to improper, incomplete or incorrect travel I.D. or visas.

Airlines may not permit name changes after booking.

By booking this trip, you agree to the airline's fare rules, the airline's change and cancellation policies, and Capital One Travel's Terms and Conditions, including our privacy policy.

To ensure delivery, add capitalone@capitalonebooking.com to your address book.

This email was sent to tyler.maheu@gmail.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Capital One Travel may be unavailable during normal maintenance or due to unforeseen circumstances.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit http://www.capitalone.com/support-center/contact-us.

Products and services are offered by Capital One Bank (USA), N.A., and Capital One, N.A.

© 2021 Capital One. Capital One is a federally registered service mark.

⊘ A confirmation email has been sent to: **accounting@jaburgwilk.com**

## Trip information

Confirmation number:

# MJGY15

Birmingham, AL, US (BHM) to Phoenix, AZ, US (PHX)

## Purchase summary

| | |
|---|---|
| 1 Senior (65+) | $617.20 |
| Taxes and fees | $69.89 |

| | |
|---|---|
| 1 senior (65+): | $69.89 /person |
| U.S. Transportation Tax | $46.29 |
| U.S. Passenger Facility Charge | $4.50 |
| U.S. Flight Segment Tax | $4.50 |
| September 11th Security Fee | $5.60 |
| U.S. Passenger Facility Charge | $4.50 |
| U.S. Flight Segment Tax | $4.50 |

Additional services

| | | |
|---|---|---|
| Trip insurance | (Billed separately by ) | $44.66 |
| **Total** | | **$731.75** |

Credit card payment: $687.09 (American Express-**8006) Billed by United

Credit card payment: $44.66 (American Express-**8006) Billed by

## Trip summary

Tuesday, April 19, 2022

| 9:07 am ✈ 1:20 pm | 1 Connection |
|---|---|
| Birmingham, AL, US (BHM)    Phoenix, AZ, US (PHX) | 6h 13m total |

| **Birmingham, AL, US (BHM) to Houston, TX, US (IAH)** | United First (D) |
|---|---|
| 9:07 am - 11:15 am (2h 8m) | Meals are not offered for this flight |

UA 6049 | Embraer 175

Operated By MESA AIRLINES DBA UNITED EXPRESS

⚠ Change of Terminal
Terminal change

- - - - - - - - - 1h 5m connection - - - - - - - - -

| **Houston, TX, US (IAH) to Phoenix, AZ, US (PHX)** | United First (D) |
|---|---|
| 12:20 pm - 1:20 pm (3h) | Snack |

UA 1298 | Boeing 737-900

(!) Change of Terminal
Terminal change

## Travelers

Sue Ellen Bullock

| | | |
|---|---|---|
| | BHM to IAH | 1A |
| | IAH to PHX | 5B |
| | | |
| | Date of birth: | 6/20/1945 |
| | Gender:   F | |

## Important travel information

The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security (http://www.united.com/web/en-US/content/news/travelnoticesecurity.aspx) page.

Any changes to your flight reservations may incur additional charges.

Airlines require government issued photo identification upon check-in, such as a driver's license or passport.

Passport, visa and health requirements (http://www.united.com/web/en-US/content/travel/destination/international/passport.aspx) may apply for this itinerary. Each passenger must ensure that he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage (http://www.united.com/web/en-US/content/contract.aspx) . Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State (http://www.travel.state.gov/)

~$MOBILEPASS$~

Please read important information governing airline baggage liability limitations (http://www.united.com/web/en-US/content/travel/baggage/liability.aspx) .

You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.

Special services are on a request basis and cannot be guaranteed.

Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.

The price displayed includes up to a 7.5% U.S. Federal Transportation Tax on the base amount of the fare on itineraries wholly within the U.S. This tax also applies to certain itineraries between the U.S. and Canada or Mexico. You will not earn PQP or miles for the full amount of the displayed price for these itineraries because the U.S. Federal Transportation tax is not eligible to earn PQP or miles.

Mileage accrued will vary depending on the terms and conditions of your frequent flyer program. United MileagePlus mileage accrual and other benefits of MileagePlus associated with air travel are subject to the rules of the MileagePlus program.

The award miles and Premier qualifying dollars displayed are calculated using the base fare and any applicable carrier-imposed surcharges for the itinerary. The initial calculation of MileagePlus earnings in the flight search results may be different than the final calculation shown on the Review Trip Itinerary page.

Important baggage information

## Carry-on baggage allowed

United accepts the following items, per customer to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters
- One personal item (such as a shoulder or laptop bag).

