Alden A. Thomas (031900)
aat@jaburgwilk.com
Thomas S. Moring (021247)
tsm@jaburgwilk.com
Maria Crimi Speth (012574)
mcs@jaburgwilk.com
**JABURG & WILK, P.C.**
1850 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Phone: (602) 248-1000

*Attorneys for Plaintiff Christina A. Madsen*

Debora L. Verdier (AZ 018676)
DVerdier@cavanaghlaw.com
Chrisanne M. Gultz (AZ 034482)
CGultz@cavanaghlaw.com
**THE CAVANAGH LAW FIRM, P.A.**
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Phone: (602) 322-4000

*Attorneys for Defendant City of Phoenix*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christina M. Madsen, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>City of Phoenix, a municipal corporation and a governmental entity,<br><br>　　　　　Defendant. | Case No.: CV-19-03182-PHX-GMS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

　　　　Plaintiff, Chrisina M. Madsen, and Defendant, City of Phoenix, by and through undersigned counsel, hereby stipulate to dismiss this action with prejudice, each party to bear its own attorneys' fees and costs.

1

1 | **RESPECTFULLY SUBMITTED** this 4th day of March, 2024.

2 | **JABURG & WILK, P.C.**                    **THE CAVANAGH LAW FIRM, P.A.**

3 | By: */s/ Thomas S. Moring (with permission)*   By: */s/ Chrisanne M. Gultz*
4 |     Alden A. Thomas                               Debora L. Verdier
      Thomas S. Moring                                Chrisanne M. Gultz
5 |     Maria Crimi Speth                             *Attorneys for Defendant*
      *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2024, I electronically filed the foregoing, using the CM/ECF system, which served the following CM/ECF participants:

Alden A. Thomas
Thomas S. Moring
Maria Crimi Speth
JABURG & WILK, P.C.
1850 North Central Avenue, Ste. 1200
Phoenix, AZ  85004
aat@jaburgwilk.com
tsm@jaburgwilk.com
mcs@jaburgwilk.com
*Attorneys for Plaintiff Christina Madsen*

Les S. Tuskai
Assistant Chief Counsel
Office of the Phoenix City Attorney
Cris Meyer, City Attorney
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
law.civil.minute.entries@phoenix.gov
*Co-Attorneys for Defendant/Counter-Defendant*

By: */s/ Lacey M. Bommarito*