.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina M. Madsen,<br><br>              Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>              Defendants. | No. CV-19-03182-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Dismiss With Prejudice (Doc. 408).

**IT IS ORDERED** granting the parties' Stipulation (Doc. 408).

**IT IS FURTHER ORDERED** denying as moot Defendant City of Phoenix's Renewed Motion for Judgment as a Matter of Law Under Rule 50(B) (Doc. 400).

**IT IS FURTHER ORDERED** dismissing this action with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 12th day of March, 2024.

_____
G. Murray Snow
Chief United States District Judge