A confirmation email has been sent to: **sebullock1@gmail.com**

## Trip information

Confirmation number:

# MKNT8H

Phoenix, AZ, US (PHX) to Birmingham, AL, US (BHM)

## Purchase summary

| | |
|---|---|
| 1 Senior (65+) | $610.24 |
| Taxes and fees | $69.36 |

| | |
|---|---|
| 1 senior (65+): | $69.36 /person |
| U.S. Transportation Tax | $19.67 |
| U.S. Transportation Tax | $26.09 |
| U.S. Passenger Facility Charge | $4.50 |
| U.S. Flight Segment Tax | $4.50 |
| September 11th Security Fee | $5.60 |
| U.S. Passenger Facility Charge | $4.50 |
| U.S. Flight Segment Tax | $4.50 |

### Additional services

| | |
|---|---|
| Economy Plus | $138.00 |

| | |
|---|---|
| PHX to IAH | Sue Ellen Bullock |
| IAH to BHM | Sue Ellen Bullock |

| **Total** | **$817.60** |
|---|---|

Credit card payment: $817.60 (American Express-**8006)

## Trip summary

Thursday, April 21, 2022

| 2:23 pm → 9:47 pm | 1 Connection |
|---|---|
| Phoenix, AZ, US (PHX)   Birmingham, AL, US (BHM) | 5h 24m total |

| Phoenix, AZ, US (PHX) to Houston, TX, US (IAH) | United Economy (Q) |
|---|---|
| 2:23 pm - 6:55 pm (2h 32m) | Snacks for Purchase |

**UA 1976** | Boeing 737-900

⚠ Change of Terminal
Terminal change

- - - - - - - - - - - - - - - - - - - - 1h connection - - - - - - - - - - - - - - - - - - - -

| Houston, TX, US (IAH) to Birmingham, AL, US (BHM) | United Economy (E) |
|---|---|
| 7:55 pm - 9:47 pm (1h 52m) | |

UA 6051 | Embraer 175

Meals are not offered for
this flight

Operated By MESA AIRLINES DBA UNITED EXPRESS

(!) Change of Terminal
Terminal change

---

## Travelers

Sue Ellen Bullock

PHX to IAH          8F          Economy Plus®
IAH to BHM          9D          Economy Plus®

Date of birth:      6/20/1945
Gender:    F

---

Important travel information

The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security (http://www.united.com/web/en-US/content/news/travelnoticesecurity.aspx) page.

Any changes to your flight reservations may incur additional charges.

Airlines require government issued photo identification upon check-in, such as a driver's license or passport.

Passport, visa and health requirements (http://www.united.com/web/en-US/content/travel/destination/international/passport.aspx) may apply for this itinerary. Each passenger must ensure that he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage (http://www.united.com/web/en-US/content/contract.aspx) . Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State (http://www.travel.state.gov/)

~$MOBILEPASS$~

Please read important information governing airline baggage liability limitations (http://www.united.com/web/en-US/content/travel/baggage/liability.aspx) .

You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.

Special services are on a request basis and cannot be guaranteed.

Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.

The price displayed includes up to a 7.5% U.S. Federal Transportation Tax on the base amount of the fare on itineraries wholly within the U.S. This tax also applies to certain itineraries between the U.S. and Canada or Mexico. You will not earn PQP or miles for the full amount of the displayed price for these itineraries because the U.S. Federal Transportation tax is not eligible to earn PQP or miles.

Mileage accrued will vary depending on the terms and conditions of your frequent flyer program. United MileagePlus mileage accrual and other benefits of MileagePlus associated with air travel are subject to the rules of the MileagePlus program.

The award miles and Premier qualifying dollars displayed are calculated using the base fare and any applicable carrier-imposed surcharges for the itinerary. The initial calculation of MileagePlus earnings in the flight search results may be different than the final calculation shown on the Review Trip Itinerary page.

Important baggage information

# Carry-on baggage allowed

United accepts the following items, per customer to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters

- One personal item (such as a shoulder or laptop bag).

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com/baggage (https://www.united.com/web/en-US/content/travel/baggage/default.aspx) .

To determine the checked baggage allowance and service charges for each traveler, please check your eTicket receipt sent to the email address you provided.



Booked: Online - Monday, April 18, 2022 11:37:56 AM -07:00

| Phoenix | CHECK-IN |
|---------|----------|
| **Hyatt Place Phoenix / Downtown** | 4/19/22 |
| 150 W ADAMS ST, Phoenix, AZ, 85007, United States | CHECK-OUT |
| +16023884888 | 4/21/22 |

NUMBER OF NIGHTS
2

Hotels.com Confirmation Number:     9172178735154
Number of rooms:     1

## Billing Address

**Billing Name**                    Gary Jaburg

**Company details**

## Booking Details

**Room, 1 King Bed with Sofa bed - Partner Rate 0-3**    Sue Ellen Bullock
**Days**

**Cancellation Policy**
- If you change or cancel this booking you'll be charged for 1 night (including tax).
We're unable to refund any payment for no-shows or early checkout.

## Payment details

| Charges | USD – $ |
|---------|---------|
| **Room, 1 King Bed with Sofa bed - Partner Rate 0-3 Days** | |
| Tuesday, April 19, 2022 | $189.00 |
| Wednesday, April 20, 2022 | $189.00 |
| Sub-total | $378.00 |
| Tax recovery charges and service fees | $47.50 |

| Total | $425.50 |
|---|---|
| Amount paid | $425.50 |

Payment Method                                          American Express
Card number                                             XXXXXXXXXXXX8006

You were charged for this booking.

Any additional charges and fees incurred during your stay will be charged in your hotel's local currency and may be subject to a foreign exchange fee.

## Your Receipt

This receipt was printed on: **Monday, April 18, 2022 11:54:57 AM -07:00**

This is not a VAT invoice.

Retain this copy for statement verification.

Please note that if you make changes in your booking, they could result in charges applicable by policy and availability.

Your booking confirmation acts as payment proof. Therefore, the "tax" charges referred to on your booking confirmation do not relate to VAT charged to you by Hotels.com, but to any transaction taxes incurred by Hotels.com (e.g., sales and use, hotel occupancy tax, excise tax, etc.) that Hotels.com pay directly to the hotel in relation to your booking.

Please see the website for Terms and Conditions: https://www.hotels.com/customer_care/terms_conditions.html

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the

INVOICE 43

**MAKE CHECKS PAYABLE TO:**

Alden A. Thomas
JABURG & WILK, P.C.
3200 N. Central Avenue
Suite 2000
Phoenix, AZ 85012
(602) 248-1010
aat@jaburgwilk.com

TERI VERES
March500, Inc.
24654 N. Lake Pleasant Parkway
Suite 172
Peoria, AZ 85383
(602) 322-7251
teri_veres@azd.uscourts.gov

| \_\_ CRIMINAL    ☒ CIVIL | DATE ORDERED: 04-28-2022 | DATE DELIVERED: 05-01-2022 |
|---|---|---|

In the matter of: 2:19-CV-03182-GMS, MADSEN v CITY OF PHOENIX

Reporter's Transcript of Proceedings
Jury Trial Day 1 - AM Session - 116 pgs.
Jury Trial Day 2 - AM Session - 115 pgs.
Jury Trial Day 3 - AM Session - 81 pgs.
Jury Trial Day 4 - 133 pgs.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | 199 | 5.45 | 1084.55 | 246 | 1.05 | 258.30 | | | | 1342.85 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |

| | |
|---|---|
| **Subtotal** | 1342.85 |
| Less Discount for Late Delivery | |
| Tax (If Applicable) | |
| Less Amount of Deposit | |
| Total Refund | |
| **Total Due** | 1342.85 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s/Teri Veres | DATE: 05-01-2022 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Arizona

INVOICE 20220078

**MAKE CHECKS PAYABLE TO:**

Alden Thomas
Jaburg & Wilk, P.C.
3200 North Central Avenue
Suite 2000
Phoenix, AZ 85012
(602) 248-1089
aat@jaburgwilk.com

H.E.O. REPORTING, INC.
Certified Realtime Reporter
401 W. Washington
Sp 30
Phoenix, AZ 85012
(602) 274-3376
hildalopez2006@gmail.com
Tax ID: 86-0910272

| __ CRIMINAL    X CIVIL | DATE ORDERED: 04-27-2022 | DATE DELIVERED: 05-01-2022 |
|---|---|---|

In the matter of: 2:19-CV-3182-PHX-GMS, Christina Madsen v City of Phoenix

Reporter's Transcript of Proceedings - 4-21-22 - P.M. Session - 152 pages billed at Copy rate, 22 pages billed at Original rate.  3-day turnaround.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | 22 | 5.45 | 119.90 | 152 | 1.05 | 159.60 | | | | 279.50 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 279.50 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | **Total Due** | | | | 279.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: S/Hilda Lopez | DATE: 05-01-2022 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the District of Arizona

INVOICE 202220607

**MAKE CHECKS PAYABLE TO:**

Alden Thomas
JABURG & WILK, P.C.
3200 N. Central Ave.
Suite 2000
Phoenix, AZ 85012
(602) 248-1010
aat@jaburgwilk.com

CMCC Reporting Company
Christine Coaly, RMR, CRR
7427 W. Via De Luna Drive
Glendale, AZ 85310
(602) 322-7248
christine.coaly@gmail.com
Tax ID: 82-0680633

| | | |
|---|---|---|
| __ CRIMINAL    X  CIVIL | DATE ORDERED: 04-27-2022 | DATE DELIVERED: 04-30-2022 |

**In the matter of:** CV-19-3182-GMS, Madsen v City of Phoenix

REPORTER'S TRANSCRIPT OF PROCEEDINGS  -  *AMENDED
Trial - Day 1 p.m. session (94 pgs. copy; *43 pgs. original)
Trial - Day 2 p.m. session (157 pgs. copy)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | 43 | 5.45 | 234.35 | 251 | 1.05 | 263.55 | | | | 497.90 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | | Subtotal | | 497.90 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 497.90 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: 05-10-2022 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the

| INVOICE 100 | MAKE CHECKS PAYABLE TO: |
|---|---|

| | |
|---|---|
| Alden A. Thomas<br>JABURG & WILK, P.C.<br>3200 N. Central Avenue<br>Suite 2000<br>Phoenix, AZ 85012<br>(602) 248-1010<br>aat@jaburgwilk.com | TERI VERES<br>March500, Inc.<br>24654 N. Lake Pleasant Parkway<br>Suite 172<br>Peoria, AZ 85383<br>(602) 322-7251<br>teri_veres@azd.uscourts.gov |

| __ CRIMINAL    X CIVIL | DATE ORDERED: 10-17-2022 | DATE DELIVERED: 10-13-2022 |
|---|---|---|

In the matter of: CV-19-03182-GMS, MADSEN v CITY OF PHOENIX

Reporter's Transcript of Proceedings 09/07/2022
Motion Hearing

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | 48 | 1.05 | 50.40 | | | | 50.40 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | Subtotal | | | | 50.40 |
| | | | | | | Less Discount for Late Delivery | | | | |
| | | | | | | Tax (If Applicable) | | | | |
| | | | | | | Less Amount of Deposit | | | | |
| | | | | | | Total Refund | | | | |
| | | | | | | Total Due | | | | 50.40 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s/Teri Veres | DATE: 10-17-2022 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

**Health and More**
Sue Ellen Bullock, MSW

# INVOICE

985 9th Ave SW, Suite #201
Bessemer, AL 35022
Phone: (205) 481-8558
Fax: (205) 481-8558

OCTOBER 31, 2022

**TO:**
Christina Madsen

█████████████

**FOR:**
Madsen v. City of Phoenix
Expert Witness Services

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 1/9/20 | Telephone conversation with attorney Alden Thomas regarding serving as an expert witness for Christina Madsen. | 0.3 | $140.00 | $42.00 |
| 1/16/20 | Consultation with Ginger Culberston, LICSW regarding expert witnessing. | 1.0 | $140.00 | $140.00 |
| 2/10/20 | Telephone call with attorney Alden Thomas regarding drafting an expert witness report. | 0.2 | $140.00 | $28.00 |
| 2/17/20 | Prepare expert witness report and send to attorney Alden Thomas. | 4.0 | $140.00 | $560.00 |
| 2/18/20 | Telephone call with attorney Alden Thomas regarding expert witness report. | 0.4 | $140.00 | $56.00 |
| 2/19/20 | Two telephone calls with attorney Alden Thomas regarding the expert report. | 0.3 | $140.00 | $42.00 |
| 4/30/20 | Telephone call with Christina Madsen and attorney Alden Thomas to discuss my deposition. | 0.9 | $140.00 | $126.00 |
| 5/19/20 | Telephone call with attorney Alden Thomas to discuss my deposition. | 0.2 | $140.00 | $28.00 |
| 6/1/20 | Conference by telephone with attorney Alden Thomas. | 1.3 | $140.00 | $182.00 |
| 6/3/20 | Zoom deposition, 9:30-6:30 (minus lunch break). | 8.0 | $140.00 | $1,120.00 |
| 4/8/22 | Zoom meeting with Christina Madsen and attorney Thomas Moring. | 0.6 | $140.00 | $84.00 |
| 4/13/22 | Trial preparation with attorney Thomas Moring. | 1.3 | $140.00 | $108.00 |
| 4/14/22 | Telephone conversation with attorney Thomas Moring to prepare for trial. | 1.4 | $140.00 | $196.00 |
| 4/19/22 | Phoenix meeting with attorney Thomas Moring. | 3.0 | $140.00 | $420.00 |
| 4/20/22 | Court Appearance. | 8.0 | $140.00 | $1,120.00 |

| 4/21/22 | Court Appearance. | 4.0 | $140.00 | $560.00 |
|---|---|---|---|---|
| | Meal Expenses 3 days: 4/19/22, 4/20/22, 4/21/22. | N/A | N/A | $100.33 |
| | Baggage Charge (travel to and from Phoenix for trial). | N/A | N/A | $35.00 |
| | Parking expenses plus tip (travel to and from Phoenix for trial). | N/A | N/A | $38.00 |

TOTAL **$4,985.33**